# EXHIBIT 1

| STREET ADDRESS | CITY | STATE | ZIP | DATE | CAUSE | ESTIMATED VOLUME (GALS.) | ULTIMATE DESTINATION |
|---|---|---|---|---|---|---|---|
| NW 27 AVENUE + 11 STREET | MIAMI | FL | | 1/8/2006 | HEAVY GREASE | 15 | DRY LAND |
| 21100 SW 87TH AVENUE | MIAMI | FL | | 1/9/2006 | BLOCKAGE | 50 | GROUNDWATER |
| 12023 SW 194 AVENUE | MIAMI | FL | | 1/9/2006 | GREASE | 2 | DRY LAND |
| 2760 NE 203 STREET | MIAMI | FL | | 1/3/2006 | BLOCKAGE | 50 | GROUNDWATER |
| SW 21ST STREET + SW 152 PLACE | MIAMI | FL | | 1/3/2006 | GREASE, ROCKS, RAGS | 50 | DRY LAND |
| 3198 S. DIXIE HIGHWAY | MIAMI | FL | | 1/10/2006 | HEAVY GREASE | 30 | DRY LAND |
| 500 NW 114TH AVENUE | MIAMI | FL | | 1/22/2006 | GREASE | 50 | GROUNDWATER |
| NW 198 TERRACE + NW 57 PLACE | MIAMI | FL | | 1/22/2006 | GREASE | 50 | GROUNDWATER |
| 199 STREET NE + HIGHLAND LAKES BLVD | MIAMI | FL | | 1/15/2006 | BROKEN 6" FORCE MAIN | 9,900 | GROUNDWATER |
| 4805 NW 184 TERRACE | MIAMI GARDENS | FL | | 1/15/2006 | BLOCKAGE | 300 | DRY LAND |
| 816 NW 11 STREET | MIAMI | FL | | 1/16/2006 | BLOCKAGE | 80 | GROUNDWATER |
| 997 NW 21 TERRACE | MIAMI | FL | | 1/18/2006 | GREASE | 10 | GROUNDWATER |
| NW 146 STREET + COMMERCE WAY | MIAMI LAKES | FL | | 1/19/2006 | CIRCULAR CRACK IN 8" FORCE MAIN | 30,103 | DRY LAND |
| NW 207 STREET + NW 2ND AVENUE | MIAMI GARDENS | FL | | 1/19/2006 | LEAKING AIR RELEASE VALVE | 90 | GROUNDWATER |
| 45 NW 203 TERRACE | MIAMI | FL | | 1/23/2006 | BLOCKAGE | 50 | GROUNDWATER |
| 4265 NW SOUTH TAMIAMI CANAL DRIVE | MIAMI | FL | | 1/23/2006 | GREASE | 2,000 | GROUNDWATER |
| NW 67 ST + NW 12 CT | MIAMI | FL | | 1/23/2006 | BLOCKAGE | 100 | GROUNDWATER |
| 601 BRICKELL KEY DR | MIAMI | FL | | 1/25/2006 | HEAVY GREASE | 80 | GROUNDWATER |
| 700 NE 29 TERRACE | MIAMI | FL | | 1/25/2006 | GREASE | 60 | DRY LAND |
| SW 66 TERRACE + SW 112 PLACE | MIAMI | FL | | 1/26/2006 | BROKEN AIR RELEASE VALVE | 600 | GROUNDWATER |
| 101 NE 210 STREET | MIAMI | FL | | 1/26/2006 | GREASE | 50 | DRY LAND |
| NW 72 AVENUE + NW 41 STREET | MIAMI | FL | | 1/27/2006 | BROKEN AIR RELEASE VALVE | 100 | DRESSELS DAIRY CANAL |
| SW 89 CT + SW 214 STREET | MIAMI | FL | | 1/28/2006 | GREASE | 5 | GROUNDWATER |
| NW 199 STREET + NW 2ND AVENUE | MIAMI | FL | | 1/29/2006 | BLOCKAGE | 200 | DRY LAND |
| SW 211 STREET + SW 112 AVENUE | CUTLER BAY | FL | | 2/1/2006 | BROKEN AIR RELEASE VALVE | 5 | BLACK CREEK CANAL |
| 171 CAPE FLORIDA DRIVE | KEY BISCAYNE | FL | | 2/1/2006 | BLOCKAGE | 150 | DRY LAND |
| NW 88TH AVENUE + NW 174TH TERRACE | HIALEAH | FL | | 2/2/2006 | BLOCKAGE | 50 | DRY LAND |
| 1151 NW 26TH STREET | MIAMI | FL | | 2/2/2006 | GREASE | 20 | GROUNDWATER |
| 17930 NW 44TH AVENUE | MIAMI GARDENS | FL | | 2/2/2006 | MANHOLE OVERFLOW | 30 | DRY LAND |
| NW 138TH STREET + NW 8TH AVENUE | MIAMI | FL | | 2/13/2006 | BROKEN AIR RELEASE VALVE | 10,159 | BISCAYNE CANAL |
| 3451 NW 206TH STREET | MIAMI GARDENS | FL | | 2/13/2006 | GREASE | 200 | DRY LAND |
| 100 OCEAN LANE DRIVE | MIAMI | FL | | 2/14/2006 | HEAVY GREASE | 1,500 | GROUNDWATER |
| 20900 NW 32ND AVENUE | MIAMI | FL | | 2/16/2006 | HEAVY GREASE | 50 | DRY LAND |
| NW 7TH STREET + NW 62ND AVENUE | MIAMI | FL | | 2/16/2006 | AIR RELEASE VALVE 12" FORCE MAIN | 30 | TAMIAMI CANAL |
| 8400 SW 24TH STREET | MIAMI | FL | | 2/18/2006 | HEAVY GREASE | 25 | GROUNDWATER |
| NW 82ND AVENUE + NW 197TH STREET | HIALEAH | FL | | 2/18/2006 | BROKEN AIR RELEASE VALVE | 200 | GROUNDWATER |
| 200 NE 172ND STREET | SUNNY ISLES BEACH | FL | | 2/19/2006 | GREASE | 50 | DRY LAND |
| 8680 SW 154TH CIRCLE PLACE | MIAMI | FL | | 2/19/2006 | HEAVY GREASE | 15 | GROUNDWATER |
| 2433 SW 102ND PLACE | MIAMI | FL | | 2/19/2006 | HEAVY GREASE | 10 | DRY LAND |
| 3550 BISCAYNE BLVD | MIAMI | FL | | 2/26/2006 | BROKEN GRAVITY MAIN (CONSTRUCTION) | 20 | GROUNDWATER |
| 19910 NW 62ND AVENUE | HIALEAH | FL | | 2/24/2006 | MANHOLE OVERFLOW | 25 | DRY LAND |
| NW 11TH STREET + 125TH PATH | MIAMI | FL | | 2/25/2006 | HEAVY GREASE | 40 | GROUNDWATER |
| NW 181ST STREET + NW 78TH AVENUE | MIAMI | FL | | 2/25/2006 | GREASE | 200 | DRY LAND |
| 1037 NE 210TH TERRACE | AVENTURA | FL | | 2/25/2006 | GREASE | 100 | DRY LAND |
| 925 NE BISCAYNE BLVD | MIAMI | FL | | 2/26/2006 | | 54,720 | GROUNDWATER |
| 17400 NW 52ND AVENUE | MIAMI GARDENS | FL | | 3/1/2006 | BROKEN AIR RELEASE VALVE | 972,000 | GROUNDWATER |
| 11299 NW 105TH STREET | MIAMI | FL | | 3/1/2006 | BROKEN AIR RELEASE VALVE | 25 | GROUNDWATER |
| 4299 RICKENBACKER CAUSEWAY | MIAMI | FL | | 3/1/2006 | PS VALVE OPEN DUE TO VIBRATION | 100 | DRY LAND |
| 17801 NW 52ND AVENUE | MIAMI GARDENS | FL | | 2/28/2006 | BROKEN SEWER VALVE | 2,000 | DRY LAND |
| 4000 NE 170TH STREET | NORTH MIAMI BEACH | FL | | 3/8/2006 | GREASE | 100 | DRY LAND |
| 128 NW 9TH AVENUE | MIAMI | FL | | 3/7/2006 | BROKEN SEWER | 30 | DRY LAND |
| SW 168TH STREET + SW 77TH AVENUE | MIAMI | FL | | 3/7/2006 | BROKEN AIR RELEASE VALVE | 26,640 | DRY LAND |
| 15503 SW 107TH COURT | MIAMI | FL | | 3/7/2006 | LEAKING AIR RELEASE VALVE | 10 | DRY LAND |
| 17961 BISCAYNE BLVD | MIAMI | FL | | 3/11/2006 | LATERAL BLOCKAGE | 25 | DRY LAND |
| NW 11TH STREET + 43RD AVENUE | MIAMI | FL | | 3/12/2006 | GREASE | 20 | DRY LAND |
| SW 84TH STREET + 112TH AVENUE | MIAMI | FL | | 3/12/2006 | HEAVY GREASE | 100 | GROUNDWATER |
| 26344 SW 141ST PLACE | MIAMI | FL | | 3/12/2006 | HEAVY GREASE | 50 | GROUNDWATER |
| 19001 SW 122ND AVENUE | MIAMI | FL | | 3/9/2006 | ROOTS | 100 | DRY LAND |
| 18211 NW 32ND AVENUE | MIAMI GARDENS | FL | | 3/10/2006 | GREASE | 5 | DRY LAND |
| 6950 NW 41ST STREET | MIAMI | FL | | 3/10/2006 | BLOCKAGE | 110 | DRY LAND |

| | CITY | STATE | ZIP | DATE | CAUSE | ESTIMATED VOLUME (GALS.) | ULTIMATE DESTINATION |
|---|---|---|---|---|---|---|---|
| 697 NW 37TH AVENUE | MIAMI | FL | | 3/12/2006 | HEAVY GREASE | 20 | DRY LAND |
| 3201 NW 182ND STREET | MIAMI GARDENS | FL | | 3/13/2006 | GREASE | 50 | GROUNDWATER |
| NW 205TH STREET + NW 33RD AVENUE | MIAMI GARDENS | FL | | 3/13/2006 | MANHOLE OVERFLOW | 25 | DRY LAND |
| 19620 NW 57TH PLACE | HIALEAH | FL | | 3/14/2006 | MANHOLE OVERFLOW | 300 | DRY LAND |
| NW 28TH STREET + NE 11TH AVENUE | MIAMI | FL | | 3/15/2006 | HEAVY GREASE | 20 | GROUNDWATER |
| NE 185TH STREET + NE 28TH COURT | AVENTURA | FL | | 3/15/2006 | BLOCKAGE | 50 | GROUNDWATER |
| NW 22ND STREET + NW 108TH AVENUE | MIAMI | FL | | 3/15/2006 | GREASE | 40 | DRY LAND |
| 6900 NW 173RD STREET DRIVE | MIAMI | FL | | 3/15/2006 | AIR RELEASE VALVE | 75 | DRY LAND |
| NE 164TH STREET + NE 17TH AVENUE | MIAMI | FL | | 3/29/2006 | 18" FORCE MAIN BREAK | 193,672 | SNAKE CREEK CANAL |
| NW 58TH STREET + NW 74TH AVENUE | MIAMI | FL | 33166 | 5/18/2006 | 6" FORCE MAIN BREAK | 33,480 | CANAL |
| 20352 NW 29TH COURT | MIAMI GARDENS | FL | 33056 | 6/26/2006 | MANHOLE OVERFLOW | 30 | GROUNDWATER |
| NE 165TH STREET + NE 26TH AVENUE | NORTH MIAMI BEACH | FL | 33160 | 6/23/2006 | GREASE | 10 | DRY LAND |
| SW 6TH STREET + SW 135 AVENUE | MIAMI | FL | 33184 | 6/25/2006 | BROKEN AIR RELEASE VALVE | 30,900 | TAMIAMI CANAL |
| 7987 NW 7TH STREET | MIAMI | FL | 33126 | 6/26/2006 | GREASE | 5 | DRY LAND |
| 2288 NE 173RD STREET | NORTH MIAMI BEACH | FL | 33160 | 6/26/2006 | GREASE | 10 | DRY LAND |
| 3822 NE 171ST STREET | NORTH MIAMI BEACH | FL | 33160 | 6/26/2006 | GREASE | 15 | GROUNDWATER |
| SW 189TH STREET + SW 114TH AVENUE | MIAMI | FL | 33157 | 6/27/2006 | GREASE | 500 | DRY LAND |
| 18917 SW 114TH AVENUE | MIAMI | FL | 33157 | 6/27/2006 | GREASE | 200 | GROUNDWATER |
| 890 NORTH VENETIAN DRIVE | MIAMI | FL | 33139 | 6/28/2006 | VACUUM TRUCK SPILL | 50 | GROUNDWATER |
| 5200 NW 22ND AVENUE | MIAMI | FL | 33142 | 6/29/2006 | GREASE | 20 | DRY LAND |
| NW 169TH STREET + NW 74TH AVENUE | HIALEAH | FL | 33015 | 6/29/2006 | BROKEN FORCE MAIN | 300 | GROUNDWATER |
| NW 165TH STREET + NW 82ND PLACE | HIALEAH | FL | 33016 | 6/30/2006 | BLOCKAGE | 10 | DRY LAND |
| SW 189TH STREET + SW 114TH AVENUE | MIAMI | FL | 33177 | 6/30/2006 | HEAVY GREASE | 400 | DRY LAND |
| SW 83RD COURT + SW 86TH TERRACE | MIAMI | FL | 33176 | 6/30/2006 | GREASE | 10 | DRY LAND |
| SW 284TH STREET + SW 153RD AVENUE | HOMESTEAD | FL | 33033 | 7/3/2006 | GREASE | 100 | GROUNDWATER |
| 950 NW 214TH STREET | MIAMI | FL | 33169 | 7/8/2006 | HEAVY GREASE | 30 | GROUNDWATER |
| 5874 NW 198TH TERRACE | HIALEAH | FL | 33015 | 7/8/2006 | GREASE + ROOTS | 80 | DRY LAND |
| 19920 SW 81ST COURT | MIAMI | FL | 33189 | 8/26/2006 | HEAVY GREASE | 30 | GROUNDWATER |
| 20000 SW 123RD DRIVE | MIAMI | FL | 33177 | 8/26/2006 | GREASE | 20 | DRY LAND |
| 1870 NE 199TH STREET | MIAMI | FL | 33179 | 8/28/2006 | LEAK ON PREVIOUS 6" FORCE MAIN REPAIR | 200 | DRY LAND |
| 12239 SW 14TH LANE | MIAMI | FL | 33184 | 8/28/2006 | LATERAL BLOCKAGE DUE TO GREASE | 100 | GROUNDWATER |
| SW 16TH STREET + SW 99TH COURT | MIAMI | FL | 33165 | 10/17/2006 | BROKEN AIR RELEASE VALVE | 10,080 | CANAL |
| 1580 NORTH CRUISE BLVD (PORT OF MIAMI) | MIAMI | FL | 33132 | 11/17/2006 | BROKEN AIR RELEASE VALVE | 100 | BISCAYNE BAY |
| 11135 SW 70TH TERRACE (INSIDE SNAPPER CREEK) | MIAMI | FL | 33173 | 1/10/2007 | BLOCKAGE | 20 | SNAPPER CREEK LAKE |
| SW 18TH STREET + SW 129TH COURT | MIAMI | FL | 33184 | 1/21/2007 | CRACKED 4" FORCE MAIN | 100 | LAKE |
| 19555 YACHT CLUB DRIVE | AVENTURA | FL | 33180 | 1/21/2007 | BROKEN 12" FORCE MAIN | 17,400 | INTRACOASTAL WATERWAY |
| 3944 NE 167TH STREET | NORTH MIAMI BEACH | FL | 33160 | 1/28/2007 | GREASE + ROOTS | 300 | BISCAYNE CREEK |
| 19281 NE 25TH AVENUE | MIAMI | FL | 33180 | 2/17/2007 | GREASE | 200 | OLETA RIVER |
| NE 10TH STREET + BISCAYNE BLVD | MIAMI | FL | 33132 | 3/7/2007 | LEAKING 24" GRAVITY MAIN | 75 | BISCAYNE BAY |
| VENETIAN CAUSEWAY | MIAMI | FL | 33139 | 3/19/2007 | LEAKING FORCE MAIN | 27 | BISCAYNE BAY |
| NW 21ST STREET + 39TH COURT | MIAMI | FL | 33142 | 4/13/2007 | BROKEN 20" FORCE MAIN | 258,508 | TAMIAMI CANAL |
| NE 195TH STREET + US1 | AVENTURA | FL | 33180 | 5/1/2007 | LEAKING AIR RELEASE VALVE | 50 | LAKE |
| 1198 VENETIAN CAUSEWAY | MIAMI | FL | 33139 | 5/2/2007 | LEAKING 6" FORCE MAIN | 30 | BISCAYNE BAY |
| SW 18TH STREET + SW 129TH COURT | TAMIAMI | FL | 33175 | 8/16/2007 | BROKEN 4" FORCE MAIN | 49,440 | LAKE |
| 354 GOLDEN BEACH DRIVE | GOLDEN BEACH | FL | 33160 | 10/3/2007 | BROKEN AIR RELEASE VALVE | 5,000 | INTRACOASTAL WATERWAY |
| SW 160TH STREET + SW 90TH AVENUE | MIAMI | FL | 33157 | 11/7/2007 | MALFUNCTIONING AIR RELEASE VALVE | 294 | CANAL C-100 |
| 1194 VENETIAN ISLAND | MIAMI | FL | 33139 | 12/18/2007 | HOLE IN FORCE MAIN | 80 | BISCAYNE BAY |
| 1194 VENETIAN CAUSEWAY | MIAMI | FL | 33139 | 2/12/2008 | 2 PIN HOLES IN 6" FORCE MAIN | 175 | INTRACOASTAL WATERWAY |
| SW 288TH STREET + SW 141ST COURT | HOMESTEAD | FL | 33033 | 2/11/2008 | LEAKING AIR RELEASE VALVE | 1 | CANAL 103-N |
| SW 232ND STREET + SW 87TH AVENUE | MIAMI | FL | 33190 | 2/20/2008 | BROKEN AIR RELEASE VALVE (S. DISTRICT WWTP) | 56,270 | BLACK POINT CANAL |
| SUNNY ISLES BLVD + BISCAYNE BLVD | NORTH MIAMI BEACH | FL | 33160 | 4/18/2008 | BROKEN 48" FORCE MAIN | 14,400 | OLETA RIVER |
| SUNNY ISLES BLVD + NE 26TH AVENUE | NORTH MIAMI BEACH | FL | 33160 | 4/19/2008 | BROKEN 48" FORCE MAIN | 500 | OLETA RIVER |
| NW 71ST STREET + NW 110TH AVENUE | DORAL | FL | 33178 | 6/6/2008 | BROKEN AIR RELEASE VALVE | 2,000 | LAKE |
| VENETIAN CAUSEWAY + VENETIAN COURT | MIAMI | FL | 33139 | 7/3/2008 | LEAKING 6" FORCE MAIN | 75 | BISCAYNE BAY |
| 1000 ISLAND BLVD. | AVENTURA | FL | 33160 | 8/22/2008 | BROKEN 18" FORCE MAIN | 49,680 | DUMBFOUNDLING BAY |
| 4001 NE 163RD STREET | NORTH MIAMI BEACH | FL | 33160 | 8/21/2008 | BROKEN 16" FORCE MAIN | 250,000 | MAULE LAKE - DUMBFOUNDLING BAY |
| NW 14TH STREET + NW 12TH AVENUE | MIAMI | FL | 33125 | 8/28/2008 | BROKEN 8" GRAVITY MAIN | 1,100 | SEYBOLD CANAL |
| 1220 SOUTH VENETIAN WAY | MIAMI | FL | 33139 | 9/13/2008 | LEAKING FORCE MAIN | 600 | BISCAYNE BAY |
| 1194 VENETIAN WAY | MIAMI | FL | 33139 | 11/6/2008 | LEAKING FORCE MAIN | 10 | BISCAYNE BAY |
| 16950 NE 35TH AVENUE | NORTH MIAMI BEACH | FL | 33160 | 11/26/2008 | BROKEN 12" FORCE MAIN | 12,600 | INTRACOASTAL WATERWAY |
| 3989 RICKENBACKER CAUSEWAY | MIAMI | FL | 33149 | 5/9/2009 | PRESSURE IN SLUDGE DIGESTER | 1,000 | DRY LAND |

| | CITY | STATE | ZIP | DATE | CAUSE | ESTIMATED VOLUME (GALS.) | ULTIMATE DESTINATION |
|---|---|---|---|---|---|---|---|
| SW 268TH STREET + 107TH AVENUE | HOMESTEAD | FL | 33032 | 5/5/2009 | BROKEN AIR RELEASE VALVE | 7,830 | PRINCENTON C-102 CANAL |
| SW 304TH STREET + SW 158TH COURT | HOMESTEAD | FL | 33033 | 5/7/2009 | BROKEN AIR RELEASE VALVE | 300 | CANAL C-103 |
| NW 97TH AVENUE + WEST FLAGLER STREET | MIAMI | FL | 33172 | 7/11/2009 | MALFUNCTIONING AIR RELEASE VALVE | 60 | TAMIAMI CANAL |
| VENETIAN CAUSEWAY + SAN MARINO ISLAND | MIAMI | FL | 33185 | 8/12/2009 | BROKEN 6" FORCE MAIN | 6,120 | BISCAYNE BAY |
| SW 154TH AVENUE + SW 18TH STREET | MIAMI | FL | 33185 | 9/3/2009 | BROKEN AIR RELEASE VALVE | 1,566 | GROUNDWATER |
| SW 8TH STREET + SW 122ND AVENUE | MIAMI | FL | 33184 | 9/14/2009 | BROKEN AIR RELEASE VALVE | 60 | TAMIAMI CANAL |
| 1229 SOUTH VENETIAN WAY | MIAMI | FL | 33139 | 9/12/2009 | LEAKING 6" FORCE MAIN | 2,280 | BISCAYNE BAY CANAL |
| 1220 SOUTH VENETIAN WAY | MIAMI | FL | 33139 | 9/20/2009 | LEAKING 6" FORCE MAIN | 2,288 | BISCAYNE BAY CANAL |
| NW 14TH STREET + NW 12TH AVENUE | MIAMI | FL | 33136 | 9/24/2009 | BROKEN HOSE ON PORTABLE PUMP | 50 | SEYBOLD CANAL |
| SW 160TH STREET + SW 145TH AVENUE | MIAMI | FL | 33177 | 9/28/2009 | BROKEN 12" FORCE MAIN | 73,656 | GROUNDWATER |
| SW 8TH STREET + SW 122ND AVENUE | MIAMI | FL | 33184 | 10/8/2009 | BROKEN AIR RELEASE VALVE | 15 | TAMIAMI CANAL |
| 14920 SW 137TH STREET | MIAMI | FL | 33186 | 10/9/2009 | BROKEN FORCE MAIN | 44,415 | DRY LAND |
| 3989 RICKENBACKER CAUSEWAY | MIAMI | FL | 33149 | 10/16/2009 | PUMP STATION POWER OUTAGE | 2,000 | DRY LAND |
| SOUTH VENETIAN DRIVE + SOUTH VENETIAN COURT | MIAMI | FL | 33139 | 10/17/2009 | CRACK IN FORCE MAIN | 25 | BISCAYNE BAY |
| EAST VENETIAN WAY + NORTH VENETIAN COURT | MIAMI | FL | 33139 | 10/20/2009 | LEAKING FORCE MAIN | 325 | BISCAYNE BAY |
| EAST VENETIAN WAY + SOUTH VENETIAN COURT | MIAMI | FL | 33139 | 10/21/2009 | PUMP STATION SHUT DOWN PIPE CORROSION | 100 | BISCAYNE BAY |
| EAST VENETIAN WAY + SOUTH VENETIAN COURT | MIAMI | FL | 33139 | 10/22/2009 | BROKEN CLAMP ON 6" FORCE MAIN | 30 | BISCAYNE BAY CANAL |
| 3685 NE 195TH LANE | MIAMI | FL | 33180 | 11/4/2009 | BROKEN 8" FORCE MAIN | 15,075 | INTRACOASTAL WATERWAY |
| NE 169TH STREET + NE 35TH AVENUE | NORTH MIAMI BEACH | FL | 33160 | 11/2/2009 | BROKEN FORCE MAIN | 82,401 | INTRACOASTAL WATERWAY |
| NW 58TH STREET + NW 82ND AVENUE | MIAMI | FL | 33166 | 11/10/2009 | BLOCKAGE | 55 | CANAL |
| SW 80TH STREET + SW 149TH AVENUE | MIAMI | FL | 33193 | 11/11/2009 | BROKEN 10" FORCE MAIN (CONTRACTOR) | 547,050 | GROUNDWATER |
| NW PERIMETER ROAD + NW 67TH AVENUE | MIAMI | FL | 33126 | 11/13/2009 | BROKEN FORCE MAIN (CONTRACTOR) | 218,880 | CANAL |
| NW 58TH STREET + NW 82ND AVENUE | MIAMI | FL | 33166 | 11/13/2009 | BLOCKAGE | 55 | CANAL |
| 20800 SW 117H AVENUE | MIAMI | FL | 33177 | 11/20/2009 | BROKEN DIESEL FUEL TANK AT PUMP STATION | 22 | CANAL |
| NW 85TH STREET + NW 7TH AVENUE | MIAMI | FL | 33150 | 11/30/2009 | PUMP STATION FAILURE DUE TO FPL ISSUE | 19,800 | LITTLE RIVER CANAL |
| NW 64TH STREET + NW 72ND AVENUE | MIAMI | FL | 33166 | 1/9/2010 | FORCE MAIN BROKEN (CONTRACTOR) | 937,428 | GROUNDWATER |
| NW 17TH STREET + NW 132ND AVENUE | MIAMI | FL | 33182 | 1/14/2010 | FORCE MAIN BROKEN | 2,640 | GROUNDWATER |
| NW 21ST STREET + S LEJEUNE ROAD | MIAMI | FL | 33142 | 1/25/2010 | BROKEN AIR RELEASE VALVE | 6,000 | TAMIAMI CANAL |
| SW 72ND STREET + SW 152ND AVENUE | MIAMI | FL | 33193 | 3/2/2010 | BROKEN FORCE MAIN (CONTRACTOR) | 485,692 | GROUNDWATER |
| 13017 SW 18TH STREET | MIAMI | FL | 33175 | 3/5/2010 | BROKEN FORCE MAIN | 5,141 | GROUNDWATER |
| SW 112TH STREET + SW 132ND PLACE | MIAMI | FL | 33186 | 3/9/2010 | BROKEN FORCE MAIN (CONTRACTOR) | 34,440 | DRY LAND |
| SW 106TH STREET + SW 87TH AVENUE | MIAMI | FL | 33176 | 3/11/2010 | BROKEN FORCE MAIN (CONTRACTOR) | 271,405 | CUTLER DRAIN CANAL |
| 3989 EAST RICKENBACKER CAUSEWAY | MIAMI | FL | 33149 | 3/12/2010 | FOAM COMING OUT OF MIXED LIQUOR TANKS | 1,000 | DRY LAND |
| SW 160TH STREET + SW 143RD COURT | MIAMI | FL | 33177 | 3/27/2010 | BROKEN AIR RELEASE VALVE | 50,000 | GROUNDWATER |
| SW 160TH STREET + SW 145TH AVENUE | MIAMI | FL | 33177 | 4/1/2010 | BROKEN AIR RELEASE VALVE | 22,540 | GROUNDWATER |
| 15801 SOUTH DIXIE HIGHWAY | PALMETTO BAY | FL | 33157 | 4/12/2010 | LEAKING FORCE MAIN | 1,000 | CANAL C-100 |
| SW 208TH STREET + SW 117TH COURT | MIAMI | FL | 33177 | 4/13/2010 | BROKEN 12" FORCE MAIN | 937,840 | GROUNDWATER |
| NW BEDLINGTON ROAD + NW BRAEMAR COURT | MIAMI LAKES | FL | 33014 | 4/20/2010 | SPLIT COUPLING ON 12" FORCE MAIN | 3,000 | DRY LAND |
| 8950 SW 232ND STREET | CUTLER BAY | FL | 33190 | 4/20/2010 | PUMP STATION POWER OUTAGE (GRIT BUILDING) | 2,000 | DRY LAND |
| SW 174TH STREET + SOUTH DIXIE HIGHWAY | PALMETTO BAY | FL | 33157 | 4/20/2010 | BROKEN 6" FORCE MAIN (CONTRACTOR) | 1,500 | DRY LAND |
| 15810 SW 127TH AVENUE | MIAMI | FL | 33170 | 4/20/2010 | BROKEN FORCE MAIN | 500 | DRY LAND |
| 17221 SW 122ND AVENUE | MIAMI | FL | 33177 | 5/9/2010 | LEAKING FORCE MAIN | 291,900 | DRY LAND |
| SOUTH DIXIE HIGHWAY + SW WAYNE AVENUE | PALMETTO BAY | FL | 33157 | 5/26/2010 | BROKEN FORCE MAIN (CONTRACTOR) | 1,782 | DRY LAND |
| 160 HARBOR DRIVE | KEY BISCAYNE | FL | 33149 | 5/31/2010 | BROKEN AIR RELEASE VALVE | 30,012 | GROUNDWATER |
| NW 191ST STREET + NW 37TH AVENUE | MIAMI GARDENS | FL | 33056 | 6/8/2010 | BROKEN AIR RELEASE VALVE | 34,200 | GROUNDWATER |
| 1804 NW 157TH STREET | MIAMI GARDENS | FL | 33054 | 6/18/2010 | BROKEN 72" FORCE MAIN | 20,000,000 | BISCAYNE CANAL NO. C-8 |
| 5705 NW 167TH STREET | MIAMI | FL | 33015 | 6/20/2010 | BROKEN AIR RELEASE VALVE | 91,140 | GROUNDWATER |
| MIAMI LAKES DRIVE + MIAMI LAKEWAY | HIALEAH | FL | 33014 | 6/23/2010 | BROKEN FORCE MAIN | 4,000 | RED ROAD CANAL |
| 1804 NW 157TH STREET | MIAMI GARDENS | FL | 33054 | 6/24/2010 | BROKEN 72" FORCE MAIN | 500,000 | DRY LAND |
| SW 47TH STREET + SW 137TH AVENUE | MIAMI | FL | 33175 | 7/9/2010 | BROKEN FORCE MAIN (CONTRACTOR) | 96,705 | GROUNDWATER |
| SW 47TH STREET + SW 137TH AVENUE | MIAMI | FL | 33175 | 7/8/2010 | BROKEN FORCE MAIN (CONTRACTOR) | 500 | GROUNDWATER |
| SW 184TH STREET + SW 105TH AVENUE | MIAMI | FL | 33157 | 7/31/2010 | LEAKING 6" FORCE MAIN | 8,700 | GROUNDWATER |
| SOUTH DIXIE HIGHWAY + INDIGO STREET | PALMETTO BAY | FL | 33157 | 8/9/2010 | BROKEN FORCE MAIN (CONTRACTOR) | 28,080 | GROUNDWATER |
| 2501 SW 89TH AVENUE | MIAMI | FL | 33165 | 8/20/2010 | BROKEN FORCE MAIN | 5,616 | DRY LAND |
| 35400 SW 192ND AVENUE | MIAMI | FL | 33034 | 8/17/2010 | BROKEN FORCE MAIN | 10,904 | DRY LAND |
| SOUTH DIXIE HIGHWAY + SW 184TH STREET | PALMETTO BAY | FL | 33157 | 9/6/2010 | BROKEN 10" FORCE MAIN | 67,022 | GROUNDWATER |
| SW 284TH STREET + SW US-1 HIGHWAY | HOMESTEAD | FL | 33033 | 9/21/2010 | BROKEN AIR RELEASE VALVE (CONTRACTOR) | 38,475 | DRY LAND |
| MIAMI LAKES DRIVE + MIAMI LAKEWAY | HIALEAH | FL | 33014 | 9/22/2010 | BROKEN FORCE MAIN | 4,000 | DRY LAND |
| SW 16TH STREET + SW 99TH AVENUE | MIAMI | FL | 33165 | 9/29/2010 | BROKEN AIR RELEASE VALVE (VANDALISM) | 16,872 | CANAL |
| SW 107TH STREET + SW 112TH AVENUE | MIAMI | FL | 33165 | 10/7/2010 | BROKEN FORCE MAIN | 1,432,770 | CANAL |
| NW 170TH STREET + NW 35TH AVENUE | NORTH MIAMI BEACH | FL | 33160 | 10/11/2010 | BROKEN FORCE MAIN | 340,800 | INTRACOASTAL WATERWAY |

| | CITY | STATE | ZIP | DATE | CAUSE | ESTIMATED VOLUME (GALS.) | ULTIMATE DESTINATION |
|---|---|---|---|---|---|---|---|
| 18201 SW 12TH STREET | | FL | 33194 | 10/12/2010 | LEAKING FORCE MAIN | 4,200 | DRY LAND |
| 4000 NE ISLAND BLVD | AVENTURA | FL | 33160 | 10/15/2010 | BROKEN 18" FORCE MAIN | 62,135 | GROUNDWATER |
| 18201 SW 12TH STREET | | FL | 33194 | 10/15/2010 | GASKET FAIL AT PUMP STATION HEADER | 4,200 | DRY LAND |
| W FLAGLER STREET + NW 107TH AVENUE | MIAMI | FL | 33174 | 10/21/2010 | BROKEN 24" FORCE MAIN | 345,651 | GROUNDWATER |
| SW 142ND AVENUE + SW 96TH STREET | | FL | 33186 | 11/4/2010 | FORCE MAIN LEAKING (OTHER CAUSE) | 60,000 | GROUNDWATER |
| 315 SOUTH BISCAYNE BLVD | | FL | 33132 | 11/12/2010 | GREASE BLOCKAGE | 50 | BISCAYNE BAY |
| SW 87TH AVENUE + SW 92ND STREET | MIAMI | FL | 33176 | 11/16/2010 | FORCE MAIN BROKEN | 3,243,471 | GROUNDWATER |
| SW 312TH STREET + SW 137TH AVENUE | HOMESTEAD | FL | 33033 | 11/17/2010 | AIR RELEASE VALVE LEAKING | 1,534 | CANAL 103-N |
| 13960 NW 60TH AVENUE | MIAMI LAKES | FL | 33014 | 11/22/2010 | BROKEN 18" FORCE MAIN | 95,700 | GROUNDWATER |
| SW 136TH STREET + MADISON STREET | KENDALL | FL | 33176 | 11/27/2010 | BROKEN FORCE MAIN | 4,945 | DRY LAND |
| SW 109TH AVENUE + SW 121ST STREET | MIAMI | FL | 33176 | 11/24/2010 | AIR RELEASE VALVE LEAKING | 24,180 | DRY LAND |
| SW 107TH AVENUE + SW 171ST STREET | MIAMI | FL | 33157 | 12/6/2010 | BROKEN 8" FORCE MAIN (CRACK ON BOTTOM) | 4536 | GROUNDWATER |
| SW 137TH AVENUE + SW 281ST STREET | HOMESTEAD | FL | 33033 | 12/14/2010 | BROKEN 10" AC FORCE MAIN (CONTRACTOR) | 338,990 | DRY LAND |
| 10301 SW PUERTO RICO DRIVE | MIAMI | FL | 33189 | 12/16/2010 | BROKEN 12" AC FORCE MAIN (CORROSION) | 5,000 | GROUNDWATER |
| 19600 NE 36TH COURT | AVENTURA | FL | 33180 | 12/20/2010 | BROKEN 8" DIP FORCE MAIN (EXTERNAL CORROSION) | 650 | INTRACOASTAL WATERWAY |
| SE BRICKELL AVENUE + SE 13TH STREET | MIAMI | FL | 33131 | 1/4/2011 | AIR RELEASE VALVE BROKEN | 4,025 | GROUNDWATER |
| 5575 NW 194TH CIRCLE TERRACE | MIAMI GARDENS | FL | 33055 | 1/31/2011 | BROKEN 6" FORCE MAIN | 1,000 | DRY LAND |
| 29331 SW 147TH AVENUE | MIAMI | FL | 33033 | 1/31/2011 | BROKEN FORCE MAIN (POTABLE WATER CREW HIT FM) | 41,580 | DRY LAND |
| 10853 SW 200TH STREET | MIAMI | FL | 33177 | 2/4/2011 | BROKEN 10" FORCE MAIN | 1,500 | DRY LAND |
| 8950 SW 232ND STREET | CUTLER BAY | FL | 33032 | 3/17/2011 | BROKEN 66" VALVE ON GRAVITY MAIN | 1,100 | DRY LAND |
| NW 75TH STREET + NW 21ST AVENUE | MIAMI | FL | 33147 | 3/25/2011 | BROKEN AIR RELEASE VALVE ON 16" FM (CONTRACTOR) | 9,792 | DRY LAND |
| SW 304TH STREET + SW 158TH COURT | HOMESTEAD | FL | 33033 | 4/14/2011 | BROKEN AIR RELEASE VALVE ON 8" FM | 738 | CANAL C-103 |
| 17100 NORTH BAY ROAD | SUNNY ISLES BEACH | FL | 33160 | 4/28/2011 | BLOCKAGE DUE TO GREASE | 1,000 | GROUNDWATER |
| 10460 SW 176TH STREET | MIAMI | FL | 33157 | 5/16/2011 | BROKEN 8" FORCE MAIN (CONTRACTOR) | 30,000 | GROUNDWATER |
| NE 6TH AVE + NE 159TH STREET | MIAMI | FL | 33162 | 6/15/2011 | BROKEN AIR RELEASE VALVE ON 72" FM (CONTRACTOR) | 11,628 | DRY LAND |
| NE 2ND AVE + NE 56TH STREET | MIAMI | FL | 33137 | 6/17/2011 | BROKEN 24" GRAVITY MAIN (CONTRACTOR) | 2,500 | DRY LAND |
| W OKEECHOBEE RD + N 116TH WAY | HIALEAH GARDENS | FL | 33178 | 7/14/2011 | BROKEN AIR RELEASE VALVE ON 24" FM (VANDALISM) | 1,080 | CANAL C-6 (MIAMI RIVER) |
| 13968 NW 60TH AVENUE | MIAMI LAKES | FL | 33014 | 7/21/2011 | BROKEN FORCE MAIN (CORROSION) | 354,635 | GROUNDWATER |
| NW 21ST STREET + NW 37TH AVENUE | MIAMI | FL | 33142 | 7/22/2011 | LEAKING FORCE MAIN (PIN HOLE IN 24" DIP FORCEMAIN) | 360 | TAMIAMI CANAL |
| NW 37TH AVENUE + NW 21ST STREET | MIAMI | FL | 33142 | 7/25/2011 | BROKEN 24" DIP FORCE MAIN (CORROSION) | 360 | CANAL |
| NW 21ST STREET + NW 38TH CT | MIAMI | FL | 33142 | 8/3/2011 | BROKEN AIR RELEASE VALVE ON 12" FM (CONTRACTOR) | 1,200 | DRY LAND |
| 1820 ARTHUR LAMB JR ROAD | MIAMI | FL | 33149 | 8/4/2011 | BROKEN 24" DIP FORCE MAIN | 6,000 | DRY LAND |
| 11394 SW 2ND STREET | MIAMI | FL | 33174 | 8/26/2011 | BROKEN 6" DIP FORCE MAIN (CONTRACTOR) | 3,780 | DRY LAND |
| NE 199TH STREET + NE 23RD AVENUE | MIAMI | FL | 33180 | 9/1/2011 | BROKEN 12" DIP FORCE MAIN (BAD COMPACTION MAT'L) | 11,340 | DRY LAND |
| SW 152ND STREET + TURNPIKE | MIAMI | FL | 33177 | 9/1/2011 | BROKEN AIR RELEASE VALVE | 1,508 | CANAL C-1N |
| 5595 NW 194TH CIRCLE TERRACE | OPA LOCKA | FL | 33055 | 9/7/2011 | BROKEN 6" AC FORCE MAIN (POOR BEDDING) | 4,620 | DRY LAND |
| SW 97TH AVE + SW 174TH STREET | MIAMI | FL | 33157 | 9/15/2011 | BROKEN 6" AC FORCE MAIN (CONTRACTOR) | 12,008 | DRY LAND |
| 17401 SW 97TH AVE | PALMETTO BAY | FL | 33157 | 9/22/2011 | BROKEN MANUAL AIR RELEASE VALVE (6" CI FORCE MAIN) | 1,260 | DRY LAND |
| NW 17TH STREET + NW 133RD AVENUE | MIAMI | FL | 33182 | 10/6/2011 | LEAKING AIR RELEASE VALVE (8" DIP FORCE MAIN) | 4,386 | GROUNDWATER |
| 3989 RICKENBACKER CAUSEWAY | MIAMI | FL | 33149 | 10/9/2011 | BAR SCREEN AT HEAD OF SECONDARY CLARIFIERS BLINDED AND SPILLED INTO WWTP STORMWATER SYSTEM (TO HEAD OF WWTP). | 5,000,000 | RETURNED TO HEAD OF WWTP. |
| SW 207TH STREET + SW 85TH AVE | CUTLER BAY | FL | 33189 | 10/12/2011 | BROKEN 8" DIP FORCE MAIN (STRESS CRACK BOTTOM OF PIPE) | 3,560 | DRY LAND |
| 17195 SOUTH DIXIE HWY | PALMETTO BAY | FL | 33157 | 10/14/2011 | BROKEN 4" PVC FORCE MAIN (CONTRACTOR) | 51,912 | DRY LAND |
| 15600 NW 32ND AVENUE | MIAMI GARDENS | FL | 33054 | 10/16/2011 | BROKEN AIR RELEASE VALVE (36" HDPE FORCE MAIN) | 35,280 | DRY LAND |
| 4910 NW 4TH STREET | MIAMI | FL | 33126 | 10/20/2011 | LEAKING AIR RELEASE VALVE (2" PVC FORCE MAIN) | 19,320 | GROUNDWATER |
| SW 2ND STREET + SW 109TH AVENUE | SWEETWATER | FL | 33174 | 10/22/2011 | LEAKING FORCE MAIN (ROCK ON 4" DIP FORCE MAIN) | 7,410 | GROUNDWATER |
| NW 36TH AVENUE + NW 21ST STREET | MIAMI | FL | 33142 | 10/25/2011 | LEAKING AIR RELEASE VALVE (VALVE ON 12" DIP FORCE MAIN) | 27,846 | GROUNDWATER |
| SW 216TH STREET + SW 98TH CT | CUTLER BAY | FL | 33190 | 10/31/2011 | BROKEN AIR RELEASE VALVE (8" DIP FORCE MAIN) | 31,080 | GROUNDWATER |
| 3989 RICKENBACKER CAUSEWAY | MIAMI | FL | 33149 | 10/31/2011 | WWTP OVERWHELMED WITH RAINFALL OVER WEEKEND. WWTP RUNNING AT 318 MGD AT TIME OF SPILL AT HEADWORKS OF PLANT #1. | 5,500,000 | RETURNED TO HEAD OF WWTP. |
| NE 55TH TERRACE + NE 7TH AVE | MIAMI | FL | 33137 | 10/31/2011 | PUMP STATION #5 HIGH SYSTEM SURCHARGE | 1,000 | BISCAYNE BAY |
| SW 216TH STREET + SW 97TH AVENUE | CUTLER BAY | FL | 33190 | 11/2/2011 | BROKEN 6" DIP FORCE MAIN | 139,992 | GROUNDWATER |
| SW 280TH STREET + SW 145TH AVENUE | NARANJA | FL | 33032 | 11/3/2011 | BROKEN 12" DIP FORCE MAIN (CONTRACTOR) | 30,846 | DRY LAND |
| 3989 RICKENBACKER CAUSEWAY | MIAMI | FL | 33149 | 11/3/2011 | EFFLUENT P/S POWER LOSS (FPL ISSUE). OVERFLOW OF FULLY TREATED EFFLUENT. | 1,105,000 | OCEAN |
| SW 160TH STREET + SW 112TH AVENUE | MIAMI | FL | 33157 | 11/4/2011 | BROKEN AIR RELEASE VALVE (12" DIP FORCE MAIN) | 3,570 | DRY LAND |
| SW 144TH STREET + SW 90TH AVENUE | MIAMI | FL | 33176 | 11/26/2011 | BROKEN 6" ACP FORCE MAIN (CONTRACTOR) | 3,225 | DRY LAND |

| | CITY | STATE | ZIP | DATE | CAUSE | ESTIMATED VOLUME (GALS.) | ULTIMATE DESTINATION |
|---|---|---|---|---|---|---|---|
| NW 58TH STREET + NW 74TH AVENUE | MIAMI | FL | 33166 | 12/2/2011 | BROKEN 8" DIP FORCE MAIN (CORROSION) | 10,125 | GROUNDWATER |
| 3989 RICKENBACKER CAUSEWAY | MIAMI | FL | 33149 | 12/1/2011 | BROKEN 16" DIP FORCE MAIN | 77,000 | DRY LAND |
| 21367 NW 39th AVENUE | MIAMI GARDENS | FL | 33055 | 12/18/2011 | GRAVITY MAIN BLOCKED | 1,000 | DRY LAND |
| SW 144TH STREET + SW 90TH AVENUE | MIAMI | FL | 33176 | 12/20/2011 | BROKEN 6" ACP FORCE MAIN (CONTRACTOR) | 2,990 | DRY LAND |
| SW 72ND STREET + SW 167TH AVENUE | MIAMI | FL | 33193 | 1/1/2012 | LEAKING 30" DIP FORCE MAIN (CONTRACTOR) | 39,000 | DRY LAND |
| SW 109TH AVENUE + SW 7TH STREET | SWEETWATER | FL | 33174 | 1/4/2012 | BROKEN AIR RELEASE VALVE (2" PVC FORCE MAIN) | 22,320 | GROUNDWATER |
| 9742 BANYAN STREET | PALMETTO BAY | FL | 33157 | 1/6/2012 | BROKEN 4" ACP FORCE MAIN (CONTRACTOR) | 57,717 | DRY LAND |
| 1110 SE BRICKELL AVENUE | MIAMI | FL | 33131 | 1/12/2012 | BROKEN AIR RELEASE VALVE (CONTRACTOR) | 20,520 | GROUNDWATER |
| 740 SW 109TH AVENUE | SWEETWATER | FL | 33174 | 1/23/2012 | BROKEN AIR RELEASE VALVE (2" PVC FORCE MAIN) | 3,756 | GROUNDWATER |
| 9595 SW 98TH STREET | MIAMI | FL | 33176 | 1/29/2012 | BROKEN AIR RELEASE VALVE (2" PVC FORCE MAIN) | 3,312 | GROUNDWATER |
| SW 260TH STREET + 125TH AVENUE | HOMESTEAD | FL | 33032 | 1/31/2012 | MALFUNCTIONING AIR RELEASE VALVE (16" DIP FORCE MAIN) | 20 | CANAL C-102 |
| SW 288TH STREET + ST LO BLVD | HOMESTEAD | FL | 33033 | 2/8/2012 | BROKEN 8" ACP FORCE MAIN (CONTRACTOR) | 100,000 | DITCH |
| 19001 NE 14TH AVENUE | MIAMI | FL | 33179 | 3/25/2012 | BROKEN 8" ACP FORCE MAIN (PREVIOUS REPAIR FAILED) | 10,440 | LAKE |
| SW 112TH AVENUE + SW 107TH STREET | MIAMI | FL | 33176 | 3/27/2012 | BROKEN 12" ACP FORCE MAIN (CONTRACTOR) | 2,160,000 | CANAL |
| 610 NE 195TH STREET | MIAMI | FL | 33179 | 4/23/2012 | BROKEN 12" ACP FORCE MAIN (CONTRACTOR) | 129,510 | POND |
| SW 74TH STREET + SW 142ND AVENUE | MIAMI | FL | 33183 | 5/2/2012 | BROKEN AIR RELEASE VALVE (2" PVC FORCE MAIN) | 5,580 | GROUNDWATER |
| 18901 NE 14TH AVENUE | MIAMI | FL | 33179 | 5/3/2012 | PUMP STATION (OTHER CAUSE) | 1,215 | SKY LAKE |
| NW 82ND AVENUE + COMMERCE WAY | MIAMI LAKES | FL | 33016 | 5/6/2012 | BROKEN AIR RELEASE VALVE (12" CAST IRON FORCE MAIN) | 30,150 | GROUNDWATER |
| SW 280TH STREET + SW 147TH AVENUE | NARANJA | FL | 33032 | 5/7/2012 | BROKEN 10" ACP FORCE MAIN (CONTRACTOR) | 2,000,000 | GROUNDWATER |
| 6440 SW 117TH AVENUE | MIAMI | FL | 33183 | 5/7/2012 | BROKEN 6" DIP FORCE MAIN (POINT LOAD CRACK) | 2,628 | DRY LAND |
| SW 216TH STREET + SW 97TH AVENUE | CUTLER BAY | FL | 33190 | 5/11/2012 | BROKEN 6" DIP FORCE MAIN (POINT LOAD) | 18,975 | GROUNDWATER |
| SW 112TH AVENUE + SW 107TH STREET | MIAMI | FL | 33176 | 5/26/2012 | BROKEN 10" ACP FORCE MAIN (INTERNAL CORROSION) | 1,032,000 | CANAL |
| SW 113TH AVENUE + QUAIL ROOST DRIVE | MIAMI | FL | 33157 | 6/4/2012 | BROKEN 6" PVC FORCE MAIN (HIGH PRESSURE) | 17,040 | GROUNDWATER |

**Miami-Dade, FL**
updated 6-13-2012

**TOTAL SSOs**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | | | | | | | | 4 | 0 | 1 | 1 | 0 | 6 |
| 2007 | 4 | 1 | 2 | 1 | 2 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 14 |
| 2008 | 0 | 3 | 0 | 2 | 0 | 1 | 1 | 3 | 1 | 0 | 2 | 0 | 13 |
| 2009 | 0 | 0 | 0 | 0 | 3 | 0 | 1 | 1 | 6 | 7 | 8 | 0 | 26 |
| 2010 | 3 | 0 | 6 | 7 | 3 | 5 | 3 | 3 | 4 | 6 | 7 | 4 | 51 |
| 2011 | 3 | 1 | 2 | 2 | 1 | 2 | 4 | 3 | 5 | 11 | 5 | 4 | 43 |
| 2012 | 7 | 1 | 2 | 1 | 7 | 1 | | | | | | | 19 |
| TOTALS | 17 | 6 | 12 | 13 | 16 | 9 | 9 | 15 | 16 | 26 | 24 | 9 | 172 |

**SSOs to Waters**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | | | | | | | | 0 | 0 | 1 | 1 | 0 | 2 |
| 2007 | 4 | 1 | 2 | 1 | 2 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 14 |
| 2008 | 0 | 3 | 0 | 2 | 0 | 1 | 1 | 3 | 1 | 0 | 2 | 0 | 13 |
| 2009 | 0 | 0 | 0 | 0 | 2 | 0 | 1 | 1 | 4 | 5 | 7 | 0 | 20 |
| 2010 | 1 | 0 | 1 | 1 | 0 | 3 | 0 | 0 | 1 | 2 | 2 | 1 | 12 |
| 2011 | 0 | 0 | 0 | 1 | 0 | 0 | 3 | 0 | 1 | 1 | 1 | 0 | 7 |
| 2012 | 1 | 0 | 2 | 1 | 2 | 0 | | | | | | | 6 |
| TOTALS | 6 | 4 | 5 | 6 | 6 | 4 | 5 | 5 | 7 | 10 | 14 | 2 | 74 |