continue to implement this program as an enforceable obligation under this Consent Decree as set forth below:

 (i). Miami-Dade's Pump Station monitoring system shall continuously monitor, report and transmit information as follows:

  (A). For each Pump Station that does not have dry pits and that has no more than two (2) pumps of less than or equal to 25 horsepower per pump, Miami-Dade shall install remote monitoring equipment that can monitor for at least the following inputs:

   (1) highwater level alarm in wet well;

   (2) Pump Station power failure;

   (3) D.C. low battery; and

   (4) remote signal failure alarm;

  (B). For each Pump Station, other than the Pump Stations described in (A) above, Miami-Dade shall install remote monitoring equipment that can monitor for at least the following inputs:

   (1) operating hours after midnight for each sewage pump, total Pump Station operating hours after midnight, and number of pump starts;

   (2) wet well level with high and low level alarm set points;

   (3) kilowatts calculated from Pump Station amperage;

   (4) flow (instantaneous and average) determined from a flow meter or flow calculated based on pump(s) amperage and discharge pressure;

   (5) discharge pressure with high and low level alarm set points; and

(6) minimum digital inputs, including high water level alarm in wet well, drywell flooding, intrusion alarm, A.C. Pump Station power failure, D.C. low battery and remote signal failure alarm.

(ii). With respect to all Pump Stations, system monitoring data of wet well levels, Force Main pressures, and energy requirements (kilowatts) shall be stored for ten (10) days in an historical database. In addition, the Pump Station operating hours for each pump shall be recorded monthly with elapsed time meters and entered into an historical database. Miami-Dade shall use radio transceivers for the primary transmission of data. Where radio paths are unreliable in areas with heavy foliage or building structures, other remote terminal units or telephone dialers or alarm systems shall be used. Miami-Dade shall retain for each month the 24-hour maximum and the monthly average flow data until termination of this Consent Decree.

(iii). In addition, as a continuing obligation under this Consent Decree, Miami-Dade shall require the installation of SCADA remote monitoring equipment as a condition of new construction for all new Pump Stations that it builds or receives from developers as a donation. SCADA remote monitoring equipment shall be installed within six (6) Months after Miami-Dade becomes operationally responsible for said Pump Station.

(c). <u>WCTS Model</u>. Pursuant to Paragraph 16 of the Second and Final Partial Consent Decree, Miami-Dade developed and implemented a computerized collection and transmission system model to assist in the development and implementation of CMOM programs to optimize transmission capacity and to evaluate the impact of I/I rehabilitation projects; proposed modifications, upgrades and expansions to the WCTS; and performance of the WCTS.

Miami-Dade shall continue to implement this program as an enforceable obligation under this Consent Decree.

(i). The WCTS Model required by this Paragraph shall, at a minimum, be capable of, and be used for, predicting:

(A). volume of wastewater flow in the Force Mains and the Major Gravity Sewer Lines throughout Miami-Dade's WCTS;

(B). hydraulic pressure (psig) of wastewater at any point in Force Mains throughout Miami Dade's WCTS;

(C). flow capacity of each of the Pump Stations in Miami Dade's WCTS;

(D). f low capacity of Pump Stations with the back-up pump out of service;

(E). peak pumping rates for each Pump Station; and

(F). likelihood and location of SSOs and surcharged conditions within a Pump Station's service area under conditions where the Pump Station's back-up pump is out-of-service and considering available wet well capacity, off-line storage capacity, and normal in-line storage capacity.

(ii). The WCTS model shall also be capable of simulating all manifolded Force Mains and all private Pump Stations which manifold into Miami Dade's Force Main system.

(iii) For the purposes of this Paragraph only, the phrase "Major Gravity Sewer Lines" shall mean all Gravity Sewer Lines that are twenty-four (24) inches in diameter or

larger, all Gravity Sewer Lines that convey wastewater from one Pump Station service area to another Pump Station service area, and all Gravity Sewer Lines that have caused or contributed, or that Miami-Dade knows will likely cause or contribute to, a capacity-related SSO. For the purposes of this Paragraph only, the phrase "surcharged condition" shall mean the condition that exists when the wastewater flow resulting from a peak flow causes the wastewater level to exceed the elevation of the crown of the Pump Station influent sewer at the wet well. Peak flow shall mean the greatest flow in a sewer averaged over a sixty (60) minute period at a specific location in the WCTS expected to occur as a result of a representative two (2)-year twenty-four(24)-hour rain event as determined by the South Florida Water Management District. For the purposes of this Paragraph only, "normal in-line storage capacity" shall mean the available storage capacity within Miami-Dade's Gravity Sewer Lines, manholes and appurtenances which discharge to a Pump Station with wet well level no higher than the lower of one (1) foot below the annual low ground water table or, where suitable ground water instrumentation is available, one (1) foot below the current groundwater elevation.

(iv). Notwithstanding the foregoing, Miami-Dade shall calibrate the WCTS model at least once every five (5) years following the Effective Date of this Consent Decree. Calibration work shall be summarized in a report which describes the calibration methodology including target allowable tolerances between model results and equivalent field values from SCADA, actual comparisons of the WCTS model results with equivalent field values from SCADA, general descriptions of adjustments made to the WCTS model, and areas for additional investigation for continued improvement of the model. The calibration report shall be made available to EPA and FDEP upon their request. Newly-constructed facilities including

-26-

Pump Stations, Gravity Sewer Lines and Force Mains and associated initial and projected flows added to the WCTS shall be incorporated into the WCTS model within ninety (90) days of their incorporation into Geographic Information Systems ("GIS"). The system layout included in the WCTS model is based on importing the GIS layers for the WCTS. Procedures shall be developed so that updating of the GIS layers and the WCTS model are coordinated to the extent the updates of the GIS WCTS layers are conveniently exportable to the WCTS model. All new facilities added to GIS will be imported into the model within ninety (90) days of their input into GIS.

        (d). <u>Spare Parts Program</u>. Pursuant to Paragraph 20 of the Second and Final Partial Consent Decree, Miami-Dade developed and implemented an inventory management program for spare parts for the WCTS. Miami-Dade shall continue to implement this program pursuant to Paragraphs 19. (f), (g), (h), and (i) of this Consent Decree.

        (e). <u>Volume Sewer Customer Ordinance Program</u>. Pursuant to Paragraph 22 of the Second and Final Partial Consent Decree, Miami-Dade developed and implemented a Volume Sewer Customer Program ("VSC Program") as codified in Section 24-42.2 of the County Code ("VSC Ordinance") to eliminate or otherwise control SSOs from the WCTS and the collection and transmission systems of present and future VSCs.

        (i). Miami-Dade shall continue to implement the VSC Program as an enforceable obligation under this Consent Decree except as otherwise modified as set forth in Subparagraphs (e).(ii). and (iii). below. The existing VSC Program includes the following CMOM related programs:

(A). an infiltration/inflow evaluation and rehabilitation program to reduce I/I into VSC collection and transmission systems;

(B). identification and elimination of each illegal stormwater connection to the VSC collection and transmission systems;

(C). inspection and rehabilitation of each Pump Station within the VSC collection and transmission systems;

(D). installation and operation of remote monitoring equipment at each Pump Station within the VSC collection and transmission systems;

(E). creation and maintenance of a WCTS computer model for the VSC collection and transmission systems;

(F). implementation of maintenance and spare parts programs; and

(G). a program for the reporting of unpermitted discharges and overflows from the VSC collection and transmission systems.

(ii). Within one hundred twenty (120) Days of the Effective Date of this Consent Decree, Miami-Dade shall make changes to the VSC Program and the VSC Ordinance as follows:

(A). Chapter 24-42.2(4) shall be modified to require that the system model be updated at intervals of no more than five (5) years;

(B). the spare parts program required under Chapter 24-42.2(6) shall be changed to comply with Paragraph 18.(e).(i).(F). requiring that the listing of required spare parts shall be reviewed and updated annually; and

(C). Chapter 24-42.2(1)(f)(iii) shall be modified to require that the system map provided to the Director annually shall be provided in an electronic format compatible with the Miami-Dade GIS system.

(iii) Within one hundred twenty (120) days of the Effective Date of this Consent Decree, Miami-Dade shall submit to EPA and FDEP for review and comment a proposed amendment to the VSC Ordinance which will require each existing and future VSC to implement the following items in accordance with an approved Plan of Compliance and the scheduling requirements provided in Appendix B of this Consent Decree, attached hereto and incorporated herein:

(A). a WCTS training program, pursuant to the requirements of Paragraph 19.(b) of this Consent Decree, except that training for wastewater treatment plant operation shall only be required for those VSC that also operate a wastewater treatment plant;

(B). a sewer overflow response plan consistent with the requirements of Paragraph 19.(c) of this Consent Decree;

(C). an information management system program consistent with the requirements of Paragraph 19.(d0 of this Consent Decree;

(D). a sewer system asset management plan consistent with the requirements of Paragraph 19.(e) of this Consent Decree;

(E). a Gravity Sewer system operation and maintenance program consistent with the requirements of Paragraph 19.(f) of this Consent Decree;

(F). a Pump Station operations and preventative maintenance program consistent with the requirements of Paragraph 19.(g) of this Consent Decree; and

(G). a Force Main operations, preventative maintenance and assessment/rehabilitation program consistent with the requirements of Paragraphs 19.(h) of this Consent Decree.

Within one hundred eighty (180) Days of receipt of EPA's approval of the proposed amendment to the VSC Ordinance, Miami-Dade shall enact the amendment. Subject to enactment of the amendment, Miami-Dade shall immediately undertake the implementation of such amended VSC Ordinance, which shall be incorporated into, and become enforceable under this Consent Decree.

19. New Capacity, Management, Operations and Maintenance ("CMOM") Programs. Miami-Dade shall develop and implement the CMOM programs as provided below. All CMOM programs shall be developed in accordance with EPA Region IV guidance, as set forth in the CDROM disk attached hereto as Appendix C. Miami-Dade shall ensure that each CMOM program has a written, defined purpose; a written, defined goal; is documented in writing with specific detail; is implemented by trained personnel; has established performance measures; and has written procedures for periodic review.

(a). Fats, Oils and Grease ("FOG") Control Program. Miami-Dade approved a Grease Trap Ordinance pursuant to the First Partial Consent Decree. Pursuant to the Grease Trap Ordinance, Miami-Dade implemented a FOG Control Program which allowed Miami-Dade to regulate industrial and commercial sources of oil and grease. Notwithstanding any improvements already achieved through the existing FOG Control Program, Miami-Dade shall review, evaluate and revise its FOG Control Ordinance and Program and submit to EPA and FDEP for review and comment a new FOG Control Ordinance and Program within eighteen (18)

Months after the Effective Date of this Consent Decree. At a minimum, the new FOG Control Program shall apply County-wide and include the following:

    (i). A FOG characterization study that shall identify the sources of FOG causing problems in the WCTS and the wastewater collection and transmission systems of the VSCs and the most appropriate method or mechanism for addressing those sources.

    (ii). The legal authority to control the discharge of FOG into the WCTS and the wastewater collection and transmission systems of the VSCs, including the ability to implement a permit and enforcement program for commercial and industrial sources.

    (iii). Specification of accepted devices to control the discharge of FOG into the WCTS and the wastewater collection and transmission systems of the VSCs.

    (iv). Establishment of standards for the design and construction of FOG control devices including standards for capacity and accessibility, site map, design documents and as-built drawings.

    (v). Establishment of FOG control device management, operations and maintenance standards, or best management practices, that address onsite record keeping requirements, cleaning frequency, cleaning standards, use of additives, and ultimate disposal.

    (vi). Establishment of construction inspection protocols, including scheduling, inspection report forms, and inspection record keeping requirements, to assure that FOG control devices are constructed in accordance with established design and construction standards.

    (vii). Establishment of compliance inspection protocols, including scheduling, inspection report forms, and inspection record keeping requirements to assure that

FOG control devices are being managed, operated and maintained in accordance with the established management, operation and maintenance standards or best management practices.

(viii). Establishment of a FOG disposal manifest system, with the included requirement that FOG and septage not be comingled.

(ix). Establishment of an enforcement program, including specific enforcement mechanisms, to ensure compliance with the FOG Control Program.

(x). Establishment of a compliance assistance program to facilitate training of FOG generators and their employees.

(xi). Establishment of a comprehensive public education program directed at reducing the amount of FOG entering the WCTS from residences.

(xii). Establishment of staffing (technical and legal) and equipment requirements to ensure effective implementation of the FOG Control Program.

(xiii). A regularly maintained list of current commercial establishment FOG generators including a description of their FOG generating processes and estimated average quantity of FOG generated daily.

(xiv). Establishment of performance indicators to be used by Miami-Dade to measure the effectiveness of the FOG Control Program.

(xv). A schedule to review, evaluate and revise the FOG Control Program on at least an annual basis. Any revisions to the FOG Control Program shall be submitted to EPA and FDEP in accordance with Paragraph 15 of this Consent Decree.

Within one hundred eighty (180) Days of receipt of EPA's approval of the new FOG Control Ordinance and Program, Miami-Dade shall enact the ordinance. Subject to enactment, Miami-

-32-

Dade shall immediately undertake the implementation of the new FOG Control Ordinance and Program, which shall be incorporated into, and become enforceable under this Consent Decree.

    (b). <u>WCTS and WWTPs Training Program</u>. Within twenty-one (21) Months after the Effective Date of this Consent Decree, Miami-Dade shall submit to EPA and FDEP for review and comment a WCTS and WWTPs Training Program. The goal of the WCTS and WWTPs Training Program is to develop a training program by evaluating Miami-Dade's personnel, tasks, equipment, and facilities to facilitate effective management, operations and maintenance of the WCTS and WWTPs. At a minimum, the WCTS and WWTPs Training Program shall include the following:

    (i). General training to address the fundamental mission, goals, and policies of Miami-Dade's Water and Sewer Department and Miami-Dade's Department of Regulatory and Economic Resources and any successors to such departments. General training shall include, for example, employee orientation and introduction to administrative practices and procedures that may be relevant to all employees in those departments.

    (ii). A training program generally consistent with Fla. Admin. Code Rule 62-602 and the following publications: *Operations and Maintenance of Wastewater Collection Systems, a Field Study Training Program*, Volume I, Sixth Edition, and Volume II, Seventh Edition, prepared by the Office of Water Programs at California State University; and *Operations of Wastewater Treatment Plant, a Field Study Training Program*, Volumes I and II, Seventh Edition, prepared by the Office of Water Programs at California State University as described in Paragraphs 19(f), (g), (h), and (i) of this Consent Decree.

(iii). Training necessary to cover measures to avert or eliminate identifiable safety hazards associated with the maintenance and repair of the WCTS and WWTPs. These measures may include safety procedures specific to the types of maintenance activities and repair projects undertaken, specifying the safety equipment for the tasks being performed, and where appropriate, providing confined space entry, vehicle control procedures, and lock-out/tag-out procedures.

(iv). A description of the appropriate frequency that trainings, including refresher training, will be required and conducted.

(v). A description of the common data management system to be used for tracking personnel participation in, and completion of, the initial general training, collection system training, transmission system training, safety hazard training, WWTP training, and/or any corresponding refresher training.

(c). <u>Sewer Overflow Response Plan ("SORP")</u>. Within nineteen (19) Months after the Effective Date of this Consent Decree, Miami-Dade shall submit to EPA and FDEP for review and comment a SORP that will establish timely and effective methods and means of responding to, cleaning up, and/or minimizing the impact of SSOs; timely reporting of the location, volume, cause, impact, and other pertinent SSO information to the appropriate regulatory agencies; and timely and effective notification of SSOs to potentially impacted public. At minimum, the SORP shall include and provide for the following:

(i). Within twenty-four (24) hours of the time Miami-Dade first becomes aware of a SSO to waters of the United States or the State, of a SSO greater than or equal to one thousand (1,000) gallons, or of a SSO that will endanger public health or the environment,

Miami-Dade shall provide in an oral report to FDEP the location of the SSO by street address or any other appropriate method (i.e., latitude-longitude). The oral report shall be given to FDEP through the State Warning Point Hotline.

(ii). Within five (5) days of the time Miami-Dade first becomes aware of a SSO to waters of the United States or the State, of a SSO greater than or equal to one thousand (1,000) gallons, or of a SSO that will endanger public health or the environment, Miami-Dade shall also provide a written report to FDEP for the SSO. Miami-Dade shall maintain a copy of any written reports prepared pursuant to this Paragraph for a period of not less than five (5) years from the date of the SSO. The written report shall contain the following:

(A). the location of the SSO by street address, or any other appropriate method (i.e., latitude-longitude);

(B). the estimated date and time when the SSO began and stopped, or if it is still an active SSO, the anticipated time to stop the SSO;

(C). the steps taken to respond to the SSO;

(D). the name of the receiving water, if applicable;

(E). an estimate of the volume (in gallons) of sewage spilled;

(F). a description of the WCTS component from which the SSO was released (such as manhole, crack in pipe, Pump Station wet well or constructed overflow pipe);

(G). subject to available information, an estimate of the SSO's impact on public health and to water quality in the receiving water body;

(H). the cause or suspected cause of the SSO;