(I).  the date of the last SSO at the same point;

(J).  the steps taken or to be taken to reduce, prevent, or eliminate, reoccurrence of the SSO;

(K).  a list of all notifications to the public and other agencies or departments; and

(L).  the steps taken or to be taken to clean up any surfaces that have been in contact and/or contaminated by the SSO.

(iii).  Miami-Dade shall maintain for all SSOs for a period of not less than five (5) years from the date of the SSO all records documenting the steps that have been and will be taken to prevent the SSO from recurring including work order records associated with investigation and repair activities related to the SSO.  Miami-Dade shall also maintain for a period of not less than five (5) years from the date of the SSO a list and description of complaints from customers or others regarding an SSO.

(iv).  The SORP shall provide procedures for responding to all SSOs to minimize the environmental impact and potential human health risk of SSOs.  At a minimum, such response procedures shall include:

(A).  a detailed description of the actions Miami-Dade will undertake to immediately provide notice to the public (through the local news media or other means including signs or barricades to restrict access) of a SSO;

(B).  a detailed description of the actions Miami-Dade will undertake to provide notice to appropriate federal, state or local agencies/authorities;

(C).  a detailed plan (including the development of response standard operating procedures) to minimize the volume of untreated wastewater transmitted to the portion of the WCTS impacted by the events precipitating the SSO to minimize overflow volumes;

(D).  a particular description of Miami-Dade's response to Building Backups, including the timeframe for responses and the measures to be taken to cleanup Building Backups found to be caused by conditions in Miami-Dade's Sewer System, including procedures necessary to disinfect and/or remove items potentially contaminated by Building Backups such as wet vacuuming or other removal of spillage, wiping floors and walls with cleaning solution and disinfectant, flushing out and disinfecting plumbing fixtures, carpet cleaning and/or replacement and other appropriate measures to disinfect and/or remove items potentially contaminated by Building Backups; and a description of Miami-Dade's follow-up process to insure adequacy of cleanup.

(v).  A detailed plan of the resources to be used to correct or repair the condition causing or contributing to the SSO.

(vi).  A detailed plan to ensure the preparedness, including response training of Miami-Dade employees, and personnel of other affected agencies necessary for the effective implementation of the SORP in the event of a SSO and establishing procedures and providing adequate training to response personnel for estimating SSO volumes.

(vii).  Miami-Dade shall identify and include in the SORP a list of those SSO locations  within the area of the WCTS served by each Pump Station that have been

-37-

recorded as overflowing more than once and/or those locations at which a SSO is likely to occur first in the event of a Pump Station failure.

    (viii). Pump Station emergency bypass/ pump-around strategies, and procedures.

    (d).  <u>Information Management System ("IMS") Program</u>. Within twenty-four (24) Months after the Effective Date of this Consent Decree, Miami-Dade shall submit to EPA and FDEP for review and comment an IMS Program as more particularly described below.  At a minimum, the IMS Program shall include the following:

    (i). A management IMS component to provide Miami-Dade managers with guidance and instruction to adequately evaluate operations, maintenance, customer service, and Sewer System rehabilitation activities so that overall Sewer System performance can be determined and utility planning can be conducted.  This IMS component shall utilize management reports and standard management forms.

    (ii). An operations IMS component to provide Miami-Dade managers and field supervisors with guidance to adequately track scheduled operational activities and to enhance operational performance.  This IMS component shall utilize operating reports and standard operation forms used by field personnel and shall provide for field supervisor review.

    (iii). A maintenance IMS component to provide Miami-Dade managers and field supervisors with guidance to adequately track scheduled maintenance activities and to enhance maintenance performance. This IMS component shall utilize maintenance reports and standard maintenance forms used by field personnel.  The system shall provide for field supervisor review.

-38-

(iv).  A description of what information will be fed into the system, how it will be entered and by what means it will be recorded.

(v).  A description of the management reports that will be generated from the input data (i.e. work reports), including examples and periodicity for review of such reports.

(vi).  A description of the work reports that will be prepared and submitted, including examples and periodicity for review of such reports.

(vii).  Standard forms that will be used by both field personnel and management for the Program, where applicable.

(viii).  A detailed description of how the records will be maintained.

(ix).  If computer software will be utilized, a description of the software to be used with cited references for software training and procedures for utilizing the software.

(x).  Implementation of a Geographic Information Systems ("GIS") map of its entire WCTS on or before forty-two (42) Months after the Effective Date of this Consent Decree. Specifically, Miami-Dade shall implement improvements to its current GIS as follows:

(A).  an updated GIS database to include all as-builts and Active As-built Supplemental Information System ("AAS IS") forms, including new and corrected asset attribute data;

(B).  streamlining of the GIS data entry process for new assets, including electronic as-built data and necessary standards so that all new assets are added to the GIS system within ninety (90) calendar days of their activation in the field.  Included shall be the development of a system to interface with the Miami-Dade WCTS hydraulic computer model so that the information can be efficiently exported to the WCTS hydraulic computer model;

(C). simplification of the AAS IS process to facilitate wider usage;

(D). development of a "flagging process" for damage investigators to note GIS inaccuracies;

(E). provision for additional GIS training and refresher training; and

(F). use of Dade On-Line Facilities Information Network version II ("DOLFIN II") to facilitate more widespread access to GIS resources to remote staff;

(G). determination via suitable as-built drawings, or GPS or traditional surveying field measurements, elevations of all manhole rim elevations and sewer inverts at connections to manholes and Pump Stations and their inclusion into GIS.

(xi). Development and implementation of performance indicators to provide Miami-Dade managers with guidance to adequately evaluate data collected in the IMS for use in determining the condition of the Sewer System and an evaluation of Miami-Dade's CMOM programs. Performance indicators shall include, without limitation, the linear footage of Gravity Sewer Line and Force Main inspections, the linear footage of Gravity Sewers cleaned, the number of manholes inspected, the number of manholes cleaned/maintained, the number of inverted siphons inspected, the number of inverted siphons cleaned/maintained, the number of SSOs per mile of Gravity Sewer, the number of SSOs per mile of Force Main, the number of SSOs per Pump Station, per capita wastewater flow, NPDES Permit effluent compliance and such other performance indicators as Miami-Dade may suggest and EPA approve; and

(xii). Maintenance activity tracked by type (corrective, preventative, and emergency).

(e).   <u>Sewer System Asset Management Program</u>.  For purposes of this Consent Decree, the term "Asset Management" shall mean a management program that maintains a desired level of service for Miami-Dade's Sewer System considering life cycle cost to ensure compliance with regulatory requirements and this Consent Decree.  Within twenty-two (22) Months after the Effective Date of the Consent Decree, Miami-Dade shall submit to EPA and FDEP for review and comment an Asset Management Program, including a schedule for full implementation of the program.  The Asset Management Program shall include the following components:

(i).  A current condition assessment of all Sewer System components, including, but not limited to, Pump Station components, Gravity Sewer Lines, manholes, siphons, aerial crossings, Force Mains, etc.  Miami-Dade may use data gathered from its latest round of Infiltration/Exfiltration/Inflow sewer assessments as a baseline conditional assessment to meet this component.

(ii).  A statement of the level of service Miami-Dade intends to provide the customers it serves considering life cycle cost to ensure compliance with regulatory requirements and this Consent Decree.

(iii).  The identification of critical assets within the Sewer System that are absolutely necessary to have in service to maintain the developed level of service.

(iv).  The identification of minimum life cycle costs for each critical asset.

(v).  A long-term funding plan to fully implement and be able to pay for all identified life cycle costs for each critical asset.  The long-term funding plan shall include all potential sources of revenue and the likelihood of securing funding from each source.

-41-

(f).   Gravity Sewer System Operations and Maintenance Program.   Within fourteen (14) months after the Effective Date of this Consent Decree, Miami-Dade shall submit to EPA and FDEP for review and comment, a Gravity Sewer System Operations and Maintenance Program to address SSOs, particularly those caused by FOG, roots and/or debris obstructions.  At a minimum, the Gravity Sewer System Operations and Maintenance Program shall include the following:

(i).  Written preventative operations and maintenance schedules and procedures which shall be scheduled appropriately and shall include, but not be limited to, written procedures for the following:

(A).  inspection and maintenance of all Gravity Sewers, manholes and inverted siphons;

(B).  identifying and documenting Gravity Sewer, manhole and inverted siphon conditions, including grease, roots, and/or debris accumulation;

(C).  identifying maintenance needs; and

(D).  scheduling preventative maintenance work/cleaning which Miami-Dade may schedule in connection with the Force Main Assessment Program and/or Force Main Rehabilitation/Rehabilitation Program.

(ii).  An engineering evaluation of potential sulfide and corrosion control options and a summary report of findings, including a recommendation of the preferred sulfide and corrosion control method(s); provided, however, that such corrosion control options and methods shall not apply to components made of plastic or other similar materials.

(iii). Prioritization for evaluating the Gravity Sewers based upon the size of the pipe (*e.g.,* starting with the larger pipes and work back to smaller pipes), location of SSOs, community input or other criteria it finds appropriate.

(iv). Inspection of Gravity Sewers, manholes, and inverted siphon easements, including inspection of creek crossings, canal crossings, stream bank encroachment toward Gravity Sewers, manholes and inverted siphons, and easement accessibility (including the need to control vegetative growth or encroachment of man-made structures or activities that could threaten the integrity of the affected Gravity Sewer, manhole, or inverted siphon). Inspections shall include written reports, and where appropriate, representative photographs or videos of appurtenances being inspected (Gravity Sewers, manholes, inverted siphons, creek crossings, canal crossings, etc.). Inspectors shall promptly report any observed SSOs to their area supervisors and shall record any evidence of SSOs which may have occurred since the last inspection. Any observed SSO shall be promptly reported in accordance with the SORP.

(v). A schedule for the maintenance of easements.

(vi). A staffing and funding plan sufficient in structure, skills, numbers and funding to allow completions of the operation and maintenance activities required by this Subparagraph 19.(f).

(vii). Data attributes for Miami-Dade's mapping program allowing program data to be compared in Miami-Dade's IMS against other pertinent data such as the occurrence of SSOs, including repeat SSO locations, and permit violations.

(viii). An inventory management system that includes:

(A). a list of critical equipment and critical spare parts;

-43-

(B).  a list of where critical spare parts and critical equipment may be secured to allow repairs in a reasonable amount of time for those spare parts and critical equipment that are not stored by Miami-Dade including spare pipe having a diameter of 48 inches or greater; the list shall also set forth an inventory of spare parts and critical equipment stored by Miami-Dade, as applicable; and

(C).  written procedures for updating the critical spare parts and equipment inventories in the IMS.

(ix).  Reports which list equipment problems and the status of work orders generated during the prior month.

(x).   A wastewater collection system training program to address the methods, procedures, and techniques required to perform the duties and tasks necessary for effective management, operations and maintenance of Miami-Dade's WCTS.  Training required for employees may vary depending on their roles; however, such training shall include, for example, an explanation of the importance of effective collection system management, operations and maintenance; and training in collection equipment operation, pipe installation/replacement, pipe cleaning, pipe inspection and testing, and reading as-built drawings. The training program shall be generally consistent with the following publications: *Operations and Maintenance of Wastewater Collection Systems, a Field Study Training Program*, Volume I, Sixth Edition, and Volume II, Seventh Edition, prepared by the Office of Water Programs at California State University; and *Operations of Wastewater Treatment Plant, a Field Study Training Program*, Volumes I and II, Seventh Edition, prepared by the Office of Water Programs at California State University.

-44-

(g).   <u>Pump Station Operations and Preventative Maintenance Program</u>.  Within sixteen (16) Months after the Effective Date of this Consent Decree, Miami-Dade shall submit to EPA and FDEP for review and comment a Pump Station Operations and Maintenance Program to facilitate proper operation and maintenance activities associated with the Pump Stations within the WCTS.  At a minimum, the Pump Station Operations and Preventative Maintenance Program shall include the following:

(i).  Identification of the means and modes of communication between Pump Stations, field crews, and supervising staff.

(ii).  Technical specifications of each Pump Station within the WCTS.

(iii).  A description of each Pump Station monitoring system which shall continuously monitor, report, and transmit information for each Pump Station.

(iv).  Written preventative operations and maintenance schedules and procedures which shall be scheduled appropriately and shall include, but not be limited to, written procedures for the following:

(A).  periodic service and calibration of instrumentation such as flow meters, liquid level sensors, alarm systems, elapsed time meters, and remote monitoring equipment;

(B).  predictive (including non-physical inspections) and/or physical inspection and service for all Pump Stations including, but not be limited to:

(1)  reading, recording and maintaining records of information from the elapsed time meters and pump start counters;

-45-

  (2) observing and documenting wet well conditions, including grease and/or debris accumulation;

  (3) checking and re-setting, as necessary to improve system performance, wet well pumping points (*e.g.*, floats);

  (4) checking, recording and maintaining records of system pressure(s);

  (5) checking SCADA and/or alarm components;

  (6) checking stand-by power sources;

  (7) checking motor electrical system (if not already part of SCADA system): line voltage each leg; current draw on each leg quarterly; and resistance of windings on each leg quarterly; and

  (8) identifying maintenance needs.

  (v). Written standard emergency/reactive operations and maintenance procedures.  Miami-Dade, subject to its discretion, may use portable pumps, portable generators or alternative power sources as it deems appropriate.  At a minimum, the standard emergency/reactive Pump Station operating procedures shall include:

  (A). criteria used to determine the need for emergency operations and maintenance;

  (B). Initiation/use of stand-by power (*e.g.*, portable generators), where applicable;

  (C). Initiation/use of portable pump use (*e.g.*, bypass/pump-around operations), where applicable.

-46-

(D). evaluation of the need for additional equipment for emergency/reactive operations, including, but not limited to, additional portable generators and/or additional portable pumps (for pump-around operations);

(E). evaluation of the need for on-site standby power (*e.g.*, on-site generator and/or 2nd electrical feed from the power grid) for each Pump Station should Miami-Dade choose, subject to its discretion, not to have a portable pump available for the Pump Station; and

(F). establishing standard forms, reporting procedures and performance measures for emergency/reactive operations and maintenance.

(vi). An inventory management system that includes:

(A). a list of critical equipment and critical spare parts;

(B). a list of where critical spare parts and critical equipment may be secured to allow repairs in a reasonable amount of time for those spare parts and critical equipment that are not stored by Miami-Dade; the list shall also set forth an inventory of spare parts and critical equipment stored by Miami-Dade, as applicable; and

(C). written procedures for updating the critical spare parts and equipment inventories in the IMS.

(vii). Reports which list equipment problems and the status of work orders generated during the prior month.

(viii). A staffing and funding plan sufficient in structure, skills, numbers and funding to allow completion of the operations and maintenance activities required by this Subparagraph 19.(g).

-47-

(viii). A wastewater Pump Station training program to address the methods, procedures, and techniques required to perform the duties and tasks necessary for the effective management, operations and maintenance of Miami-Dade's Pump Stations. Training required for employees may vary depending on their roles; however, Pump Station training shall include, for example, an explanation of the importance of effective Pump Stations management, operations and maintenance; and training in Pump Stations equipment operation, inspection, maintenance and repairs. The training program shall be generally consistent with the following publications: *Operations and Maintenance of Wastewater Collection Systems, a Field Study Training Program*, Volume I, Sixth Edition, and Volume II, Seventh Edition, prepared by the Office of Water Programs at California State University; and *Operations of Wastewater Treatment Plant, a Field Study Training Program*, Volumes I and II, Seventh Edition, prepared by the Office of Water Programs at California State University.

(h).    Force Main Operations, Preventative Maintenance and Assessment/Rehabilitation Program.

(i). Within twenty (20) Months after the Effective Date of this Consent Decree, Miami-Dade shall submit to EPA and FDEP for review and comment a Force Main Operations, Preventative Maintenance and Assessment/Rehabilitation Program to facilitate proper operations and maintenance activities associated with Force Mains within the WCTS. At a minimum, the Force Main Operations, Preventative Maintenance and Assessment/Rehabilitation Program shall include the following:

(A). The assessment of Force Mains, including an evaluation of potential sulfide and corrosion control options, and a summary report of findings, including a

-48-