recommendation of the preferred sulfide and corrosion control method(s); provided, however, that such corrosion control options and methods shall not apply to components made of plastic or other similar materials;

     (B). The Inspection of Force Main easements, including inspection of canal crossings, stream bank encroachment toward Force Mains, and easement accessibility to identify whether further action would be necessary for Miami-Dade to be able to have access should a problem arise. Inspections shall include written reports, and where appropriate, representative photographs or videos of appurtenances being inspected (Force Mains, creek crossings, canal crossings, etc.). Inspectors shall promptly report any observed SSOs to their area supervisors and shall record any evidence of SSOs which may have occurred since the last inspection. Any observed SSO shall be promptly reported in accordance with the SORP.

     (C). A schedule for the maintenance of easements.

     (D). A staffing and funding plan sufficient in structure, skills, numbers and funding to allow completion of the activities required by this Subparagraph 19.(h).

     (E). An inventory management system that includes:

      (1). a list of critical equipment and critical spare parts;

      (2). a list of where critical spare parts and critical equipment may be secured to allow repairs in a reasonable amount of time for those spare parts and critical equipment that are not stored by Miami-Dade (*e.g.,* including spare pipe having a diameter of 48 inches or greater); the list shall also set forth an inventory of spare parts and critical equipment stored by Miami-Dade, as applicable; and

(3). written procedures for updating the critical spare parts and equipment inventories in the IMS.

(F). Reports which list equipment problems and the status of work orders generated during the prior month.

(ii). <u>Force Main Criticality Assessment and Prioritization Report.</u> Within [6 or 12?] Months after EPA's approval of the Force Main Operations, Preventative Maintenance and Assessment/Rehabilitation Program, Miami-Dade shall submit to EPA and FDEP for review and comment a Force Main Prioritization Report that shall set forth the results of Miami-Dade's criticality assessment of the structural integrity of its Force Mains and the risk of Force Main critical failure. Miami-Dade shall base its criticality assessment of a Force Main on any previous assessments or investigations regarding the structural integrity of the Force Main, the size of the Force Main (e.g., gallons per day capacity and/or diameter), the age of the Force Main, the pipe material of the Force Main, the length of the Force Main, the availability (including distance) of the nearest WCTS component which could handle flows from that Force Main in the event of failure, the operating pressure of the Force Main during peak flow events, the availability of new pipe in case of failure (i.e. for large diameter Force Mains). Miami-Dade shall use this criticality assessment to prioritize its Force Mains for further assessment and/or rehabilitation/replacement pursuant to the Force Main Assessment Program and the Force Main Rehabilitation/Replacement Program set forth below. The Force Main Prioritization Report shall include the results of Miami-Dade's Force Main prioritization for further assessment and/or rehabilitation/replacement of its Force Mains, including a prioritized schedule for implementation of the Force Main Assessment Program provided, however, that all Force Mains shall be assessed pursuant to the

Force Main Assessment Program on or before sixty (60) Months after approval by the EPA of the Force Main Prioritization Report.

(iii). <u>Force Main Assessment Program.</u> Miami-Dade shall implement the Force Main Assessment Program in accordance with the schedule set forth in the Force Main Criticality Assessment and Prioritization Report. At a minimum, the Force Main Assessment Program shall include the following:

(A). Standard procedures and schedule for continual above-ground assessment of the route(s) of each Force Main in the WCTS. This component shall include standard forms for the visual assessment of Force Main routes and ground level conditions that may show structural issues with the Force Main below ground.

(B). Standard procedures and schedule for continual assessment of the route(s) of each Force Main in the WCTS where it crosses a surface water body and/or drainage way. This component shall include standard forms for the visual assessment of Force Main routes and above ground conditions that may show structural or leakage issues with the Force Main where it crosses a surface water body and/or drainage way.

(C). Standard procedures and schedules for inspecting and identifying Force Mains that are either corroded or at risk of corrosion. This component shall include a system for prioritizing repair of corrosion defects, corrosion identification forms, and

(D). Standard procedures and schedules for monitoring all existing cathodic protection measures on existing Force Mains, as well as detailed cathodic protection requirements for any newly installed Force Mains.

(E). Standard procedures and schedules for implementing acoustic monitoring of the Force Mains. The acoustic monitoring component shall include leak detection, acoustic monitoring (i.e., monitoring for wire breaks in pre-stressed concrete cylinder Pipe), and Sonar or Ultrasonic monitoring for pipe defect analysis (e.g., pipe wall deflections, corrosion, pits, voids, cracks, and debris). Any resulting internal wall thickness measurements shall be used to establish a list of potential corrosion problems and rehabilitation of the Force Main to prevent line breaks and/or ability to operate under pressures experienced during peak flow events.

(F). Criteria for use of ground-penetrating radar to determine leaks, Force Main bedding conditions and/or Force Main bedding voids.

(G). Assessment of the feasibility of installation of parallel Force Mains in the case of emergency repairs of those Force Mains determined by Miami-Dade to be highly critical.

(iv). <u>Force Main Rehabilitation/Replacement Program.</u> Within twenty-four (24) Months after the Effective Date of this Consent Decree, Miami-Dade shall submit to EPA and FDEP for review and approval a Force Main Rehabilitation/Replacement Program. At a minimum, the Force Main Rehabilitation/Replacement Program shall include the following:

(A). Standard procedures for repairing each Force Main in the WCTS that is deemed to be in need of repair pursuant to the Force Main Prioritization Report and/or Force Main Assessment Program. Repair technologies shall include, but not be limited to, open cut replacement of section(s) of pipe, spot repairs using cured-in-place pipe ("CIPP"), mechanical sleeves or repair clamps, or joint repairs using internal sleeves or external devices.

(B). Standard procedures for rehabilitating each Force Main in the WCTS that is deemed to be in need of rehabilitation pursuant to the Force Main Prioritization Report and/or Force Main Assessment Program. Rehabilitation technologies shall include, but not be limited to, spray-on linings, close fit linings, CIPP, and woven hose linings (including adhesive-backed linings, non-adhesive backed linings and glass-reinforced thermoplastic linings).

(C). Standard procedures for replacing each Force Main in the WCTS that is deemed to be in need of replacement pursuant to the Force Main Prioritization Report and/or Force Main Assessment Program. Replacement technologies shall include, but not be limited to, open cut replacement of pipe, sliplining, pipe bursting, directional drilling, microtunneling/pipe jacking.

Miami-Dade shall implement the Force Main Rehabilitation/Replacement Program in accordance with the prioritization of the Force Main Prioritization Report and based on the results and finding of its implementation of the Force Main Assessment Program; provided, however, that all Force Mains shall be repaired, rehabilitated or replaced pursuant to the Force Main Assessment Program on or before sixty (60) Months after completion of the condition assessment. Within three (3) Months after completion of all work pursuant to the Force Main Rehabilitation/Replacement Program, Miami-Dade shall submit to EPA and FDEP for review and comment a Force Main Rehabilitation/Replacement Program Final Report summary the implementation of the Program.

(v). A wastewater transmission system training to address the methods, procedures, and techniques required to perform the duties and tasks necessary for the effective

management, operations and maintenance of the Miami-Dade's transmission system. Training required for employees may vary depending on their roles; however, transmission system training shall include, for example, an explanation of the importance of effective transmission system management, operations and maintenance; and training in transmission equipment operation (e.g. Air Release Valves), maintenance and underground repair. The training program shall be generally consistent with the following publications: *Operations and Maintenance of Wastewater Collection Systems, a Field Study Training Program*, Volume I, Sixth Edition, and Volume II, Seventh Edition, prepared by the Office of Water Programs at California State University; and *Operations of Wastewater Treatment Plant, a Field Study Training Program*, Volumes I and II, Seventh Edition, prepared by the Office of Water Programs at California State University.

   (i). <u>WWTP Operations and Maintenance Program</u>. Within seventeen (17) Months of the Effective Date of this Consent Decree, Miami-Dade shall submit to EPA and FDEP for review and approval a WWTP Operations and Maintenance Program to facilitate proper operation, maintenance and equipment replacement activities associated with the WWTPs. At a minimum, the WWTP Operations and Maintenance Program shall include the following:

     (i). A prioritization of WWTP equipment as critical, semi-critical or non-critical based upon an evaluation of the impacts of the loss of use or failure of each piece of WWTP equipment. Such prioritization shall include the following WWTP equipment, as it applies specifically to each Miami-Dade operated WWTP:

      (A). in-plant raw sewage conveyance, including, but not limited to, raw sewage transmission pipes, flow meters and valves;

      (B). pretreatment screening, including, but not limited to, bar screen equipment, perforated plate screen equipment, concrete channels and structures, and screening collection, compaction and conveyance equipment;

      (C). influent grit chamber equipment, including but not limited to, aeration equipment and physical grit removal equipment (e.g. chains and pins, gear boxes, motors, conveyors, etc.);

      (D). primary clarifiers, including, but not limited to, concrete tank and structures, scum skimmer equipment, sludge collection mechanism and equipment, covers, ventilation systems, and primary sludge pumping systems;

      (E). aeration/oxygenation tank equipment, including but not limited to, motors, aeration blades, effluent trough screens, effluent trough air diffusion equipment and oxygen generation equipment;

      (F). final settling tank equipment, including, but not limited to, scum skimmer equipment, sludge collection mechanism and equipment, covers, ventilation systems, effluent weirs, and concrete tank and structures.

      (G). return activated sludge ("RAS") equipment, including but not limited to, pump control equipment, RAS pumps and physical equipment (e.g., air conditioning);

      (H). sludge thickener and digester equipment, including but not limited to, sludge digester tanks/covers, gas and sludge mixers, heat exchangers and internal pumps;

(I). sludge dewatering, including, but not limited to, centrifuge equipment, polymer systems, centrate handling and on-site sludge hauling and transferring vehicles.

(J). effluent disinfection, including, but not limited to, chlorine gas equipment, bulk hypochlorite solution storage, on-site hypochlorite generation equipment, and chlorine solution dosage and distribution equipment;

(K). chlorine contact chamber, including, but not limited to, concrete tank, diffuser and structures;

(L). effluent disposal, including, but not limited to, effluent pumping equipment, effluent wet well, effluent surge tank, effluent outfalls and diffusers, effluent deep injection wells, industrial and public reuse treatment and distribution equipment;

(M). yard piping, including, but not limited to, pipes, flow metering and valves;

(N). odor control systems, including, but not limited to, air scrubbing towers, blower equipment and duct work, and chemical storage and metering equipment;

(O). tertiary treatment, including, but not limited to, screw pump equipment; flocculation tanks, polymer system, and deep bed sand filter equipment;

(P). biosolids handling, including, but not limited to, sludge drying beds, composting equipment, and biosolids handling heavy equipment;

(R). septage, fats, oils, and grease receiving facility, including, but not limited to, septic truck receiving station equipment, septage screening equipment, and solids/liquid/scum separation equipment;

(S). laboratory, training and administration facilities;

(T). ferric salts dosing facilities and

(U). WWTP electrical equipment, including, but not limited to, motor control centers, remote telemetry units, metering, SCADA equipment, electrical conduit, electrical breakers, on-site emergency generators, biogas conveyance, biogas condition systems, methane storage spheres, and combined heat and power co-generation equipment;

(ii). A schedule for preventative maintenance activities that is as expeditious as possible. Miami-Dade shall develop a schedule for preventative maintenance activities such as grit chamber equipment maintenance, aeration tank equipment maintenance, final settling tank equipment maintenance, sludge thickener and digester equipment maintenance, electrical equipment maintenance (e.g., on-site generators, electrical co-generation equipment), pump maintenance (e.g., preventative lubrication and packing maintenance), mechanical maintenance, physical maintenance (such as building repairs, equipment painting, grounds upkeep) and other maintenance activities as needed at Miami-Dade's WWTPs that is as expeditious as possible. Such schedule shall include, but not limited to, manufacturers' maintenance recommendations.

(iii). A maintenance information management system that shall have the capability of scheduling and tracking both preventative and reactive maintenance activities.

      (iv). An inventory of spare parts. Miami-Dade shall identify which critical spare parts are maintained in inventory and provide a schedule to purchase critical spare parts that are not in inventory.

      (v). A spare parts inventory control system. Miami-Dade shall also develop, either as part of the maintenance information management system, or as a separate data management system, an inventory control system that shall have the capability of tracking spare parts use and inventory, as well as generating inventory replenishment needs reports.

      (vi). A staffing and funding plan sufficient in structure, skills, numbers and funding to allow completion of the activities required by this Subparagraph 19.(i).

      (vii). A wastewater treatment training program to address the methods, procedures, and techniques required to perform the duties and tasks necessary for effective management, operations and maintenance of the Miami-Dade's WWTPs. Training required for employees may vary depending on their roles; however, WWTP training shall include, for example, an explanation of the importance of effective WWTP management, operations and maintenance; and training in WWTP equipment operation, equipment installation/replacement, WWTP operations, WWTP sampling requirements, and reading WWTP as-built drawings. Training shall include methods necessary to have an adequate number of Certified WWTP operators, pursuant to Chapter 62-602, Fla. Admin. Code, to operate Miami-Dade's WWTPs. The training program shall be generally consistent with the following publications: *Operations and Maintenance of Wastewater Collection Systems, a Field Study Training Program*, Volume I, Sixth Edition, and Volume II, Seventh Edition, prepared by the Office of Water Programs at California State University; and *Operations of Wastewater Treatment Plant, a Field Study*

*Training Program*, Volumes I and II, Seventh Edition, prepared by the Office of Water Programs at California State University.

   (j). <u>Specific Capital Improvement Projects</u>. Based on previous investigations, Miami-Dade has identified certain rehabilitation projects that are intended to address conditions currently causing SSOs or contributing to NPDES permit violations. These specific capital improvement projects are identified and described in the Work Plan set forth in <u>Appendix D</u>, attached hereto and incorporated herein. Miami-Dade shall complete each of these capital improvement projects in accordance with the schedules set forth in <u>Appendix D</u>. Except as provide below, any modifications agreed upon in writing by the Parties to this list of projects or schedules set forth in <u>Appendix</u> D shall constitute a non-material change to this Consent Decree as set forth in Section XIX (Modification) below. Notwithstanding the foregoing, Miami-Dade shall complete all the capital improvement projects set forth in <u>Appendix D</u> on or before October 1, 2027, and any modification agreed upon in writing by the Parties to this final compliance date shall be considered a material change to this Consent Decree as set forth in Section XIX (Modification) below.

   (k). <u>Financial Analysis Program</u>. Within _____ (\_\_) Months after the Effective Date of this Consent Decree, Miami-Dade shall submit to EPA and FDEP for review and comment a Financial Analysis Program to ensure that it can effectively establish and track the sufficiency of funds for operations and maintenance, capital projects financing, and debt service coverage associated with the Sewer System, including, without limitation, the continued implementation of the Work pursuant to this Consent Decree. The Financial Analysis Program shall be consistent with the following criteria:

-59-

(i). A program that regularly analyzes and projects future utility management, operations, and maintenance costs needed to effectively manage, operate, and maintain the Sewer System, including, without limitation, the continued implementation of the CMOM Programs required pursuant to Paragraphs 18 and 19 of this Consent Decree. The cost analyses should include, at a minimum: capital infrastructure improvements; labor needs (including a staffing plan); and equipment and materials needs.

(ii). A program that analyzes, projects, plans, and finances capital improvement needs established through engineering studies; Sewer System condition assessments; historical Sewer System management, operations, and maintenance cost data; and sound sewer infrastructure asset management programs; including, without limitation capital improvement needs established and required pursuant to Paragraphs 18 and 19 of this Consent Decree. Capital improvement financing should be planned using a five (5) year planning horizon with annual updates.

(iii). A program that establishes the annual utility budget and customer rates periodically. The program should assure that the budget and funding provided by customer rates will meet the cost and financing needs for the management, operation, and maintenance of the Sewer System and the capital improvement needs as identified pursuant to the procedures set forth in Subparagraphs (k).(i) and (ii) above.

(iv). A program that directly tracks and reports operation and maintenance costs by the type of activity (corrective, preventative, and emergency) and capital improvement costs.

(v).   A program that tracks and reports any transfer or use of funds obtained by the County from the collection of sewer rates for any purpose not related to the management, operation, or maintenance of the Sewer System or to any capital improvement need of the Sewer System.

### VII. CIVIL PENALTY

20.   Within thirty (30) Days after the Effective Date of this Consent Decree, Miami-Dade shall pay the sum of $_____ as a civil penalty in accordance with the provisions of Paragraphs 21 and 22.

21.   Miami-Dade shall pay to the United States fifty percent (50%) of the civil penalty due by FedWire Electronic Funds Transfer ("EFT") to the U.S. Department of Justice in accordance with written instructions to be provided to Miami-Dade, following lodging of the Consent Decree, by the Financial Litigation Unit of the U.S. Attorney's Office for the Southern District of Florida, *[address], [phone number]*. At the time of payment, Miami-Dade shall send a copy of the EFT authorization form and the EFT transaction record, together with a transmittal letter, which shall state that the payment is for the civil penalty owed pursuant to the Consent Decree in United States et al. v. Miami-Dade County, and shall reference the civil action number and DOJ case number 90-5-1-1-10145, to the United States in accordance with Section XIV of this Consent Decree (Notices); by email to acctsreceivable.CINWD@epa.gov; and by mail to:

>   EPA Cincinnati Finance Office
>   26 Martin Luther King Drive
>   Cincinnati, Ohio 45268