# EXHIBIT 4

## Specific Capital Improvement Project Descriptions

| Project Number | Project Name | Project Description | Project Impact/Need | Estimated Project Cost |
|---|---|---|---|---|
| | | South District WWTP, 8950 SW 232 St., Goulds, FL 33170 | | $ 144,434,000 |
| 1.1 | Headworks | Routine repairs on existing bar screen mechanisms in headwork structure prior to aerated grit chambers | Failure of bar screen mechanism could result in the blinding of the bar screen and cause an overflow of raw sewage from the plant headworks structure towards nearby surface waters, especially during peak wet weather. | $ 689,000 |
| 1.2 | Oxygen Production | Replacement and retrofit of existing air compression units. | Replacements and modifications are needed to meet WWTPs 125 ton oxygen demand. Loss of pure oxygen production will affect performance of secondary treatment process and result in effluent limit violations. | $ 7,187,000 |
| 1.3 | Oxygenation Trains | Aeration mixers retrofit, structural rehabilitation, and surface coating application | Loss of aeration tank capacity will result in effluent limit violations. | $ 16,472,000 |
| 1.4 | Chlorine Building | Replacement of motor control centers, relocation of electrical panels and roof repairs of old chlorine building where flushing water pumps are to remain. | Roof leaks or failure of MCC and electrical panel could result in loss of plant flushing water which in used for spray systems and odor control. | $ 2,311,000 |
| 1.5 | Effluent Pump Station | Upgrade of existing obsolete pump control systems, upgrade pumps drives and motors and structural rehabilitation of pump station wet well chambers 2-4. | Loss of pumping capacity or wet well function will result in unpermitted effluent discharge into the surrounding surface waters. | $ 25,050,000 |
| 1.6 | Gravity Sludge Thickeners | Replacement of thickened sludge pumps, and electrical systems in concentrator pump station. Rehabilitation of concentrator collector mechanisms and structural rehabilitation and coating of concentrators. | Failure of sludge thickening will result in a biological overloading of the secondary treatment process and effluent limit violations. | $ 4,822,000 |
| 1.7 | Digesters and Control Buildings | Rehabilitation or replacement of digester roofs; digester tank cleaning, structural rehabilitation and coating; sludge mixers improvement | Loss of digestion capacity will result in a decline in biogas/methane production for power generation and unstabilized sludge that will require landfill disposal. | $ 45,942,000 |
| 1.8 | Dewatering Facility | Replace existing Interim dewatering building with a new permanent dewatering facility, to include centrifuges, controls, polymer system, structural, mechanical and electrical systems. | Failure of sludge dewatering would result in solids accumulation in the secondary treatment process and effluent limit violations. | $ 15,828,000 |
| 1.9 | FOG Removal Facility | Separation operations improvements to recently constructed FOG removal facility to aid in conveyance of oils and floating grease to beneficial use option and removal of excess grit and settled solids. | Current FOG separation tank is not capable of adequately handing solids load, resulting in excess odors and unanticipated manual labor to remove large amounts of grit, settled soils and hardened grease. | $ 899,000 |
| 1.10 | Odor Control | Upgrade odor control facilities | Complaints of nuisance odors by nearby residents could result from a lack of properly functioning odor control systems. | $ 7,406,000 |
| 1.11 | General Electrical | Rehabilitation and replacement of electrical controls and wiring as needed. | Loss of electrical controls or wiring could result in plant shutdowns, wastewater overflows and effluent violations. | $ 11,355,000 |
| 1.12 | Chlorine Contact Chamber Structural | Structural rehabilitation and coating of chlorine contact chambers 1-4 | Structural failure of a chlorine contact chamber would lead to a lack of disinfection contact time, an effluent violation. A hydraulic overload could also occur from multiple chambers being out of service for corrective maintenance, resulting in an effluent spill to nearby surface waters. | $ 6,473,000 |

Specific Capital Improvement Project Descriptions

| Project Number | Project Name | Project Description | Project Impact/Need | Estimated Project Cost |
|---|---|---|---|---|
| | | Central District WWTP, 3989 Rickenbacker Causeway, Miami, FL 33149 | | $ 555,304,000 |
| 2.1 | Electrical Improvements | Rehabilitation and replacement of electrical controls and wiring as needed | Loss of electrical controls or wiring could result in plant shutdowns, wastewater overflows and effluent violations. | $ 26,640,000 |
| 2.2 | Building improvements | Repairs to maintenance, operations control and administration buildings to include refurbishing of roofs and staff facilities | These improvements are needed to provide staff with adequate and safe facilities to perform their jobs. | $ 5,490,000 |
| 2.3 | Headworks Plant 1 | Headworks retrofit to include addition of influent screens and an electrical room with replacement of electrical systems | Failure of headwork electrical system will result in grit accumulation in secondary treatment process leading to effluent limit violations. Lack of headworks screening results in accumulation of rags and plastics in plant processes, leading to pump, mixer and clarifier collection mechanism failure; and effluent limit violations. | $ 19,988,000 |
| 2.4 | Headworks Plant 2 | Headworks retrofit to include addition of influent screens and an electrical room with replacement of electrical systems | Failure of headwork electrical system will result in grit accumulation in secondary treatment process leading to effluent limit violations. Lack of headworks screening results in accumulation of rags and plastics in plant processes, leading to pump, mixer and clarifier collection mechanism failure; and effluent limit violations. | $ 20,091,000 |
| 2.5 | Oxygenation Trains Plant 1 | Aeration mixers retrofit, structural rehabilitation, and surface coating application | Loss of oxygenation tank capacity will result in effluent limit violations. | $ 6,501,000 |
| 2.6 | Oxygenation Trains Plant 2 | Aeration mixers retrofit, structural rehabilitation, and surface coating application | Loss of oxygenation tank capacity will result in effluent limit violations. | $ 14,569,000 |
| 2.7 | Secondary Clarifiers Plant 1 | Structural rehabilitation and replacement of sludge collection mechanisms | Loss of sludge settling capacity will result in effluent limit violations. | $ 4,339,000 |
| 2.8 | Secondary Clarifiers Plant 2 | Structural rehabilitation and replacement of sludge collection mechanisms | Loss of sludge settling capacity will result in effluent limit violations. | $ 6,688,000 |
| 2.9 | RS Pump Stations Plant 1 | replacement of return sludge pump, piping, motor control centers and structural repairs to pump stations | Loss of return sludge pumping capacity will result in a failure of the aeration process and effluent limit violations. | $ 8,328,000 |
| 2.10 | RS Pump Stations Plant 2 | replacement of return sludge pump, piping, motor control centers and structural repairs to pump stations | Loss of return sludge pumping capacity will result in a failure of the aeration process and effluent limit violations. | $ 13,215,000 |
| 2.11 | Effluent Pump Station | Pump replacement in effluent pump station | Loss of sufficient pumping capacity will result in unpermitted effluent discharge into the surrounding surface waters. | $ 9,306,000 |
| 2.12 | Sludge Thickeners Plant 1 | Replacement of thickened sludge pumps, sanitary sewer pumps, HVAC and electrical systems in concentrator pump station. Rehabilitation of concentrator collector mechanisms and structural rehabilitation and coating of concentrators. | Failure of sludge thickening will result in a biological overloading of the secondary treatment process and effluent limit violations. | $ 10,381,000 |
| 2.13 | Sludge Thickeners Plant 2 | Replacement of thickened sludge pumps, sanitary sewer pumps, HVAC and electrical systems in concentrator pump station. Rehabilitation of concentrator collector mechanisms and structural rehabilitation and coating of concentrators. | Failure of sludge thickening will result in a biological overloading of the secondary treatment process and effluent limit violations. | $ 9,093,000 |
| 2.14 | Digesters Plant 1 | Complete rehab of sludge digester clusters (roofs, concrete structures, recirculation & transfer pumps, mixers, & electrical systems) | Loss of digestion capacity will result in a decline in biogas/methane production for power generation and unstabilized sludge that will require landfill disposal. | $ 53,959,000 |
| 2.15 | Digesters Plant 2 | Complete rehab of sludge digester clusters (roofs, concrete structures, recirculation & transfer pumps, mixers, & electrical systems) | Loss of digestion capacity will result in a decline in biogas/methane production for power generation and unstabilized sludge that will require landfill disposal. | $ 115,672,000 |
| 2.16 | Dewatering Building | Construction of a new dewatering facility and sludge cake conveyance system to sludge storage buildings | Failure of sludge dewatering would result in solids accumulation in the secondary treatment process and effluent limit violations. | $ 93,042,000 |

Specific Capital Improvement Project Descriptions

| Project Number | Project Name | Project Description | Project Impact/Need | Estimated Project Cost |
|---|---|---|---|---|
| | | Central District WWTP, 3989 Rickenbacker Causeway, Miami, FL 33149 (continued) | | |
| 2.17 | Chlorination Facilities | Replacement of chlorine gas storage, liquid chlorination and dosing system with bulk sodium hypochlorite storage and dosing system in separate outdoor structures | Failure of existing chlorine gas storage system could lead to and unregulated discharge of chlorine gas and exposure of plant personnel and nearby community to chlorine gas. Additionally, a failure of the chlorine system would result in a lack of disinfection of effluent, a effluent violation. | $ 16,184,000 |
| 2.18 | Odor Control Systems | Odor control buildings motor control center replacement including air conditioned electrical rooms. Replacement of odor control chemical pumps, piping, valves and gas stripping tower media. | Complaints of nuisance odors by nearby residents could result from a lack of properly functioning odor control systems. | $ 18,936,000 |
| 2.19 | Co-Gen Facility | Installation of two new Cogeneration engines, Cogeneration Building improvements, replacement of biogas pipeline and installation o biogas conditioning system. | Sudden loss of cogeneration engines could result in partial loss of power to the plant and temporary equipment shutdown. Consistent lack of cogeneration units would result in loss of heat for the anaerobic digesters. | $ 28,919,000 |
| 2.20 | Septage Unloading | Construction of a new septage handling station to remove FOG from the main wastewater treatment stream and treat either through digestion or off-site third part facility. | Septage currently puts and added load on plant's secondary treatment, is labor intensive. | $ 26,575,000 |
| 2.21 | Pump Station 1 | Rehabilitation of pump station odor control system and of bar screen mechanisms | Odor complaints could result from an improperly functioning odor control system. Failure of bar screen mechanism could result in the blinding of the bar screen and cause an overflow of raw sewage from the pump station towards nearby surface waters, especially during peak wet weather flow events. | $ 10,924,000 |
| 2.22 | Pump Station 2 | Rehabilitation of pump station odor control system, rehabilitation of bar screen mechanisms, and replacement pump stations flow metering to improve maintenance accessibility | Odor complaints could result from an improperly functioning odor control system. Failure of bar screen mechanism could result in the blinding of the bar screen and cause an overflow of raw sewage from the pump station towards nearby surface waters, especially during peak wet weather flow events. Inability to access the station's flow meter in a timely fashion has resulted in periods without proper flow measurement from this pump station. | $ 5,189,000 |
| 2.23 | O2 Plant Process Controls Phase 2 | Replacement of process control equipment for existing oxygen production systems either due to equipment failing or being obsolete. | Loss of pure oxygen production will affect performance of secondary treatment process and result in effluent limit violations. | $ 482,000 |
| 2.24 | Gas Monitoring | Gas monitoring and alarms in hazardous areas | Personnel could be overcome by noxious fumes such as hydrogen sulfide, carbon dioxide carbon monoxide or methane if unaware of their presence due to lack of gas monitoring. | $ 324,000 |
| 2.25 | Ventilation Improvements | Ventilation Improvements in Hazardous Areas | Sufficient ventilation in hazardous areas is required to meet NFPA 820. | $ 2,464,000 |
| 2.26 | Rehabilitation of Walkways and Stairways | Replacement of corroded walkways, stairways, railings, grating throughout the plant | Personnel could suffer falling injuries from eroding concrete and corroding metal. | $ 2,477,000 |
| 2.27 | Oxygen Production | Construction of a new 80 ton/day oxygen production cryogenic tower and air compression unit to provide full redundancy as existing units are near the end of useful life and prone to failure. | Loss of pure oxygen production will affect performance of secondary treatment process and result in effluent limit violations. | $ 25,132,000 |
| 2.28 | SCADA RTU Upgrades | SCADA RTU upgrades due to exisiting RTUs being obsolete and difficulty of locating replacement parts | Failure to upgrades these RTUs could result in loss of monitoring and control of unit processes | $ 396,000 |
| 2.29 | High Strength Influent Impact Study | Investigation as to the sources of increased TSS and BOD loading experienced at the plant and conceptual solutions to eliminate or mitigate the change in plant influent characteristics | Influent loading characteritics well above design parameters are contributing factors in effluent limit violations. If unadressed, continued effluent violation are likely. | $ - |

Specific Capital Improvement Project Descriptions

| Project Number | Project Name | Project Description | Project Impact/Need | Estimated Project Cost |
|---|---|---|---|---|
| | | North District WWTP, 2575 NE 156 St., North Miami, FL 33160 | | $ 249,375,000 |
| 3.1 | Headworks and Sludge Degritting Transfer | Phase 1: Replacement of bar screens with perforated plate screens Phase 2: Upgrade pretreatment buildings for fire code compliance and replacement of primary sludge grit separation | Replacement of influent screens and upgrade of headworks will reduce rags problems and improve treatment process. | $ 30,910,000 |
| 3.2 | Primary Clarifiers and Odor Control | Rehabilitation of structural, mechanical and odor control systems | Loss of primary clarifier capacity will increase workload of the secondary treatment process and will result in effluent limit violations. Complaints of nuisance odors by nearby residents could result from a lack of properly functioning odor control systems. | $ 44,713,000 |
| 3.3 | Oxygenation Trains | Rehabilitation of Aeration Tanks structural, mechanical and electrical systems | Loss of oxygenation tank capacity will result in effluent limit violations. | $ 24,289,000 |
| 3.4 | Oxygen Production | Rehabilitation of oxygen plant structural, mechanical and electrical systems | Loss of pure oxygen production will affect performance of secondary treatment process and result in effluent limit violations. | $ 6,420,000 |
| 3.5 | Secondary Clarifiers | Structural, mechanical and electrical rehabilitation of the secondary clarifiers | Loss of sludge settling capacity will result in effluent limit violations. | $ 72,335,000 |
| 3.6 | Disinfection | Replacement of chlorine gas storage, liquid chlorination and dosing system with bulk sodium hypochlorite storage and dosing system in the existing chlorine building | Failure of existing chlorine gas storage system could lead to and unregulated discharge of chlorine gas and exposure of plant personnel and nearby community to chlorine gas. Additionally, a failure of the chlorine system would result in a lack of disinfection of effluent, a effluent violation. | $ 17,557,000 |
| 3.7 | Effluent Disposal | Installation of standby pumps to ensure effluent disposal capacity and structural rehabilitation of ocean outfall pump station wet well | Loss of sufficient pumping capacity or wet well function will result in unpermitted effluent discharge into the surrounding protected wetlands. | $ 25,672,000 |
| 3.8 | Plant Wide Electrical | Rehabilitation and replacement of electrical controls and wiring as needed | Loss of electrical controls or wiring could result in plant shutdowns, wastewater overflows and effluent violations. | $ 17,521,000 |
| 3.9 | Flood Mitigation | Generator and Electrical Building flood mitigation at NDWWTP | Flooding of emergency standby generator and electrical switchgear area would result in loss of emergency power and power distribution. Emergency power is most critical during storm events when flooding is most likely. | $ 4,187,000 |
| 3.10 | Yard Piping Replacement | Replacement of wastewater piping that interconnects unit processes throughout the plant | A leak or rupture of plant yard piping will result in sewage and/or sludge spill that may contaminate nearby surface waters. | $ 4,575,000 |
| 3.11 | SCADA RTU Upgrades | SCADA RTU upgrades due to exisiting RTUs being obsolete and difficulty of locating replacement parts | Failure to upgrades these RTUs could result in loss of monitoring and control of unit processes | $ 1,196,000 |

## Specific Capital Improvement Project Descriptions

| Project Number | Project Name | Project Description | Project Impact/Need | Estimated Project Cost |
|---|---|---|---|---|
| | | Wastewater Collection and Transmission Lines | | $ 405,577,000 |
| 4.1 | Collection System I/I Repairs | Rehab of Collection System (Dig & Replace Mainlines and Laterals, Manhole Replacement, Cured-in-Place Liners and Sectional Liners) | Renewal/replacement of defective gravity sewers with documented excessive inflow/infiltration | $ 127,781,000 |
| 4.2 | Government Cut FM - Phase 1& 2 (construction ongoing) | Replace existing portion of 54 inch FM from the water shaft of Phase 1 in Government Cut to mainland Miami Beach | Replace critically damaged sections of 54-inch force main to avert catastrophic failures in Government Cut | $ 35,187,000 |
| 4.3 | Government Cut FM - Phase 3 | Replace existing portion of 54 inch FM from land shaft of Phase 1 at Fisher Island to CDWWTP at Virginia Key | Replace critically damaged sections of 54-inch force main to avert catastrophic failures in Fisher's Cut | $ 114,765,000 |
| 4.4 | North Dade 72 inch PCCP FM Rehabilitation | Rehabilitation of the remaining 3.5 miles of the 72 inch PCCP FM located between NW 17 Ave and NE 10 Ave | Replace remaining damaged section of 72-inch force main that has experienced catastrophic failure | $ 23,012,000 |
| 4.5 | South Dade 54 inch PCCP FM Rehabilitation | Rehabilitation of approximately 2.5 miles of 54 inch PCCP FM from SW 112 Ave and SW 280 St to SW 107 Ave and SW 248 St | Replace sections of 54-inch force main that has critically damages pipe segments | $ 18,009,000 |
| 4.6 | Replacement of Tamiami Canal Aerial Crossing FM's at NW 37th Ave | Replace corroded twin 24 inch FM's crossing the Tamiami Canal at NW 37 Ave, just south of NW 21 St | Replace twin 24-inch force mains that are corroded and have experienced failures | $ 711,000 |
| 4.7 | Replacement of 18 inch DIP FM in Miami Lakes | Replace 1 mile of corroded 18 inch DIP FM located at NW 60 Ave and NW 138 St | Replace severely corroded 18-inch pipe that has had multiple failures | $ 2,261,000 |
| 4.8 | Rehabilitation of 54 inch PCCP FM in the City of Miami | Rehabilitate by Cured-in-Place liner approximately 2 miles of 54 inch PCCP FM located on NW 2 St between NW 67 Ave and NW 37 Ave | Complete rehabilitation of 54-inch force main that is deteriorated and has experienced failures | $ 10,552,000 |
| 4.9 | Replace Approximately 25 miles of AC force mains | See attached description of individual force mains | Replace asbestos cement force mains that have experienced failures and are difficult to locate in the field. | $ 50,423,000 |
| 4.10 | Opa-Locka Airport 48" PCCP force main replacement | Rehabilitation of 2.5 miles of 48" PCCP force main running along the Biscayne Canal between NW 57th Avenue & NW 32 nd Avenue | Complete rehabilitation of 48-inch force main that is deteriorated and determined to have approximately one quarter of its line segments destressed based on in-situ condition assements | $ 22,876,000 |

Specific Capital Improvement Project Descriptions

| Project Number | Project Name | Project Description | Project Impact/Need | Estimated Project Cost |
|---|---|---|---|---|
| | | Sewer Pump Station Systems | | $ 102,932,000 |
| 5.1 | Upgrade of PS#0418 | Covert PS# 418 into a booster type station | The station has reach the end of its useful life. Booster station is needed to relieve pressures in the Doral area. | $ 23,002,000 |
| 5.2 | Upgrade of PS#0691 | Replacement of pumping and electrical equipment | Existing equipment is beyond its useful life. Station capacity increase is required to handle increased Homestead flows | $ 5,773,000 |
| 5.3 | Upgrade of PS#0692 | Replacement of pumping and electrical equipment | Existing equipment is beyond its useful life. Station capacity increase is required to handle increased Homestead flows | $ 5,773,000 |
| 5.4 | Replacement of Switchgear PS#0414 | Replacement of electrical switchgear | Existing equipment is beyond its useful life. | $ 1,431,000 |
| 5.5 | Replacement of Switchgear and Rehabilitation of Wet well PS#0415 | Replacement of electrical switchgear and rehabilitation of the wet well to include a odor control unit | Existing equipment is beyond its useful life. Wet well structure is deteriorated badly due to H2S | $ 4,619,000 |
| 5.6 | Replacement of Switchgear PS#0416 | Replacement of electrical switchgear | Existing equipment is beyond its useful life. | $ 1,431,000 |
| 5.7 | Replacement of Switchgear and Rehabilitation of Wet well PS#0417 | Replacement of electrical switchgear and rehabilitation of the wet well to include a odor control unit | Existing equipment is beyond its useful life. Wet well structure is deteriorated badly due to H2S | $ 3,079,000 |
| 5.8 | Replacement of Electrical and Mechanical Equipment in PS#0107 | Replacement of pumping and electrical equipment | Existing equipment is beyond its useful life. Parts are not readily available for the load cell type controllers | $ 3,849,000 |
| 5.9 | Replacement of Plumbing and Electrical Equipment at PS#0301 | Replacement of pumping and electrical equipment to include generator | Existing equipment is beyond its useful life due to the saltwater environment | $ 4,389,000 |
| 5.10 | Upgrade of PS#0488 | Conversion of pump station to submersible type station | Existing equipment is beyond its useful life. | $ 2,862,000 |
| 5.11 | Installation of 60 inch FM from Kendall Dr to PS#0536 | Installation of 60" F/M from Kendall Dr to PS#0537 to eliminate the 42" reduction in the 60" F/M | To reduce pressure differential and increase flow transfer between PS#0559 and 0536 | $ 5,724,000 |
| 5.12 | Replacement of Switchgear at PS#0187 | Replacement of Anvic Drive with VFD | Existing equipment is beyond its useful life. Parts are not available | $ 3,434,000 |
| 5.13 | Refurbish Emergency Generators and Controls at Regional Pump Stations | Refurbish emergency generators and controls at regional pump stations due to parts obsolescence | Emergency backup generators are unreliable due to age of controllers and condition of wiring on the engines | $ 2,988,000 |
| 5.14 | Upgrade of PS #0086, 0492 | See attached Pump Station Compliance Projects sheet for individual pump station project descriptions. | The pump stations are out of compliance of the Adequate Transmission Capacity Criteria with a NAPOT of greater than 10 hours. | $ 2,127,000 |
| 5.15 | Upgrade of PS #0065, 0201, 0334, 0374, 0607 | See attached Pump Station Compliance Projects sheet for individual pump station project descriptions. | The pump stations are out of compliance of the Adequate Transmission Capacity Criteria with a NAPOT of greater than 10 hours. | $ 5,836,000 |
| 5.16 | Upgrade of PS #00198, 0437, 0466, 0680 | See attached Pump Station Compliance Projects sheet for individual pump station project descriptions. | The pump stations are out of compliance of the Adequate Transmission Capacity Criteria with a NAPOT of greater than 10 hours. | $ 3,806,000 |
| 5.17 | Upgrade of PS #0037, 0351, 0370 | See attached Pump Station Compliance Projects sheet for individual pump station project descriptions. | The pump stations are out of compliance of the Adequate Transmission Capacity Criteria with a NAPOT of greater than 10 hours. | $ 5,371,000 |
| 5.18 | Upgrade of PS #0441, 0491, 0710, 0827, 0852, 1236 | See attached Pump Station Compliance Projects sheet for individual pump station project descriptions. | The pump stations are out of compliance of the Adequate Transmission Capacity Criteria with a NAPOT of greater than 10 hours. | $ 7,527,000 |
| 5.19 | SCADA RTU Upgrades | SCADA RTU upgrades for 635 pump stations due to exisiting RTUs being obsolete and difficulty of locating replacement parts | Failure to upgrades these RTUs could result in loss of monitoring and control of wastewater pump stations | $ 9,911,000 |