# EXHIBIT 5



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 4
ATLANTA FEDERAL CENTER
61 FORSYTH STREET
ATLANTA, GEORGIA 30303-8960

JUN 1 2 2012

CERTIFIED MAIL   7010 1060 0002 1705 7342
RETURN RECEIPT REQUESTED

RECEIVED 2012 JUN 20 AM 9: 50
MIAMI DADE WATER AND SEWER DEPT DIRECTOR'S OFFICE

Mr. John W. Renfrow, P.E.
Director, Miami-Dade Water & Sewer Department
Miami-Dade County
3071 Southwest 38th Avenue
Miami, Florida  33146

> Re: Compliance Evaluation Inspection of the Central District Wastewater Treatment Plant
> Notice of Violation
> National Pollutant Discharge Elimination System Permit No. FL0024805

Dear Mr. Renfrow:

The U.S. Environmental Protection Agency, Region 4 conducted a Compliance Evaluation Inspection (CEI) of Miami-Dade County's Central District Wastewater Treatment Plant on April 9, 2012. Enclosed is the CEI report and photographs taken during the CEI. In addition, the EPA has reviewed the Discharge Monitoring Reports (DMRs) for the months of December 2011, February 2012 and March 2012.

The EPA's inspection noted several National Pollutant Discharge Elimination System (NPDES) Permit and regulatory violations. Specifically, Miami-Dade County violated Part II, Section B.1. of the above-referenced NPDES Permit and 40 C.F.R. §122.41(e) related to improper operation and maintenance, as well as Part III, Section C.1.c. and 40 C.F.R. §403.8(f)(2)(v), as more specifically set forth in the enclosed CEI report.

In addition, the EPA's review of the December 2011, February 2012 and March 2012 DMRs, submitted pursuant to requirements in the above-referenced NPDES Permit, has identified the following violations of the effluent limitations outlined in Part I.A of the NPDES Permit:

| Effluent Parameter | Month of Violation | Monthly Average (mg/L) | | Weekly Average (mg/L) | |
|---|---|---|---|---|---|
| | | Reported | Limit | Reported | Limit |
| Total Suspended Solids | December 2011 | 31.2 | 30.0 | | |
| Carbonaceous $BOD_5$ | February 2012 | 30.8 | 25.0 | | |
| Total Suspended Solids | February 2012 | 39.2 | 30.0 | 61.0 | 45.0 |

| Effluent Parameter | Month of Violation | Monthly Average (mg/L) | | Weekly Average (mg/L) | |
| --- | --- | --- | --- | --- | --- |
| | | Reported | Limit | Reported | Limit |
| Carbonaceous $BOD_5$ | March 2012 | 34.5 | 25.0 | 40.2 | 40.0 |

Finally, the EPA's CEI noted several other deficiencies outlined in the enclosed CEI report.

Pursuant to Section 308 of the Clean Water Act (CWA), 33 U.S.C. § 1318, please provide a written response to the violations indicating the action(s) taken and/or planned to be taken by the County to resolve the violations, including a schedule and supporting documentation. In addition, the response should address the other deficiencies noted in the enclosed CEI report, as well as include the information requested by the EPA during the CEI. This written response should be provided within 30 days of receipt of this letter. The response should be addressed to the attention of Mr. Brad Ammons at the address in the letterhead.

Until consistent compliance is achieved, the County is considered to be in violation of the CWA and is subject to enforcement action pursuant to Section 309 of the CWA, 33 U.S.C. § 1319. This Section provides for the issuance of administrative penalty and compliance orders and/or the initiation of civil and/or criminal actions.

If you have specific questions regarding either this Notice of Violation or the CEI, please contact Mr. Brad Ammons at (404) 562-9769 or via email at ammons.brad@epa.gov.

Sincerely,

Gail Mitchell, for

James D. Giattina
Director
Water Protection Division

Enclosures

cc: Mr. Michael Bechtold
Florida Department of Environmental Protection
West Palm Beach

United States Environmental Protection Agency
Washington, D.C. 20460

# EPA Water Compliance Inspection Report

## Section A: National Data System Coding (i.e., PCS)

| Transaction Code | NPDES | yr/mo/day | Inspection Type | Inspector | Facility |
|---|---|---|---|---|---|
| N | FL0024805 | 12/04/09 | C | R | 1 |

Remarks

| Inspection Work Days | Facility Self Monitoring Evaluation Rating | B1 | QA | Reserved |
|---|---|---|---|---|
| 1.0 | N/E | N | N | |

## Section B: Facility Data

| Name and Location of Facility Inspected (For industrial users discharging to POTW, also include POTW name and NPDES permit) | Entry Time/Date | Permit Effective Date |
|---|---|---|
| Miami-Dade Water & Sewer Dept. Central District WWTP<br>3989 Rickenbacker Causeway<br>Miami, Florida 33149 | 12:00 pm/4-9-2012<br><br>Exit Time/Date<br>8:00 pm/4-9-2012 | 07-01-1999<br><br>Permit Expiration Date<br>06-30-2004 |

| Names of On-Site Representative(s)/Title(s)/Phone and Fax No's | Other Facility Data (e.g., SIC NAICS, and other descriptive information) |
|---|---|
| Bennie Walton (WWTP Operator)/305.365.5601/305.365.5617 (fax)<br>Richard O'Rourke (Regulatory Compliance Section Head)/786.552.8123<br>Manny Moncholi (Process Engineer)/786.552.8352 | SIC = 4952 |

Name, Address of Responsible Official/Title/Phone and Fax No's
Mr. John Renfrow, P.E., Director, Miami-Dade Water & Sewer Dept.
3071 SW 38th Avenue
Miami, Florida 33146

Contacted __Yes _X_ No

## Section C: Areas Evaluated During Inspection (Check only those areas evaluated)

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   |   |   | Self-Monitoring Program |   | Pretreatment | MS4 |
|   | Records/Reports |   | Compliance Schedules |   | Pollution Prevention |   |
| X | Facility Site Review |   | Laboratory |   | Storm Water |   |
| X | Effluent/Receiving Waters | X | Operations & Maintenance |   | Combined Sewer Overflow |   |
|   | Flow Measurement |   | Sludge Handling/Disposal |   | Sanitary Sewer Overflow |   |

## Section D: Summary of Findings/Comments
(Attach additional sheets of narrative and checklists, including Single Event Violation codes, as necessary)

| SEV Codes | SEV Description |
|---|---|
| B0020 | Management Practice Violations – Improper Operation and Maintenance |
| B0P11 | PRETREATMENT VIOLATION – FAILURE TO PERFORM PROGRAM REQUIREMENT |

| Name(s) and Signature(s) of Inspector(s) | Agency/Office/Phone and Fax Numbers | Date |
|---|---|---|
| Brad Ammons | U.S. EPA Region 4/MIES/404.562.9769/404.562.9729 | 5/24/2012 |
| David Phillips | U.S EPA Region 4/MIES/404.562.9773/404.562.9729 | 5/20/2012 |
| Signature of Management QA Reviewer<br>Maurice L. Horsey, IV, Chief | Agency/Office/Phone and Fax Numbers<br>MIES/CWEB/WPD/EPA R4/404.562.9764 | Date<br>5/29/12 |

EPA Form 3560-3 (Rev 1-06) Previous editions are obsolete.

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**Region 4**
**Water Protection Division**
**Clean Water Enforcement Branch**



**COMPLIANCE EVALUATION INSPECTION REPORT**

**Miami-Dade County, Florida**
**Water and Sewer Department**
**Central District (Virginia Key) Wastewater Treatment Plant**
Miami, Florida
NPDES Permit No. FL0024805

**Facility Address:**
3989 Rickenbacker Causeway (Virginia Key)
Miami, Florida 33149

**Inspection Date:**
April 9, 2012

**Inspectors:**
Brad Ammons, Environmental Engineer, EPA Region 4
David Phillips, Environmental Engineer, EPA Region 4

**Inspection Report Prepared by:**
Brad Ammons
David Phillips

May 22, 2012

**COMPLIANCE EVALUATION INSPECTION REPORT**
Compliance Evaluation Inspection of the Miami-Dade County Central District WWTP, April 9, 2012

## Table of Contents

ABBREVIATIONS AND ACRONYMS ...................................................................................................ii
OPENING CONFERENCE .................................................................................................................. 1
CENTRAL DISTRICT WWTP PLANT #1 OBSERVATIONS/VIOLATIONS/DEFICIENCIES ............ 3
CENTRAL DISTRICT WWTP PLANT #2 OBSERVATIONS/VIOLATIONS/DEFICIENCIES ............ 5
SLUDGE DEWATERING BUILDING OBSERVATIONS/DEFICIENCIES ......................................... 8
EFFLUENT PUMP STATION OBSERVATIONS................................................................................ 9

COMPLIANCE EVALUATION INSPECTION REPORT
Compliance Evaluation Inspection of the Miami-Dade County Central District WWTP, April 9, 2012

## ABBREVIATIONS AND ACRONYMS

| | |
|---|---|
| $CBOD_5$ | Carbonaceous Biochemical Oxygen Demand, 5-day |
| CWA | Clean Water Act |
| DMR | Discharge Monitoring Report |
| EPA | United States Environmental Protection Agency |
| FDEP | Florida Department of Environmental Protection |
| HLD | High Level Disinfection |
| MGD | Million Gallons per Day |
| NPDES | National Pollutant Discharge Elimination System |
| RAS | Return Activated Sludge |
| SCADA | Supervisory Control and Data Acquisition |
| TSS | Total Suspended Solids |
| UIC | Underground Injection Control |
| WASD | Miami-Dade County Water and Sewer Department |
| WCTS | Wastewater Collection and Transmission System |
| WWTP | Wastewater Treatment Plant |

COMPLIANCE EVALUATION INSPECTION REPORT
Compliance Evaluation Inspection of the Miami-Dade County Central District WWTP, April 9, 2012

## Miami-Dade County, FL
Central District WWTP
EPA Region 4
*Compliance Evaluation Inspection*
Monday, April 9, 2012

Time of Entry:     12:00 PM.

### OPENING CONFERENCE

The following people were in attendance during the opening conference before the Miami-Dade County WASD Central District WWTP walk-through:

| EPA Region 4 | Miami-Dade County WASD |
|---|---|
| Brad Ammons | Bennie Walton (WWTP Operator) |
| David Phillips | Richard O' Rourke (Regulatory Compliance Section Head) |
|  | Manny Moncholi (Process Engineer) |

Bennie Walton (WWTP Operator) began the opening conference by stating that the following equipment was out of service at the time of the inspection:

- 1 sludge digester in Plant 1 (Digester #1) due to roof collapse on Labor Day 2011;
- 2 final settling tanks in Plant 2 (Tanks #2 and 9);
- 3 sludge digesters in Plant 2 (Digesters #3, 4, and 10);
- 2 sludge centrifuges (out of 6 total centrifuges).

It was later reported that one of the grit chambers in Plant 1 (the southern grit chamber) had been taken out of service the morning of the inspection to replace buckets.

Mr. Walton then mentioned the 54" force main from Miami Beach (that enters this WWTP in Plant #2) was in very bad shape when the County had it inspected. Part of this force main is being replaced as part of the Port of Miami deepening project. 

When asked about the recent effluent violations of the NPDES permit, Mr. Walton did not have an exact reason for the violations. Mr. Walton mentioned that they had some issues with ferric chloride (which is added to the sludge to limit struvite formation) in February and March 2012 that caused increased TSS in the headworks of the WWTP. The ferric chloride supplier conducted jar tests on the wastewater the week prior to this inspection. When asked if he thought it was due to the North District WWTP pumping sludge into the collection system that ultimately enters Plant 1, Mr. Walton stated that he didn't think that was the issue. When asked if it could be the result of haulers dumping at the headworks, Mr. Walton stated that he didn't believe that was the cause either, however he thought it a good idea to know what is being brought into Plant 1's hauler dumping station.

1

**COMPLIANCE EVALUATION INSPECTION REPORT**
Compliance Evaluation Inspection of the Miami-Dade County Central District WWTP, April 9, 2012

The County's Permitting, Environment and Regulatory Affairs (PERA) Department does require manifests for the haulers with transport permits, but disposal permits are not required for any hauler regardless of its place of business. Neither PERA nor WASD sample individual hauler trucks to evaluate loads prior to their discharge into the WWTP. Mr. Walton further explained that, following previous findings by the EPA, WASD did meet with PERA to discuss oversight of haulers. PERA relayed that it did not have any resources to perform the oversight for WASD. Mr. Walton did note that he turned a concrete slurry truck away from the headworks the previous week.

Mr. Walton stated the WASD does sample hauled wastewater for pH and TSS, but those samples are taken from a daily composite of all the tankers that have discharged, and not from individual hauler trucks. Although this methodology is not useful for determining noncompliance with pretreatment standards by these industrial users, the EPA later observed the composite container is not even being handled appropriately to obtain a valid TSS result. *See the enclosed photos for evidence*.

Mr. Walton then stated that they had replaced the sludge pumps in Plant 2's sludge digester cluster #4 and they had replaced the mixers in Plant 1's oxygenation tank #1 since the September 2011 EPA/FDEP inspection.

When asked about the status of the methane electrical co-generation unit, Mr. Walton stated it was still out of service, but that 2 of the 3 generators should be shipped to the WASD in July or August 2012. During the September 2011 EPA/FDEP inspection, Vince Arrebola (Assistant Director for Wastewater) discussed the current needs of the Central District WWTP including the methane co-generation unit. During that inspection, Mr. Arrebola stated that the WASD originally requested to replace three (3) of the generators ($1.5 million each for a total of $4.5 million) in the methane co-generation unit, which produces about 40% of the WWTPs power needs (according to previous EPA inspections). County commissioners only approved replacing two (2) of the generators and the original $4.5 million was then used for the HLD project at the County's South District WWTP (being implemented to meet UIC regulations) and the Government Cut (Port of Miami deepening) project. Mr. Arrebola stated during the September 2011 inspection that the County intends to spend approximately $60 million on the Government Cut deepening project and a total of $650 million at the South District WWTP (HLD + capacity improvements).

The EPA then questioned Mr. Walton about upsets at the WWTP. Mr. Walton stated that the WWTP has experienced many upsets since December 2011 or perhaps earlier, and he provided copies of the reports submitted with the DMRs as supporting documentation. Mr. Walton stated that WWTP staff has observed a lot of rags in the final settling tanks of Plant 2. Some of these broke the fiberglass skimmers around the same time the grit/screening system was down. There is no screening on the Miami Beach discharge into Plant 2 via the 54" force main. The December 2011 effluent violations of the NPDES permit were attributed to a broken sludge transfer line.

2