COMPLIANCE EVALUATION INSPECTION REPORT
Compliance Evaluation Inspection of the Miami-Dade County Central District WWTP, April 9, 2012

## RECORDS REVIEW

The EPA's review of records showed that Plant 2's sludge digester #3 was out of service prior to November 2011 and has been out of service since that time. Sampling records showed a fecal coliform sample of 4,300 CFU/100 mL on November 17, 2011. Then, on January 11, 2012, the WWTP experienced a high fecal coliform effluent sample (>200,000 #/100mL). Chlorine feeds from either plant service the effluent. The Plant 1 chlorine feed was out of service between 8:00 to 9:00 AM on 1/11/2012. The Plant 2 chlorine feed was manually increased from 6,000 to 15,800 pounds per day to compensate. The same day, the chlorine feed for Plant 2 was out of service from 10:00 AM to 6:00 PM. During that period, the chlorine feed for Plant 1 was back in service and increased to 12,000 pounds per day to compensate for the loss of the Plant 2 feed. An effluent monitoring sample was taken that day at 8:30 AM, which recorded the high levels of fecal coliform in the effluent. Mr. Walton explained that the chlorine feed line in Plant 2 gets clogged. While not a violation of the effluent limitations in the NPDES permit, fecal coliform being discharged at these levels could impact water quality and/or show a potential O&M violation of the permit.

## CENTRAL DISTRICT WWTP PLANT #1
## OBSERVATIONS/VIOLATIONS/DEFICIENCIES
Time of Entry:      2:55 PM

Flows enter Plant 1 of the Central District WWTP from the mainland/downtown Miami via the 4th Street Pump Station and the 9th Street Pump Station through either the 72" or the 102" joint force mains. At the time of this inspection, Mr. Walton stated the County was pumping through the 102" force main into Plant 1 (recently switched from pumping through the 72" force main). Mr. Walton stated that part of the reason for the increase solids load on the WWTP could be from leftover solids in the 102" force main that are now being scoured, re-suspending and entering the WWTP. Plant 1's southern influent aerated grit chamber was out of service during the inspection. Mr. Walton stated that WWTP staff had taken this grit chamber off line the morning of this inspection to replace some of the grit collector buckets.

> **Violation/Recommendation:** 40 C.F.R. §122.41(e) and Part II, Section B.(1.) of the EPA-issued NPDES permit require the permittee to "…at all times properly operate and maintain all facilities and systems of treatment and control (and related appurtenances) which are installed or used by the permittee to achieve compliance with the conditions of this permit." Miami-Dade WASD violated this regulatory requirement and permit condition due to the grit chamber being non-operational. Due to the increased load of grit/sand in the downstream treatment units, Miami-Dade WASD should keep both grit chambers in Plant 1 in operation at all times.

The automatic influent sampler display read 0.2° Centigrade, and the manual thermometer inside the refrigerator registered approximately 0.4° Centigrade. The thermometer inside was located close to the door.

3

**COMPLIANCE EVALUATION INSPECTION REPORT**
Compliance Evaluation Inspection of the Miami-Dade County Central District WWTP, April 9, 2012

Flows into Plant 1 at 3:05 pm were approximately 46 MGD (through the north grit chamber). The EPA observed that the concrete in the influent chamber was still in bad shape, as it was during the September 2011 inspection.

>**Deficiency/Recommendation:** Structural/concrete issues were noted in several areas of Plant 1. Structural/concrete issues pose safety hazards for WWTP staff and could potentially impact treatment efficiency and/or effluent quality. Miami-Dade WASD should institute a plan to address all of the structural/infrastructure issues within Plant 1.

The EPA and WASD inspected the septic tank hauler unloading area (which is discharged into Plant 1). It was noted that there was medical waste (a needle or syringe) and solid debris that had recently been discharged into the area. *See the enclosed photos for evidence*.

>**Violation/Recommendation:** 40 C.F.R. §403.8(f)(2)(v) requires Miami-Dade to "randomly sample and analyze the effluent from Industrial Users and conduct surveillance activities in order to identify, independent of information supplied by Industrial Users, occasional and continuing noncompliance with Pretreatment Standards."
>
>Miami-Dade WASD should develop and implement a sampling protocol to monitor individual hauled receipts of non-domestic wastewater. This activity, which can be random in nature, is necessary to identify noncompliance with federal standards and local limits (Pretreatment Standards) by these industrial users and to prevent incompatible wastes from entering Plant 1 uncontrolled.

All of the oxygenation tanks in Plant 1 were operational during this inspection. Mr. Walton stated that the County is now conducting testing of the recently replaced mixer blades in Oxygenation Tank #1 and preliminary results are favorable.

In the final settling tanks/secondary clarifiers, the EPA observed some oily sheen, very large algal columns in the discharge troughs between tanks, both algae and very large floatables/debris (e.g., plastic trash, sanitary products) impeding proper weir operation, circumvention of flow around weirs, uneven flow over weirs, unsettled floc, large amounts of pin floc, and the effluent's olive green color. Chains near the skimming motors also revealed grit has been passing to the settling tanks, and motors appear to be leaking oil. *See the enclosed photos for evidence*.

>**Deficiency/Recommendation:** Previous EPA inspections have noted similar trash, sheens, floatables, sanitary products, pin floc, color and algae in the final settling tanks/secondary clarifiers. Miami-Dade WASD should implement a regularly-scheduled cleaning of the effluent troughs between tanks, as well as removal of any floatables/trash.
>
>In addition, Miami-Dade WASD should explain why the settling tanks are experiencing such large amounts of pin floc that is being discharged (e.g. sludge age and/or blanket depths; not enough sludge wasting due to out of service sludge digesters, etc.). All of the trash, floatables, sanitary products, algae and floc have the potential to be discharged through the outfall into the Atlantic Ocean.

4

COMPLIANCE EVALUATION INSPECTION REPORT
Compliance Evaluation Inspection of the Miami-Dade County Central District WWTP, April 9, 2012

In the lower level of the RAS pump station buildings, the EPA observed structural cracks (RAS Pump Station #3) and pumps that were leaking and/or slinging seal water on the electrical disconnect and/or floors at several pumps (RAS Pump Station #1 and #2). In addition, the EPA noted that the basement was flooded (1"-2" of water on the floor) in RAS Pump Station #1. The main electrical breaker to that station was off, but not tagged out. *See the enclosed photos for evidence*.

**Deficiencies/Recommendations:** Pump seal water splashing on electrical disconnects has the potential to shut down the RAS pumps if a short-out occurs and is an electrical safety hazard. In addition, flooding of RAS pump station basement (RAS pump station #1) could present significant safety/electrical issues if left unresolved. Miami-Dade WASD should implement a preventive maintenance program for all RAS pumps.

Plant 1's primary anaerobic sludge digester #1 experienced a roof collapse on September 5, 2011 and was still out of service during this inspection. The EPA also noted water and/or sludge spills/leaks from multiple sludge pumps in the digester areas. Specifically, the EPA noted sludge/water leaks in both digester cluster buildings. *See the enclosed photos for evidence*.

**Violation/Recommendation:** 40 C.F.R. §122.41(e) and Part II, Section B.(1.) of the EPA-issued NPDES permit require the permittee to "...at all times properly operate and maintain all facilities and systems of treatment and control (and related appurtenances) which are installed or used by the permittee to achieve compliance with the conditions of this permit." The increasing sludge digester rehabilitation needs, including but not limited to, digester covers, as well as transfer pumps, control equipment/pumps and buildings, will put further stress on Plant 1 and could potentially cause solids backup into the effluent if not addressed immediately. Given the amount of pin floc being discharged and the increasing capital, operation and maintenance needs on the entire WWTP, Miami-Dade WASD should implement a capital improvement needs study and fund/implement the recommended capital improvements as soon as possible.

## CENTRAL DISTRICT WWTP PLANT #2
## OBSERVATIONS/VIOLATIONS/DEFICIENCIES
Time of Entry: Approximately 5:20 pm

Flows enter Plant 2 of the Central District WWTP from either Miami Beach (via 54" force main under Government Cut) or from Key Biscayne (via 24" force main). Mr. Walton (WWTP Operator) noted that the Miami Beach flow does not receive screening, and WWTP staff has noted a lot of rags making it through to the final settling tanks of Plant 2. Both of Plant 2's aerated grit chambers were in service during the inspection.

The automatic influent sampler display registered 1.0° Centigrade, and the manual read thermometer inside the refrigerator registered approximately 0.2° Centigrade.

The influent flow from only Miami Beach at approximately 5:25 pm was noted as 39 MGD (on the flow meter paper recorder), but the flow meter electronic display registered 22.97 MGD. Mr.

5

**COMPLIANCE EVALUATION INSPECTION REPORT**
<u>Compliance Evaluation Inspection of the Miami-Dade County Central District WWTP, April 9, 2012</u>

Walton later confirmed that the paper recorder is a percentage of total flow (like at the effluent flow meter). The influent flows for Plant 2 were recorded as 37.5 MGD (north grit flume) and 36.8 MGD (south grit flume) for a total Plant 2 flow of 74.3 MGD.

> **Deficiency/Recommendation:** The difference in the Miami Beach flow meter display and the flow meter paper recorder could cause confusion for WWTP staff that record the flows, as well as potentially cause reporting problems on the monthly DMRs. If the paper recorder/chart is truly a percentage of total flow, then WWTP staff should label it as such (like at the effluent flow meter of the WWTP).

The EPA and WASD then inspected the lower level of the aerated grit building. The EPA noted a high water mark in the basement and when questioned, Mr. Moncholi stated that it was due to the November 2011 flooding of the headworks and that all electrical and air conditioning equipment has been replaced. The EPA again noted the cracking in the basement ceiling, which was reported as being repaired about six years prior to the September 2011 inspection. Finally, the EPA noted what appeared to be an antifreeze (ethylene glycol) spill in the grit chamber basement. *See the enclosed photos for evidence*.

> **Deficiency/Recommendation:** As discussed above for Plant 1, structural and concrete issues pose safety hazards for WWTP staff and could potentially impact treatment efficiency and/or effluent quality. In addition, spills of incompatible chemicals could potentially impact treatment if said chemicals somehow reach the biological treatment units. Miami-Dade WASD should implement a capital improvement needs study and fund/implement the recommended capital improvement needs as soon as possible, as well as conduct training of staff about spills.

All four (4) aeration tanks in Plant 2 were in service during the inspection.

Miami-Dade WASD has constructed a lift and hoist for the influent bar screen of the final settling tanks since the September 2011 inspection and according to Miami-Dade's response (dated 2/6/2012) to EPA's September 2011 inspection (dated 12/5/2011), the bar screen was placed back in service on November 28, 2011. Mr. Walton stated that there is approximately 6'-7' feet of sand/grit in this influent trough, which was confirmed by the EPA in noting the high level of flow in the trough. *See the enclosed photos for evidence*. As noted above, with the lack of a bar screen for the flows from Miami Beach, Mr. Walton stated that WWTP staff has noted a lot more rags, cloths, etc. passing through into the final settling tanks (and potentially discharged to the Atlantic Ocean). Mr. Walton stated that the overall spike in chlorine use from August/September 2011 has decreased, but was still higher than average.

> **Deficiency/Recommendation:** While the bar screen was in service during this inspection, a long term solution to this matter should be investigated and implemented. Miami-Dade should consider requiring the City of Miami Beach to install bar screens at its pump station similar to the bar screens on Miami-Dade's 4th Street pump station and/or installing bar screens at the headworks of Plant 2. The EPA also suggests that Miami-Dade WASD clean out the influent trough to the final settling tanks, as it has

6

COMPLIANCE EVALUATION INSPECTION REPORT
Compliance Evaluation Inspection of the Miami-Dade County Central District WWTP, April 9, 2012

decreased settling capacity, and in addition, will become harder to remove as the grit/solids compact upon itself.

Plant 2's final settling tanks/secondary clarifiers #2 and #9 were out of service for maintenance during the inspection.

> **Violation/Recommendation:** 40 C.F.R. §122.41(e) and Part II, Section B.(1.) of the EPA-issued NPDES permit require the permittee to "…at all times properly operate and maintain all facilities and systems of treatment and control (and related appurtenances) which are installed or used by the permittee to achieve compliance with the conditions of this permit." Miami-Dade WASD violated this regulatory requirement and permit condition due to Plant 2's final settling tanks/secondary clarifiers #2 and #9 being out of service. Miami-Dade specifically noted that these two final settling tanks were offline in explaining the $CBOD_5$ and TSS effluent violations in the cover letter to the March 2012 DMR. Knowing the final settling tank/secondary clarifiers' immediate impact on effluent quality, both settling tanks (#2 and #9) should be rehabilitated and placed back into service immediately.

In the final settling tanks/secondary clarifiers, the EPA observed some oily sheen, very large algal columns in the discharge troughs between tanks, both algae and very large floatables/debris (e.g., plastic trash, sanitary products) impeding proper weir operation, uneven flow over weirs, unsettled floc, large amounts of pin floc, and the effluent's olive green color. Chains near the skimming motors also revealed grit has been passing to the settling tanks, and motors appear to be leaking oil.

Miami-Dade WASD staff took a sludge blanket depth reading of 5.5' in final settling tank #8A (northern most square clarifier). Mr. Walton stated that this was on the high side of their regular sludge blanket depth, which usually is between 3'-5'. These final settling tanks have a water depth of approximately 15' according to Mr. Walton. *See the enclosed photos for evidence.*

> **Deficiency/Recommendation:** Previous EPA inspections have noted similar trash, floatables, algae and pin floc in the final settling tanks/secondary clarifiers. Miami-Dade WASD should implement a regularly-scheduled cleaning of the effluent troughs between the tanks, as well as removal of any floatables/trash. In addition, Miami-Dade WASD should explain why the settling tanks are experiencing such large amounts of pin floc that is being discharged (e.g. sludge age and/or blanket depths; not enough sludge wasting due to out of service sludge digesters, etc.). All of the trash, floatables, algae and floc have the potential to be discharged through the outfall into the Atlantic Ocean.

The EPA observed a lot of structural issues in the four (4) sludge digester "cluster" control buildings. Starting at cluster #1 and ending at cluster #4, the structural issues generally worsen. The EPA observed holes in the ground-level floor of the cluster #4 control building and a lot of concrete cracks (even down to the rebar) in the lower level ceilings of all four (4) digester control buildings. The EPA also observed several sludge transfer pump seal water and/or sludge leaks onto the floors in cluster #2, #3 and #4 control buildings, as well as unexplained water coming from a garden hose in the cluster #2 control building. As noted above, three of the 16

7

**COMPLIANCE EVALUATION INSPECTION REPORT**
Compliance Evaluation Inspection of the Miami-Dade County Central District WWTP, April 9, 2012

sludge digesters (#3, 4 and 10) in Plant 2 were out of service during the inspection, generally due to roof leaks/sinking. *See the enclosed photos for evidence.*

> **Violation/Recommendation:** 40 C.F.R. §122.41(e) and Part II, Section B.(1.) of the EPA-issued NPDES permit require the permittee to "...at all times properly operate and maintain all facilities and systems of treatment and control (and related appurtenances) which are installed or used by the permittee to achieve compliance with the conditions of this permit." The increasing sludge digester rehabilitation needs, including but not limited to, digester covers, as well as transfer pumps, control equipment/pumps and buildings, will put further stress on Plant 2 and could potentially cause solids backup into the effluent if not addressed immediately. Given the amount of pin floc being discharged and the increasing capital, operation and maintenance needs on the entire WWTP, Miami-Dade WASD should implement a capital improvement needs study and fund/implement the recommended capital improvements as soon as possible.

## SLUDGE DEWATERING BUILDING OBSERVATIONS/DEFICIENCIES

Ferric Chloride is fed into a valve box outside the Sludge Dewatering Building (prior to adding polymer) to decrease struvite creation. While visiting the sludge dewatering building, Mr. Moncholi mentioned that there was no ferric chloride being pumped during the inspection due to pump issues. This could be causing increased solids and/or struvite formation in the WWTP and especially Plant 2, as the centrate from sludge dewatering is pumped to the headworks of Plant 2.

> **Violation/Recommendation:** 40 C.F.R. §122.41(e) and Part II, Section B.(1.) of the EPA-issued NPDES permit require the permittee to "...at all times properly operate and maintain all facilities and systems of treatment and control (and related appurtenances) which are installed or used by the permittee to achieve compliance with the conditions of this permit." Miami-Dade WASD should repair the ferric chloride pumps immediately as this could be causing the increased solids load in the WWTP as well as potentially impacting effluent quality. In addition, Miami-Dade should investigate ferric chloride dosing rates if solids are not easily settling and/or dewatering. *NOTE: EPA noted during a site visit on 5/1/2012 that the ferric chloride pumps had been repaired and were in operation.*

The EPA observed numerous pallets of new pumps for the sludge digester control buildings inside the sludge dewatering building. While some of the pumps have been replaced since the September 2011 inspection (e.g. Sludge digester cluster #4 in Plant 2), Miami-Dade does not have overtime funds to pay O&M staff to install the new sludge pumps in the sludge digester control buildings.

> **Deficiency/Recommendation:** As noted above, there are a lot of seal water issues in the sludge pumps (both RAS and transfer pumps between the primary and secondary digesters) in both Plants. Miami-Dade WASD should fund overtime as soon as possible to install the new sludge pumps throughout the entire WWTP.

8

**COMPLIANCE EVALUATION INSPECTION REPORT**
Compliance Evaluation Inspection of the Miami-Dade County Central District WWTP, April 9, 2012

The EPA observed that the sludge truck loading area's ceiling structural issues, as outlined in the September 2011 inspection, continued to show deterioration. During the September 2011 inspection, Beni Garcia stated that when the new centrifuges were installed, the ceiling had to be reinforced (the centrifuges are located on the roof of sludge dewatering building), which, in turn, caused some support columns to start cracking. To prevent structural collapse of the columns, additional rebar and concrete "collars" were added around the columns, which, in turn, seem to have reinforced/stiffened the ceiling. Thus, there is the potential for concrete to fall from the bottom side of the centrifuge ceiling, which is where the sludge hauling trucks load the sludge.

> **Deficiency/Recommendation:** As discussed above for the sludge digester control buildings (Plants 1 and 2) and the influent grit building (Plant 2), structural and concrete issues pose safety hazards for WWTP staff and could potentially impact treatment efficiency and/or effluent quality. Miami-Dade WASD should implement a capital improvement needs study and fund/implement the recommended capital improvement needs as soon as possible.

Four of the six dewatering centrifuges were in service at the time of inspection. Two of the centrifuges had been removed for maintenance. EPA recognizes that Miami-Dade's February 26, 2012 response to EPA's September 2011 inspection noted that the Central District WWTP could function on just 3-4 centrifuges. However, EPA notes that 1 centrifuge was being maintained during the September 2011 inspection and a second centrifuge had been taken out of service prior to this inspection. Thus, EPA is concerned that other centrifuges may be taken offline before newly maintained centrifuges are placed back in service.

> **Deficiency/Recommendation:** Due to the increased grit/solids loading, as well as the sludge issues in the entire WWTP, Miami-Dade WASD should rehabilitate at least one of the two centrifuges and place it back into service immediately.

## EFFLUENT PUMP STATION OBSERVATIONS

One of the eight effluent pumps (pump #8) had been removed for maintenance. At the time of this inspection, flow was being discharged by gravity. The digital thermometer registered 0.5° Centigrade, and the manual thermometer inside the effluent sampler refrigerator registered approximately 0.3° Centigrade. The manual thermometer was located midway from the back of the refrigeration box. The temperature record left by the operator indicated: "Lopez 4/9/12 2.0° C." Although the time was not recorded, this does not appear to mirror the internal or digital readings. The effluent flow meter registered approximately 91.9 MGD (approximately 7:55 pm).

Time of Exit: 8:00 PM.

9

Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 1, south aerated grit chamber (taken out of service 4/9/2012)

