Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 1, Septage Hauler dumping area (note needle/syringe on bar screen)



Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 1, Septage Hauler dumping area (note sample bottle not refrigerated)



Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 1, Final Settling Tank #1A (note algal columns in effluent trough)



4

Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 1, Final Settling Tank #1B (note floatable at weir + algae in trough)



Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 1, Final Settling Tank #3A (note plastic bag at weir)



Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 1, Final settling tank #5B (note condom at skimmer)



7

Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 1, Final settling tank #2C (note flow circumventing weirs at corners)



8

Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 1, Final settling tank #2 (note grit buildup on chain)



Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 1, Final settling tank #6A (note oil leaks from motors)



10

Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 1, RAS pump station #3 (note structural cracks in column)



11

Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 1, RAS Pump Station #1 (Note reflection off standing water in basement)



12

Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 1, Sludge digester #1 (note roof collapse of Sept. 5, 2011)



13

## Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 1, Sludge digester cluster #2 control building (note sludge/seal water leak from pumps)



14

Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 1, Sludge digester cluster #2 control building (note sludge leak from pump)



Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 2, grit chamber basement (note high water mark from Nov. 2011 flooding)



16

Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 2, grit chamber basement (note antifreeze spill)



17

Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 2, grit chamber basement (note cracks and leaks in ceiling under grit trough)



Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 2, influent trough to final settling tanks (note high water + splash on bridge)



Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 2, Final settling tank #3B (note floatables at weirs)



Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 2, Final settling tank #7B (note plastic bag at weir + green tint of water)



21