Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 2, Final settling tank #1A (note solids/floc washing out)



22

Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 2, Final settling tank #10C (Note debris already passed over weir)



23

Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 2, Sludge Digester Cluster #2 Control Building (note broken concrete stair, garden hose + water/sludge on basement floor)



24

Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 2, Sludge Digester Cluster #2 Control Building (note seal water + sludge leaks)



25

# Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 2, Sludge Digester Cluster #3 Control Building (note missing concrete in basement ceiling)



26

Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 2, Sludge Digester Cluster #4 Control Building (ground level floor roped off)



## Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 2, Sludge Digester Cluster #4 Control Building (note basement ceiling concrete missing)



Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 2, Sludge Digester Cluster #4 Control Building (note seal water/sludge leak)



29

# Miami-Dade WASD, FL Central District WWTP Photos (EPA; 4/9/2012)

Plant 2, Sludge Digester Cluster #4 Control Building (note missing concrete + loose railing)



30

UNITED S...
ENVIRON...
REGION 4
ATLANTA FEDERAL CENTER
61 FORSYTH STREET, S.W.
ATLANTA, GA 30303-8960

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



7010 1060 0002 1705 7342



Hasler
Mailed From 30303
06/12/2012
$07.80⁰
US POSTAGE

Joe
Vince
Doug
Bertha
note
"violation
/deficiencies"
MA

Mr. John W. Renfrow, P.E., Director
Miami-Dade Water & Sewer Department
Miami-Dade County
3071 Southwest 38th Avenue
Miami, Florida 33146

English     Customer Service     USPS Mobile                                         Register / Sign In



Search USPS.com or Track Packages

Quick Tools          Ship a Package     Send Mail     Manage Your Mail     Shop     Business Solutions

# Track & Confirm

**GET EMAIL UPDATES**

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70101060000217057342 | | Delivered | June 15, 2012, 2:35 pm | MIAMI, FL 33146 | Certified Mail ™ |
| | | Arrival at Unit | June 15, 2012, 8:17 am | MIAMI, FL 33146 | |
| | | Processed through USPS Sort Facility | June 15, 2012, 3:58 am | MIAMI, FL 33152 | |

## Check on Another Item

What's your label (or receipt) number?

[Find]

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

Copyright© 2012 USPS. All Rights Reserved.