# EXHIBIT 6

# Miami-Dade County
# Water & Sewer Infrastructure Report



Miami-Dade Water and Sewer Department
Miami-Dade County, Florida

July 2012

# Table of Contents

| | | |
|---|---|---|
| 1 | Summary | 1 |
| 2 | Water and Sewer Department Overview | 3 |
| 3 | Most Deteriorated & Vulnerable Sections of the Water System | 4 |
| | Transmission Water Mains without Redundancy | 4 |
| | Pre-stressed Concrete Cylinder Water Pipe | 6 |
| | Hialeah Water Treatment Plant | 10 |
| | John E. Preston Water Treatment Plant | 11 |
| | Alexander Orr, Jr. Water Treatment Plant | 14 |
| 4 | Most Recent Water Pipe Breaks | 17 |
| 5 | Most Deteriorated & Vulnerable Sections of the Wastewater System | 24 |
| | Wastewater Collection and Transmission Line System | 24 |
| | Wastewater Pump Station System | 27 |
| | North District Wastewater Treatment Plant | 29 |
| | Central District Wastewater Treatment Plant | 30 |
| | South District Wastewater Treatment Plant | 33 |
| 6 | Most Recent Sewer Pipe Breaks | 36 |
| 7 | Funding Sources | 39 |
| 8 | Other Critical Capital Projects | 41 |

## Tables

| | | |
|---|---|---|
| 1 | Transmission Water Mains without Redundancy | 4 |
| 2 | Hialeah Water Treatment Plant | 11 |
| 3 | John E. Preston Water Treatment Plant | 13 |
| 4 | Alexander Orr, Jr. Water Treatment Plant | 15-16 |
| 5 | Wastewater Collection and Transmission Line System | 26 |
| 6 | Wastewater Pump Station System | 27-28 |
| 7 | North District Wastewater Treatment Plant | 30 |
| 8 | Central District Wastewater Treatment Plant | 32 |
| 9 | South District Wastewater Treatment Plant | 35 |

## Figures

| | | |
|---|---|---|
| 1 | Transmission Water Mains without Redundancy | 5 |
| 2 | Pre-Stressed Concrete Cylinder Water Pipe – Countywide | 7 |
| 3 | Pre-Stressed Concrete Cylinder Water Pipe – North | 8 |
| 4 | Pre-Stressed Concrete Cylinder Water Pipe – South | 9 |

<u>**Appendices**</u>

**A. Resolution No. R-170-12**

**B. Water System – Executive Summaries of Pipeline Assessments**

1. **54-inch at NW 57 Avenue, NW 191 Street & NE 191 Street, completed on June 2010**
2. **54-inch at NW 57 Avenue in the City of Hialeah, completed on December 2010**
3. **48-inch at SW 87 Avenue, 96-inch at NW 74 Street and Royal Poinciana Boulevard, 36-inch and 42, 48, and 60-inch at SW 147 Avenue, SW 56 Street and SW 64 Street, completed on August 2011**
4. **48-inch SW Wellfield Supply Main, 60-inch SW Wellfield Supply Main, 72-inch at SW 64 Street, completed on November 2011**
5. **48-inch and 54-inch at NW 57 Avenue, completed on March 2012**

**C. Wastewater System – Executive Summaries of Pipeline Assessments**

1. **72-inch at NW 18 Avenue and 157 Street, completed on June 2011**
2. **54-inch at Government Cut, completed on February 2012**
3. **54-inch at South Dade, completed on March 2012**

| | |
|---|---|
| Summary | 1 |

## SUMMARY

On February 7, 2012, the Board of County Commissioners (Board) adopted Resolution No. R-170-12 that directs the County Mayor or County Mayor's designee to provide a report addressing the County's water and sewer infrastructure that is aged and deteriorating. As stated in the resolution, the report must identify the most deteriorated and vulnerable sections of the water and sewer infrastructure, estimate the cost to rehabilitate and/or replace the identified parts of the system in each commission district, whether pipes, treatment plants, and/or pump stations, and provide recommendations on whether to repair or replace the identified infrastructure and include sources of funding. In addition, a list of recent water and sewer line breakages is included. In response to the directive issued in R-170-12, and the request for the most recent pipeline breakages, the Miami-Dade Water and Sewer Department (WASD) has prepared this report.

WASD operates the water and sewer system to provide potable drinking water and environmentally sound sewage disposal services to residents on a daily basis. Without either of these services, the public health and economic viability of our County is at risk. Both systems are highly regulated by local, state and federal agencies.

Much of the County's water and sewer system was built in the 1970's or prior to that time so many components are now older than 40 to 50 years. Between 1973 and 1985, more than twenty acquisitions of public utilities took place in Miami Dade County, thirteen were water and sewer utilities, eight were just water utilities and two were just sewer utilities. Today, there are fifteen municipal systems and WASD.

Infrastructure assessment is a continuous process, and there are uncertainties regarding the lifespan of assets of the water and sewer system. The asset life of pipelines is particularly difficult to predict due to variability of materials, age, location, and the way in which the original installation was done. In most cases, pipelines cannot be easily inspected while they are active.

The cost to repair facilities after they fail is often greater than the cost of rehabilitating or replacing those facilities before failure occurs. The age of a water and sewer asset generally defines its useful lifespan. To date, the County has been fortunate that the infrastructure failures experienced in recent years have resulted in cost and inconvenience and not in loss of life or extended loss of service.

WASD provides high quality water services to its customers and continues to substantially comply with all local, state and federal mandates. Even so, the water treatment plants and pipelines, and other related appurtenances are in need of rehabilitation and replacement. Ongoing discussions with the Environmental Protection Agency to upgrade deteriorated wastewater infrastructure are directed to some Clean Water Act violations resulting from overflows due to system failures.

Due to the corrosive nature of sanitary sewage, the wastewater system requires a significant amount of prescribed maintenance and upkeep. For example, delaying the

| Summary | 1 |
|---|---|

rehabilitation and/or replacement of sewer pipelines can result in significant sewage spills as we experienced in 2010. Discussions are currently in progress with the U.S. Environmental Protection Agency and the Florida Department of Environmental Protection to develop a program for the County's wastewater system in the form of a consent agreement that focuses largely on critical infrastructure comprising the wastewater system.

As specified in R-170-12, this report discusses those sections of the water and sewer system that are the "most deteriorated and vulnerable" along with the estimated cost to rehabilitate or replace those sections and potential funding sources. The total estimated cost to rehabilitate or replace the water and sewer facilities in the most deteriorated and vulnerable sections of the water and sewer system is estimated at $1,100,254,000, of which $364,168,000 are for water projects and $736,086,000 for sewer projects. All of the projects listed in this report are of equal importance.

The funding sources for these projects will include renewal and replacement funds, state and federal grants (if available), state revolving loan funds (if available), and revenue bond funds. In general, it is expected that the projects identified in this report will be completed within three to eight years. All of the projects identified in this report are currently included in the Department's Multi-Year Capital Plan, and this will continue to be the case as the budget is considered for next year. Continued negotiations with the Environmental Protection Agency, which are intended to culminate with an agreement to be considered by the Board, may require an adjustment to the Capital Plan based upon the project schedules that will be included in the agreement. We expect these negotiations to be completed within the next six months.

The report also discusses other critical projects that the Department is obligated to complete to meet regulatory requirements or future capacity needs. There are many additional capital project needs identified in WASD's Multi-Year Capital Budget over the next 15 years. These projects are driven by regulatory requirements, future capacity needs, and longer term renewal and replacement needs. These projects identified as critical represent about 10% of the total capital needs identified by the Department over the next 15 years. As an example, the capital requirements to comply with the State law regarding discontinued use of the ocean outfalls for disposal of treated wastewater are not reflected in this report.

| Water and Sewer Department Overview | 2 |
|---|---|

## WATER AND SEWER DEPARTMENT OVERVIEW

WASD is among the 10 largest utilities in the nation, the largest in the southeast, and by far the largest in Florida. It was created by a merger of the City of Miami Department of Water and Sewer and the Dade County's Water and Sewer Authority in 1973, and the County Commission at that time clearly intended to encourage a regional utility system to meet these fundamental public services for the community. As a result, all of the investor-owned utilities were acquired. Many of these systems were constructed by developers as growth occurred in the absence of a regional utility, and as a result much of the piping upon which we currently rely does not comply with today's standards that call for water and sewer lines of at least 8-inches in diameter.

Today, WASD provides high-quality drinking water and wastewater disposal services, while planning for future growth, implementing water conservation measures, safeguarding public health and the environment, and providing for process improvement and cost efficiencies. The Department's main functions are water production and distribution, as well as wastewater collection, treatment, reuse, and disposal. WASD operates three regional and five smaller water treatment plants, with a total rated capacity of 459 million gallons per day, and three regional wastewater treatment plants with a total treatment capacity of 368 million gallons per day.

WASD operates and maintains water supply wells grouped into 15 wellfields in the Biscayne Aquifer, five aquifer storage and recovery wells in the Floridian aquifer, over 1,000 sewer pump stations, 7,700 miles of water distribution mains and water services, and over 6,000 miles of wastewater mains and lateral collection pipes.

The water and sewer pipes in the system range in size from 2-inches to 120-inches in diameter, and are constructed from a variety of different materials including vitrified clay, plastic, asbestos cement, cast iron, ductile iron and concrete.

The Department delivers water and sewer services to most residents and businesses within Miami-Dade County, serving approximately 422,000 water and 340,000 wastewater retail customers as of September 30, 2011. In addition, wholesale water service is provided to 15 municipalities and wholesale sewer service is provided to 12 municipalities within Miami-Dade County.

WASD implements water conservation measures, provides high quality drinking water, and plans and improves infrastructure for future growth. In providing these services, the WASD interacts with and is regulated by the United States Environmental Protection Agency, the Florida Department of Environmental Protection, the Florida Department of Health - Miami-Dade County Health Unit, the South Florida Water Management District, and the County's Department of Regulatory and Economic Resources.

| Most Deteriorated & Vulnerable Sections of the Water System | 3 |
|---|---|

## Most Deteriorated & Vulnerable Sections of the Water System

1. Transmission Water Mains without Redundancy

A standard design principle for water distribution systems is "looping". This means water can be delivered from at least two different water pipelines to any given point, protecting areas from complete loss of water when a single pipeline fails. To properly serve a given area, there must be more than one source of water supply. This is necessary so that when a pipeline is out of service, there is an alternate source of water supply in place to provide water service to customers.

To ensure the continued reliability of the transmission and distribution systems, additional transmission water pipelines, water storage tanks and water pump stations must be constructed. For the most part, the County's distribution system was designed with transmission water mains in a looped configuration. However, there are some areas where the looping of the very large transmission system mains has not kept pace, and redundancy is critical. An analysis of WASD's redundancy needs indicate that there are at least six (6) areas in the County as shown in Figure 1 where additional transmission mains (30-inch through 48-inch diameter) are required as well as two water storage tanks and pump stations.

Table 1 shows the exact location where the redundant pipelines are required, the diameter of the water pipeline, the length in miles, and the estimated cost by commission district. In addition, remote water storage tanks and pump stations are needed to maintain adequate water supply during high demand periods or in response to emergencies. The cost of installing the transmission water mains, the storage tanks and the pump stations is estimated at $129,400,000. Figure 1 on the next page illustrates the locations of the required redundancies.

**Table 1**
**Transmission Water Mains without Redundancy**

| Location | Pipeline Diameter | Length in Miles | Estimated Costs | Commission District | *Status |
|---|---|---|---|---|---|
| NW 127 Ave. and 74 St. to NW 107 Ave and 56 St. | 48-inch | 2.29 | $9,700,000 | 12 | PL |
| 10 Million Gallon Storage Tank & Pump Station at NW 74 St. & NW 127 Ave. | | | $40,000,000 | 12 | PL |
| NW/NE 135 St., from NW 7 Ave. to NE 14 Ave. | 36-inch | 2.71 | $8,700,000 | 2 | PL |
| SW 56 St., from SW 167 Ave. to SW 157 Ave. | 48-inch | 1.09 | $4,600,000 | 11 | PL |
| 10 Million Gallon Storage Tank and Pump Station at SW 167 Ave. and SW 56 St. | | | $40,000,000 | 11 | PL |
| SW 157 Ave., from SW 39 St. to SW 41 St. | 30-inch | .26 | $700,000 | 11 | PL |
| NW 106 St. and NW 107 Ave. to NW 84 Ave. and NW 122 St. | 36-inch | 3.34 | $8,700,000 | 12 | PL |
| NW 2 Ave., from NW 6 St. to NW 17 St. | 48-inch | .59 | $10,500,000 | 3 | DES |
| NW/NE 5 St., from NW 2 Ave. to Biscayne Blvd | 36-inch | .88 | $6,500,000 | 3 & 5 | DES |
| | | Total: | $129,400,000 | | |

*Status - PL = Planning, DES = Design, PR = Procurement, CO = Construction



| | | | |
|---|---|---|---|
| MIAMI-DADE COUNTY WATER AND SEWER DEPARTMENT | WASD'S WATER AND SEWER INFRASTRUCTURE REPORT | TRANSMISSION WATER MAINS WITHOUT REDUNDANCIES | Figure 1 |

| Most Deteriorated & Vulnerable Sections of the Water System | 3 |
|---|---|

2. Pre-stressed Concrete Cylinder Water Pipe

In the past 2 years, as a result of several large concrete pipe failures, WASD has initiated assessment of all large diameter (36-inches and greater) pre-stressed concrete cylinder pipe, with the first priority being pre-stressed concrete cylinder pipe manufactured by the Interpace Corporation in the late 1970's. The wire reinforcement inside these pipes has manufacturing flaws which make them more vulnerable to failure. Only recently has the technology become available to measure the number of breaks in the wire reinforcement per section of the pipe to determine which pipe sections are most likely to fail.

At this time, there are approximately 120 miles of pre-stressed concrete cylinder pipe installed throughout the WASD water system. Of those miles, approximately 70 miles (including most of the Interpace Corporation pipe) have been assessed and most of the defective sections have been identified or rehabilitated. The existing segment of pipe is rehabilitated by lining the interior of the pipe with a carbon fiber fabric that is as strong as the original pipe. The lining is considered as a replacement with the structural strength and service life of the original concrete. This method avoids the adverse impacts of excavating streets and disrupting traffic which is required when conventional replacement of pipe is used. The cost of the carbon fiber rehabilitation method is about $120,000 for a 20 foot section of a typical 54-inch diameter pipe.

Approximately $15 million has been spent to date on pre-stressed concrete cylinder pipe water main assessments. To date, 18,069 water pipeline segments (20 foot sections) have been assessed and 109 segments of pipelines have been replaced including those for the two major water line breaks that took place on Red Road and Miller Road in 2010 and 2011, respectively. Rehabilitating only those segments of pipe that are severely deteriorated is cost effective as the rehabilitation impacts only a small per cent of the pipeline in lieu of replacing the entire pipe.

The remaining 50 miles of pre-stressed concrete cylinder pipe that require evaluation are being assessed with a goal of completing assessment work by mid-2013. The large diameter pre-stressed concrete cylinder water mains that still require assessment are shown in Figures 2-4 on the next three pages. They are shown on a county-wide scale and by commission district. The estimated cost for ongoing assessment and rehabilitation is $5,000,000 per year for the next two years for a total of $10,000,000.

In early 2010, the technology to inspect an active water pipeline became available. Upon WASD's request, water lines are being inspected and condition assessment reports are being provided to manage failure risk of critical pipelines. The methods used to inspect and analyze pipe entails using a free swimming "Pipe Diver" device utilizing Remote Field Transformer Coupling technology, visual inspections and performing structural analysis on the distressed pipes. A copy of the "Executive Summary" of the various condition assessments are attached under Appendix B of this report.