

| MIAMI-DADE COUNTY | WATER AND SEWER DEPARTMENT | WASD'S WATER AND SEWER INFRASTRUCTURE REPORT | PRE-STRESSED CONCRETE CYLINDER PIPE ASSESSMENT PROGRAM COUNTY WIDE | Figure 2 |

Page 7



Figure 3 — WASD'S WATER AND SEWER INFRASTRUCTURE REPORT — PRE-STRESSED CONCRETE CYLINDER PIPE ASSESSMENT PROGRAM, NORTHERN COUNTY AREA (Miami-Dade County Water and Sewer Department)



Figure 4 — WASD'S WATER AND SEWER INFRASTRUCTURE REPORT — PRE-STRESSED CONCRETE CYLINDER PIPE ASSESSMENT PROGRAM, SOUTHERN COUNTY AREA (Miami-Dade County Water and Sewer Department)

| Most Deteriorated & Vulnerable Sections of the Water System | 3 |
|---|---|

### 3. Water Treatment Plants

WASD owns and operates three regional Water Treatment Plants, the John E. Preston Water Treatment Plant, the Alexander Orr, Jr. Water Treatment Plant, and the Hialeah Water Treatment Plant. All three plants supply more than 90% of the potable water consumed in Miami Dade County. These plants are experiencing the effects of advancing age; they are 45, 56 and 87 years old, respectively. While they have been maintained and partially upgraded over the years, there are numerous issues of structural deficiencies as well as outdated or deteriorated electrical and mechanical equipment.

These deficiencies are defined as items which already show signs of distress or failure and must be replaced within a time frame ranging from one to eight years. These needs identified for each plant as immediate are the equivalent of "most deteriorated and vulnerable" and must receive high priority. The improvements are required to maintain the current treatment and pumping levels at the water treatment plants. The plants are reaching a point where major treatment components and structural assets need to be replaced in order to continue to operate reliably and in compliance with current regulatory requirements.

Although the Hialeah Water Treatment Plant is the most aged plant and is in need of repair/replacement, the Preston and the Alexander Orr, Jr. Plants also have numerous mechanical, electrical, structural and process components which have exceeded the end of their useful, economic service lives. There are many specialized mechanical and electric components in the plants that cannot be replaced on short notice. Delivery times can extend into months after they are ordered.

#### The Hialeah Water Treatment Plant

The Hialeah Water Treatment Plant has a treatment capacity of 80 million gallons per day and is served by the Miami Springs Wellfield and smaller on site wells. The plant was originally constructed in 1923 with significant upgrades taking place during the 1940's and 50's. The plant treatment process consists of lime softening using coagulation, flocculation, and sedimentation, re-carbonation, rapid sand filtration, air stripping, chlorination, ammoniation, and fluoridation. There is also a lime kiln on site which recycles nearly one hundred tons a day of water plant residuals to make new lime used in the treatment process. WASD operates two of the three water plant lime kilns in operation in the United States today.

The Hialeah Water Treatment Plant is reaching a point where major treatment components, structural assets, mechanical and electrical equipment need to be replaced in order to continue to operate reliably and in compliance with modern regulatory requirements. About 30% of the mechanical equipment requires "early intervention" or is "near catastrophic failure".

A condition assessment of the plant's needs has been performed including an extensive field evaluation and testing of the mechanical and electrical assets. A new water

| Most Deteriorated & Vulnerable Sections of the Water System | 3 |
|---|---|

treatment plant at the Northwest Wellfield is planned to replace this plant in the next 10 years. Consequently, the projects recommended in Table 2, which total $37,300,000, are the minimum necessary to keep the plant operational and assume the ultimate replacement of the plant.

**Table 2**
**Hialeah Water Treatment Plant – District 6**

| Most Deteriorated & Vulnerable Sections | Project Need | Estimated Costs | *Status |
|---|---|---|---|
| Replace On-Site Chemical House and Filter Backwash System | Existing building needs to be replaced. Current backwash system is inadequate to provide proper filter washing. | $1,200,000 | PR |
| Structural Rehabilitation of Facilities (Corroded Control Restorations) including Flocculation Tanks, Sludge Tanks, Sedimentation Tanks | Numerous structural problems in buildings and tanks which require remediation. | $ 4,000,000 | PL |
| Replace On-Site High Service Pumps 1-9 | Existing high service pumps have far exceeded their design service lives, and need to be replaced with more efficient pumps. Parts are no longer available and must be fabricated at great cost. | $15,100,000 | PL |
| Replace Electrical and Mechanical Components of the Wellfield Pump Stations at the Hialeah and Miami Springs Wellfields | The pumps, motors and switchgear are well beyond their design service lives. High efficiency units are needed to ensure reliability and reduce power consumption. | $14,500,000 | PL |
| Replace On-Site Fire Alarm System | Replacement is required to comply with regulatory standards. | $ 2,500,000 | DES |
| Total : | | $37,300,000 | |

*Status - PL = Planning, DES = Design, PR = Procurement, CO = Construction

### John E. Preston Water Treatment Plant

The John E. Preston Water Treatment Plant, in conjunction with the Hialeah Water Treatment Plant, serves residents living north of Flagler Street to the Miami-Dade/Broward line. The total permitted treatment capacity for the plant is 165 million gallons per day, it is served by the Northwest, Miami Springs-Medley Wellfields, and on site water supply wells. The plant was originally constructed in 1966 and is 46 years old. It is the newest of WASD's water plants. The plant treatment process consists of lime softening, re-carbonation, rapid sand filtration, chlorination, ammoniation, and fluoridation.

An all-encompassing condition assessment of the plant's needs was performed including a detailed review the mechanical and electrical equipment. The evaluation

| Most Deteriorated & Vulnerable Sections of the Water System | 3 |
|---|---|

revealed that the plant has numerous mechanical, electrical and process components which have exceeded the end of their useful, economic service lives, which is usually twenty years.

Below is a photo that shows the collapse of the internal wall of a lime softening unit. The unit reached the end of its 30 year design life and failed due to corrosion of the parts that secure the steel plates.



On the next page, Table 3 shows the most deteriorated and vulnerable sections in need of attention at the John E. Preston Plant. The total estimated cost of these proposed projects is $76,200,000.

| | Most Deteriorated & Vulnerable Sections of the Water System | 3 |
|---|---|---|

## Table 3
## John E. Preston Water Treatment Plant – District 6

| Most Deteriorated & Vulnerable Sections | Project Need | Estimated Costs | *Status |
|---|---|---|---|
| Phased Replacement of Emergency Generators 1-3 | The potential for the interruption of electrical service is high. The generation of electrical power on-site is needed to ensure the continuity of service to customers with reliable equipment. | $7,100,000 | PL |
| Construction of a Redundant Discharge Line from the High Service Pumps to the Primary Transmission Water Main | The existing plant discharge lines are routed to a single transmission water main. The lines are undersized for maximum flow conditions and are vulnerable to a single line break disabling the entire Water Treatment Plant. | $5,000,000 | PL |
| Provide an Additional High Service Pump Station from Reservoir 2 (Water Storage Tank) to the New Transmission Discharge Line | This improvement will provide the ability to pump from either reservoir and ensure uninterrupted service as well as increasing pumping capacity. | $14,000,000 | PL |
| Replace the On-Site Gas Chlorine System with an On-Site Chlorine Generation System | Replacement of Gas Chlorine System is desirable for safety reasons. Failure of existing gas chlorine system could lead to an unregulated discharge of chlorine gas and exposure to plant personnel and community. | $29,000,000 | PR |
| Replace the On-Site Mechanical and Steel Structures installed in 1982 on Accelators 4, 5 and 6. | The accelators have exceeded their useful service lives. They need to be replaced with newer more efficient units. | $5,700,000 | PL |
| Replace the On-Site Fire Alarm System | The fire alarm system does not comply with current regulations and needs to be replaced. | $3,800,000 | DES |
| Replace Filter Underdrains and Washing Equipment (22 Filters) | The existing equipment is outmoded and subject to failure. | $8,200,000 | PL |
| Replace On-Site Pump Motors on High Service Pumps 1,2,3,4,5, and 6 | Replace pump motors installed between 1967 and 1980 with modern high efficiency units. | $2,400,000 | PL |
| Replace On-Site Well Pump Motors on the Water Supply Wells | Well Pump motors are more than 40 years old. | $1,000,000 | PL |
| Total : | | $76,200,000 | |

*Status - PL = Planning, DES = Design, PR = Procurement, CO = Construction

| Most Deteriorated & Vulnerable Sections of the Water System | 3 |
|---|---|

### The Alexander Orr, Jr. Water Treatment Plant

The Alexander Orr, Jr. Water Treatment Plant is the County's largest water treatment plant. It supplies water to the regional area from Flagler Street to SW 246 Street and has a permitted treatment capacity of 214.7 million gallons per day. It is served by the Southwest, West and Snapper Creek Wellfields as well as smaller on site wells. The plant was originally constructed in 1952. The plant treatment process consists of lime softening with re-carbonation, rapid sand filtration, chlorination, ammoniation, and fluoridation. It also has a lime kiln on site to recycle plant treatment residuals.

A condition assessment of the plant's needs was performed including a field evaluation and an all-inclusive review of the mechanical and electrical components. Due to the plant's size, age and indefinite future service requirements, it needs more rehabilitation work than the other two water treatment plants.

Below are pictures which illustrate the structural deterioration of various facilities at the Alexander Orr, Jr. Water Treatment Plant.

  

Chemical Building 2    Re-Carbonation Chamber 4    Well House Number 9

The proposed projects on the next page below in Table 4 for the plant are estimated to total $111,268,000.

## Most Deteriorated & Vulnerable Sections of the Water System | 3

### Table 4
### Alexander Orr, Jr. Water Treatment Plant – District 7

| Most Deteriorated & Vulnerable Sections | Project Need | Estimated Costs | *Status |
|---|---|---|---|
| Replace Diesel Driven High Service Pump No. 5, it is currently out of service | Pump is needed to provide full pumping capacity to the plant. | $5,400,000 | CO |
| Replace Diesel Driven High Service Pump No. 6, it is currently out of service | Pump is needed to provide full pumping capacity to the plant. | $10,300,000 | PL |
| Replace Switchgear and Transformers for Six (6) Emergency Generators | The existing equipment is beyond its service life and is not sized to operate on new generators. | $14,300,000 | DES |
| Replace Six Lime Slakers and Feed Equipment | Current units have exceeded their service lives and are no longer efficient. | $14,000,000 | PL |
| Replace 2 Single Speed High Service Pumps & Motors (East and West Pump Room) | Current units have exceeded their service lives and are single speed. Variable speed pumps will allow for flow trimming and higher efficacy. | $6,450,000 | PL |
| Replace aged electrical motors, switchgear, transformers and other electrical equipment (14 High Service Pumps and 34 Biscayne Aquifer wells and 5 ASR wells) | Electrical equipment has exceeded its service life. Failures are more frequent. | $5,557,000 | PL |
| Replace Electrical Generators 1-4 | These generators have exceeded their service lives and a phasing in of replacement units is needed. | $8,000,000 | PL |
| Replace the Drive Units and Electric Motors that provide the Mixing Energy for the Lime Softening Process (Units 1 - 14) | Units are beyond their service lives and have reduced liability. | $2,600,000 | CO |
| Renew and Upgrade five Hydrotreator Lime Softening Units to Accelators | Units are beyond their service lives, pin flock is difficult to control | $19,400,000 | PL |
| Install New Flow Meters in Pipes and Channels to Filters | Needed for efficient dosing of chemicals. | $1,038,000 | PR |
| Replace Pipes and Control at the Filter Pipe Gallery | System is beyond its service life. | $1,260,000 | PL |
| Structural Rehabilitation of Reservoirs 1-6 | Rehabilitation is required to extend the service life. | $1,922,000 | CO |
| Replace Electrical Feeders to Generator's 1 - 5 | Units are beyond their service lives. | $495,000 | PL |
| Replacement of Lime Kiln Electrical and Refractory | Rehabilitation is required to extend the service life. | $4,600,000 | PR |
| Structural Rehabilitation of Deteriorated Well Houses | Rehabilitation is required to extend the service life. | $532,000 | PL |
| Structural Replacement of Deteriorated Pump and Electrical Equipment Buildings | Units are beyond their service lives. | $661,000 | CO |
| Rehabilitate the Existing Filter Wash Water System | Rehabilitation is required to extend the service life. | $579,000 | CO |
| High Service Pump No. 3, Rehabilitate natural gas engine drive and pump | Rehabilitation is required to extend the service life. This equipment requires years and high capital cost to replace, hence extending service life is of high value. | $640,000 | PL |

## Most Deteriorated & Vulnerable Sections of the Water System | 3

| Most Deteriorated & Vulnerable Sections | Project Need | Estimated Costs | *Status |
|---|---|---|---|
| High Service Pump No. 4, Rehabilitate natural gas engine drive and pump | Rehabilitation is required to extend the service life. This equipment requires years and high capital cost to replace, hence extending service life is of high value. | $639,000 | PL |
| High Service Pump No. 7, Rehabilitate electric motor and pump | Rehabilitation is required to extend the service life. This equipment requires years and high capital cost to replace, hence extending service life is of high value. | $594,000 | PL |
| High Service Pump No. 8, Rehabilitate electric motor and pump | Rehabilitation is required to extend the service life. This equipment requires years and high capital cost to replace, hence extending service life is of high value. | $887,000 | PL |
| High Service Pump No. 9, Rehabilitate electric motor and pump | Rehabilitation is required to extend the service life. This equipment requires years and high capital cost to replace, hence extending service life is of high value. | $887,000 | PL |
| High Service Pump No. 10, Rehabilitate electric motor and pump | Rehabilitation is required to extend the service life. This equipment requires years and high capital cost to replace, hence extending service life is of high value. | $887,000 | PL |
| High Service Pump No. 12, Rehabilitate electric motor and pump | Rehabilitation is required to extend the service life. This equipment requires years and high capital cost to replace, hence extending service life is of high value. | $887,000 | PL |
| High Service Pump No. 13, Rehabilitate electric motor and pump | Rehabilitation is required to extend the service life. This equipment requires years and high capital cost to replace, hence extending service life is of high value. | $888,000 | PL |
| Replace Substation T-6 Dry Transformer with Oil Filled Transformer | Rehabilitation is required to extend the service life. | $3,706,000 | PL |
| Replace Antiquated SCADA equipment | Units are beyond their service lives. | $2,102,000 | PL |
| Replacement of Mechanical HVAC renewal equipment (upgrade to the Building Management and Control System) | Rehabilitation is required to extend the service life. | $2,057,000 | PL |
| Total: | | $111,268,000 | |

*Status - PL = Planning, DES = Design, PR = Procurement, CO = Construction