| Most Recent Water Pipe Breaks | 4 |
|---|---|

**Recent Water Pipe Breaks**

1. March 2010 – 54-inch water main break at West 4 Avenue and West 40 Place in Hialeah on Red Road

   The water main ruptured and immediately flooded the streets and nearby homes. In order to repair the break, a major intersection was shut down for a period of one week. Additionally, the north part of the County suffered lowered water pressure, including wholesale customers.







| Most Recent Water Pipe Breaks | 4 |
|---|---|

2. May 2011 – 48-inch water main break at SW 56 Street (Miller Rd) and SW 122 Avenue

The water main ruptured causing lowered water pressure from the south end of the County to the City of Doral. The break immediately flooded Miller Road causing a public school bus to become lodged in a sink hole.

In order to repair the break, Miller Road was shut down, in both directions, for a period of 1 week. This main later had another catastrophic break at SW 129 Avenue in September 2011.









| Most Recent Water Pipe Breaks | 4 |
|---|---|

3. November 2011 – 12-inch water main break at SW 8 Street between SW 102 and 107 Avenue

   The water main ruptured flooding the street and causing a large hole in the street, and there was water damage to some of the homes/businesses in the area. Additionally, residents in the immediate area were without water during part of the repairs due to low water pressure. In order to repair the break, the three southernmost east bound traffic lanes were shut down.





| Most Recent Water Pipe Breaks | 4 |
|---|---|

4. January 2012 - 12-inch cast iron water main break at NW 36 Street and NW 37 Avenue

In order to complete repairs, the entire intersection had to be closed with the exception of one lane heading east on NW 36 Street. All businesses along NW 36 Street between NW 36 Avenue and NW 38 Avenue, including the Pinnacle Plaza (a 132 unit condominium) and Fronton Trailer Park (approximately 30 trailer homes) were left without water and a "Boil Order" notice was issued.





| Most Recent Water Pipe Breaks | 4 |
|---|---|

5. March 2012 - A series of water main breaks took place throughout the County on Friday, March 16 after midnight and ending the next day on Saturday, March 17.

   a) On March 17, one emergency Repair Crew worked in front of the Seaquarium on a broken 12-inch water main on Crandon Boulevard which impacted the traffic lanes to Key Biscayne.

   In order to repair the water main, eastbound traffic lanes on Bear Cut Bridge were shutdown and traffic was detoured to the westbound lanes. The traffic restrictions caused temporary traffic delays for those attending the Ericson Tennis Tournament and the Key Biscayne Arts Festival.

    

   b) One emergency Repair Crew worked on a broken 24-inch water main in front of Kennedy Park. The water line break flooded parts of the road causing the shutdown of all traffic lanes on South Bayshore Drive while the water main was repaired.

    

| Most Recent Water Pipe Breaks | 4 |
|---|---|

c) At about noon on March 17, WASD received a call regarding a broken 12-inch ductile iron water main at the Coco Plum Marina. Repair Crews were called to fix the water line which caused the Marina to be without water for several hours.




d) At about 2 p.m. on March 17, the Repair Crews were dispatched to the Royal Country Mobile Home Community where a garbage truck backed up and moved a plate underground, the impact ruptured a 12-inch water main. The previous emergency events caused a six hour delay in dispatching a Repair Crew to this location.





| Most Recent Water Pipe Breaks | 4 |
|---|---|

6. July 2012 – At about 1:15 p.m. on July 22, WASD received a call about a broken 36-inch cast iron water transmission main (installed in the 1950's) at NE 76 Street and NE 3 Place

Approximately 22.5 million gallons of water were spilled throughout the neighborhood flooding the streets, homes and businesses, and creating a crater. After Repair Crews got the ruptured water main under control, three of four trailers parked nearby the broken pipe were found half-way inside the crater. Fortunately, water service to residents was not impacted by the break.





| Most Deteriorated & Vulnerable Sections of the Wastewater System | 5 |
|---|---|

## Most Deteriorated & Vulnerable Sections of the Wastewater System

WASD operates one of the largest wastewater collection and transmission, treatment and disposal systems in the nation. The system consists of over 6,000 miles of gravity sewers and force mains, more than 1,000 pump stations, 3 regional wastewater treatment plants with a combined treatment capacity of 368 million gallons per day.

Due to the corrosive nature of sanitary sewage, wastewater systems require significant amounts of maintenance and upkeep. Failure to address the needs of the County's wastewater system can serve to accelerate the rate of deterioration of its component parts and increase operating costs. In addition, it may result in more frequent violations of federal and state permits which carry penalties and increase the likelihood of regulatory enforcement actions. The wastewater system projects discussed in this report are also part of an on-going discussion with the Environmental Protection Agency and are expected to be included in the new consent agreement.

The following pages exemplify the most deteriorated and vulnerable elements of the County's wastewater system. They were identified through comprehensive condition assessments of the system's infrastructure and detailed reviews of the equipment and operational records.

In early 2010, the technology to inspect an active sewer pipeline became available. Upon WASD's request, sewer lines are being inspected and condition assessment reports are being provided to manage failure risk of critical pipelines. The methods used to inspect and analyze pipe entails using a free swimming "Pipe Diver" device utilizing Remote Field Transformer Coupling tool technology, visual inspections and performing structural analysis on the distressed pipes. A copy of the "Executive Summary" of the various condition assessments are attached under Appendix C of this report.

1. <u>Wastewater Collection and Transmission Line System</u>

The wastewater collection and transmission system owned and operated by WASD consists of approximately 5,300 miles of gravity sewers, manholes and service laterals (the collection system) and slightly more than 900 miles of force mains (the transmission system).

An increasing number of these sewage pipe failures are the result of deteriorated and failing pipes. Failure modes vary according to pipe material, location and operational conditions. Assessing the condition of buried infrastructure is not an easy or simple task. Traditionally, utilities have relied on operational experience, maintenance records, and individual knowledge to determine if and when sewer force mains need rehabilitation and/or replacement. Recent advances in technology have made it possible to assess the condition of some of these lines while they are in service.

Case 1:93-cv-01109-FAM   Document 119-18   Entered on FLSD Docket 11/13/2012   Page 9 of 10

| Most Deteriorated & Vulnerable Sections of the Wastewater System | 5 |
|---|---|

Due to the flat nature of the County's topography, and the high groundwater table common to South Florida, a large percentage of the sewer collection system lies below water. As such, defects in the lines and manholes allow groundwater to enter the system

Ductile iron pipe is susceptible to both internal and external corrosion, the latter particularly so in lines installed in close proximity to saltwater environments. Asbestos cement pipe becomes soft with age and loses its structural integrity. Concrete pipe, in particular, pre-stressed concrete cylinder pipe manufactured by the Interpace Corporation is also a priority item, as these types of pipe failures have taken place the same way they have in the water system. The 72-inch sewer concrete pipe that failed in North Dade in June 2010 causing a sewage spill of more than 20 million gallons into the Biscayne Canal was made of pre-stressed concrete cylinder pipe manufactured by the Interpace Corporation. A photograph of this event is below.



72-inch Pre-Stressed Concrete Cylinder Pipe Break at Biscayne Canal & NW 17 Avenue

The 72-inch pre-stressed concrete cylinder pipe as well other similar large diameter sewer mains in WASD's system have experienced similar catastrophic failures. Results obtained from the condition assessments have revealed conditions that warrant the rehabilitation and/or replacement of these pipelines. However, results from the assessment of roughly 30 miles of large diameter pre-stressed concrete

| | |
|---|---|
| Most Deteriorated & Vulnerable Sections of the Wastewater System | 5 |

cylinder force mains are still pending. Below is Table 5 which presents the Department's top priority listing of renewals /replacements needed in the wastewater collection and transmission system to avoid more catastrophic sewage pipe failures and regulatory penalties.

The projects have been identified through condition assessments and/or reviews of maintenance and operational records, and have been included because of the condition of the assets or the impact their failure would have on public health, the local economy and the environment. The projects have an estimated total cost of $195,624,000.

**Table 5**
**Wastewater Collection and Transmission Line System**

| Most Deteriorated & Vulnerable Sections | Estimated Cost | Commission District | *Status |
|---|---|---|---|
| Wastewater Collection System - Dig & Replace Sewer Mainlines, Laterals & Manhole | $41,400,000 | Various | PR/CO |
| Phase 2 – Government Cut - Replace a portion of the 54-inch pre-stressed concrete cylinder force main from the water shaft in Government Cut to mainland Miami Beach to avert catastrophic failure | $18,000,000 | 5 | CO |
| Phase 3 – Government Cut - Replace a portion of the 54-inch pre-stressed concrete cylinder force main from Fisher Island to the Central District Wastewater Treatment Plant at Virginia Key to avert catastrophic failure | $63,000,000 | 5 & 7 | DES |
| Rehabilitate remaining 3.5 miles of the 72-inch pre-stressed concrete cylinder sewer pipe that experienced catastrophic failure between NW 17 Avenue and NE 10 Avenue in North Dade along Biscayne Canal | $19,800,000 | 1 & 2 | PL |
| Rehabilitate remaining 2.5 miles of 54-inch pre-stressed concrete cylinder sewer pipe which contains damaged pipe segments from SW 112 Avenue and SW 280 Street to SW 107 Avenue and SW 248 Street | $17,100,000 | 8 & 9 | PL |
| Replace corroded twin 24-inch force mains crossing the Tamiami Canal at NW 37 Avenue, just south of NW 21 Street | $ 684,000 | 5 & 6 | DES |
| Replace 1 mile of corroded 18-inch ductile iron pipe force main located at NW 60 Avenue and NW 138 Street | $2,160,000 | 13 | PL |
| Rehabilitate by the cured-in-place liner method approximately 2 miles of deteriorated 54-inch pre-stressed concrete cylinder sewer pipe that has experienced failure on NW 2 Street between NW 67 Avenue and NW 37 Avenue | $10,080,000 | 6 | PL |
| Replace asbestos cement pipe to avoid more future pipe failures: 2,634 feet of 4-inch, 9,511 feet of 6-inch, 29,834 feet of 8-inch, 27,450 feet of 10-inch, and 11,385 feet of 12-inch. | $ 23,400,000 | Various | DES |
| Total : | $195,624,000 | | |

*Status: PL = Planning, DES = Design, PR = Procurement, CO = Construction