| Most Deteriorated & Vulnerable Sections of the Wastewater System | 5 |
|---|---|

## 2. Wastewater Pump Station System

The combination of an extensive urban area and the flat topography that characterizes Miami Dade County requires the use of a large number of pump stations to convey sewage from homes and businesses to the three regional wastewater treatment plants that serve this community. With more than 1,000 pump stations, WASD owns and operates one of the largest wastewater pump station systems in the nation. The pump stations in the system range in size from small local stations with two 5 horsepower pumps, to large regional stations with eight 500 horsepower pumps, as well booster stations with four 900 horsepower pumps that handle the flows from multiple other pump stations and serve large regions of the County.

Whenever a pump station fails to function as designed, sanitary sewer overflows and/or sewer backups can occur. The impact that these malfunctions have are directly proportional to the size and type of the station. Because of their complexity, maintenance of the various components that make up a pump station is of utmost importance. Whether mechanical, electrical or structural, defects or deficiencies in any of these component parts can adversely affect the station's operation. WASD has a thorough and rigorous pump station inspection and maintenance program in place that serves to identify problem areas effectively. The available documentation has been used to identify which stations present the greatest risk of failure based on conditions and population served.

Table 6 below lists the most deteriorated and vulnerable pump stations within the County's system. The estimated cost of the projects noted total $64,260,000.

### Table 6
### Wastewater Pump Station System

| Most Deteriorated & Vulnerable Sections | Project Need | Estimated Cost | Commission District | *Status |
|---|---|---|---|---|
| Upgrade of Pump Station # 0418, Convert to Booster Station | Needed to relieve pressure in Doral Area. | $ 21,600,000 | 12 | DES |
| Upgrade of Pump Station # 0691, Replacement of Pumping & Electrical Equipment | Capacity increase is needed to handle flows from City of Homestead. | $ 5,400,000 | 8 | PL |
| Upgrade of Pump Station # 0692, Replacement of Pumping & Electrical Equipment | Capacity increase is needed to handle flows from City of Homestead. | $ 5,400,000 | 6 | PL |
| Replacement of Electrical Switchgear in Pump Station # 0414, | Existing equipment is beyond its useful life. | $ 1,350,000 | 13 | PL |
| Replacement of Electrical Switchgear and Rehabilitation of Wetwell to Include a Odor Control Unit – Pump Station # 0415 | Existing equipment is beyond its useful life – Wetwell structure is deteriorated due to hydrogen sulfide. | $ 4,320,000 | 1 | PL |
| Replacement of Switchgear in Pump Station # 0416 | Existing equipment is beyond its useful life. | $ 1,350,000 | 13 | PL |
| Replacement of Switchgear and Rehabilitation of Wetwell in Pump Station # 0417 | Existing equipment is beyond its useful life. Wetwell structure is deteriorated due to hydrogen sulfide. | $ 2,880,000 | 8 | PL |

| Most Deteriorated & Vulnerable Sections of the Wastewater System | | | | 5 |
|---|---|---|---|---|

| Most Deteriorated & Vulnerable Sections | Project Need | Estimated Cost | Commission District | *Status |
|---|---|---|---|---|
| Replacement of Electrical and Mechanical Equipment in Pump Station # 0107 | Existing equipment is beyond its useful life. | $ 3,600,000 | 2 | DES |
| Replacement of Pumping and Electrical Equipment in Pump Station # 0301 | Existing equipment is beyond its useful life due to saltwater environment. | $ 4,140,000 | 4 | PL/PR |
| Upgrade of Pump Station # 0488 | Existing equipment is beyond its useful life. | $ 2,700,000 | 2 | DES |
| Installation of 60-inch force main from Kendall Drive to Pump Station # 0536 | To reduce pressure and increase flow transfer between Pump Stations # 0559 and Pump Station# 0536. | $ 5,400,000 | 8 | PL |
| Replacement of Switchgear at Pump Station # 0187 | Existing equipment is beyond its useful life. Parts are not available. | $ 3,240,000 | 6 | PL |
| Refurbish emergency generators and controls at Regional Pump Stations | The emergency back-up generators are unreliable due to the age of the controllers and wiring on the engines. | $ 2,880,000 | Various | PL |
| | Total : | $ 64,260,000 | | |

*Status - PL = Planning, DES = Design, PR = Procurement, CO = Construction

The projects primarily involve electrical and mechanical upgrades that replace the existing components with new ones. In some cases, rehabilitation of the pump station's concrete structure is specified. This results from the corrosive effect of hydrogen sulfide which is a by-product of sanitary sewage that promotes the formation of acids. These acids attack and weaken the concrete structures. The photos below, from the wetwell of a regional pump station currently undergoing structural rehabilitation illustrate this condition.



Pump Station 348 - Wetwell Roof



Pump Station 348 Wetwell Walls

| Most Deteriorated & Vulnerable Sections of the Wastewater System | 5 |
|---|---|

### 3. Wastewater Treatment Plants

WASD's wastewater treatment and disposal system consists of three regional treatment plants including the North District Wastewater Treatment Plant at Interama, the Central District Wastewater Treatment Plant at Virginia Key, and the South District Wastewater Treatment Plant at Black Point.

#### North District Wastewater Treatment Plant

The North District Wastewater Treatment Plant is a 112.5 million gallons per day facility built in the late 1970's. It is located at 2575 NE 156 Street in North Miami. It provides secondary treatment plus disinfection, the treated effluent is disposed of via an ocean outfall two miles off the coast and four deep injection wells. A portion of the treated flows receive additional treatment and are reused as irrigation water at the adjacent Florida International University Bay Vista campus. Due to the corrosive nature of sanitary sewage, and the proximity of this facility to the marine environment, structures and component parts of the treatment facility require extensive maintenance, and experience a shorter life than other similar facilities. Concrete structures, electrical equipment and pumps and motors are particularly susceptible to corrosion.

The picture below of an Oxygen Mixer at the North District Wastewater Treatment Plant which is evidence of the degree of deterioration that has taken place due to corrosion.



Oxygen Mixer with Broken Off Blades

| Most Deteriorated & Vulnerable Sections of the Wastewater System | 5 |
|---|---|

Below, Table 7 shows the most deteriorated and vulnerable sections of the North District Wastewater Treatment Plant which are estimated at $178,936,000 to rehabilitate or retrofit. The proposed improvements were selected based on condition assessments performed and an in-depth review of the operational and maintenance records.

**Table 7**
**North District Wastewater Treatment Plant – District 4**

| Most Deteriorated & Vulnerable Sections | Project Need | Estimated Cost | *Status |
|---|---|---|---|
| Headworks Rehabilitation | Replacement of screens and upgrade of headworks will reduce rags problem and improve treatment process | $ 24,589,000 | DES |
| Plant-wide Electrical Rehabilitation | Loss of electrical controls or wiring could result in plant shutdowns, wastewater overflows and effluent violations. | $ 22,973,000 | DES/PR |
| Rehabilitate Effluent/Injection Well Pumps | Loss of pumping capacity or wetwell function will result in unpermitted effluent discharges into the surrounding wetlands. | $ 17,992,000 | PL |
| Oxygen Plant Rehabilitation | Loss of pure oxygen production will affect performance of secondary treatment process and result in effluent limit violations. | $ 5,256,000 | PR |
| Aeration Tanks Rehabilitation | Loss of aeration tank capacity will result in effluent limit violations. | $ 14,602,000 | PL |
| Primary Clarifier Rehabilitation and Odor Control Systems | Loss of primary clarifier capacity will increase workload of the secondary treatment process and will result in effluent limit violations. Control odors. | $39,946,000 | PL |
| Disinfection Retrofit – convert the disinfection system from gas chlorine to liquid hypochlorite | Chlorine gas presents significant health and safety risks which need to be averted. | $13,503,000 | PR |
| Yard Piping Retrofit – replacement of wastewater piping that interconnects throughout the plant | A rupture in the plant's yard piping system will result in sewage and/or sludge spill that may contaminate nearby surface waters. | $4,075,000 | PL |
| Secondary Clarifiers Rehabilitation | Loss of the secondary clarifier capacity will overload the remaining clarifiers and result in effluent limit violations. | $36,000,000 | PL |
| | Total : | $ 178,936,000 | |

*Status - PL = Planning, DES = Design, PR = Procurement, CO = Construction

### Central District Wastewater Treatment Plant

The Central District Wastewater Treatment Plant was built in the early 1950's. It is a 143 million gallons per day facility located at 3989 Rickenbacker Causeway in Virginia Key. The plant is the largest and oldest treatment plant in the County's system and provides secondary treatment plus disinfection. The treated effluent is discharged via an ocean outfall located three miles off the coast. Sludge is produced at this plant in addition to the sludge conveyed from the North District Wastewater Treatment Plant. It undergoes a process which generates methane gas used as fuel in a co-generation facility that produces approximately 40% of the electric power needs of the plant.

| Most Deteriorated & Vulnerable Sections of the Wastewater System | 5 |

The age of the plant, the corrosive nature of sewage, and the impact of additional treatment processes on the facilities, along with the significant flows the plant receives from the Barrier Islands (Miami Beach, Surfside, Bal Harbour, Bay Harbor Islands and Key Biscayne) causes the Central District Wastewater Treatment Plant to have extensive rehabilitation needs.

The photo below is representative of the conditions of one of the anaerobic digesters after its roof structurally collapsed.



Collapsed Roof of Digester Tank 1 at the Central District Wastewater Plant

| Most Deteriorated & Vulnerable Sections of the Wastewater System | 5 |
|---|---|

Table 8 shows the most deteriorated and vulnerable sections of the Central District Wastewater Treatment Plant estimated at $208,046,000. The proposed improvements are on condition assessments performed and a thorough review of operational and maintenance records.

**Table 8**
**Central District Wastewater Treatment Plant – District 7**

| Most Deteriorated & Vulnerable Sections | Project Need | Estimated Cost | *Status |
|---|---|---|---|
| Aeration Process Rehabilitation Plant 1 & 2 | Loss of aeration tank capacity will result in effluent limit violations. | $ 12,620,000 | PR |
| Replacement of Return Activate Sludge Pump Stations Plant 1 & 2 – including Piping and Motor Control Centers | Loss of return sludge pumping capacity will result in effluent limit violations. | $ 17,965,000 | DES |
| Digester Cluster Rehabilitation Plant 1 & 2 - Roofs, Concrete Structures, Recirculation and Transfer Pumps, Mixers and Electrical Systems | Loss of digestion capacity will result in a decline of bio/gas methane production for power generation and unstable sludge that will require landfill disposal. | $ 74,140,000 | PL/DES/PR |
| Plant-wide Electrical Rehabilitation | Loss of electrical controls or wiring could result in plant shutdowns, wastewater overflows and effluent violations. | $ 19,674,000 | DES/PR |
| Structural Rehabilitation of Dewatering Building | Injury to personnel and damage to sludge hauling trucks if hit by falling concrete debris. | $ 10,600,000 | DES |
| Headworks Rehabilitation and Upgrade | Lack of screens result in accumulation of rags and plastics which lead to treatment process failure and effluent violations. | $ 31,359,000 | PL |
| Concentrator Cluster Rehabilitation - Plant 1 & 2 | Failure of sludge thickening will result in overloading of the secondary treatment and effluent violations. | $ 9,931,000 | PL |
| Effluent Pump Replacement | Loss of sufficient pumping capacity will result in unpermitted effluent discharge into the surrounding surface waters. | $ 8,100,000 | PL |
| Oxygen Plant Process Controls Phase 2 | Loss of pure oxygen production will affect performance of secondary treatment process and result in effluent limit violations. | $ 450,000 | PR |
| Replacement of Chlorine Gas Storage, Liquid Chlorination and Dosing System with Hypochlorite Facility | Failure of existing chlorine gas storage system could lead to an unregulated discharge of chlorine gas and exposure to plant personnel and community. | $ 13,503,000 | PL |
| Replacement of Gas Monitoring and Alarms | Lack of adequate gas monitors could lead to health and safety problems for plant personnel. | $ 306,000 | PL |
| Ventilation Improvements | Sufficient ventilation in hazardous areas is required to meet National Fire Protection Association 820. | $ 2,025,000 | PL |
| Replacement of Walkways and Stairways | Personnel could suffer falling injuries from eroding concrete and corroding metal. | $ 450,000 | PR |
| Odor Control Buildings Motor Control Center Replacement | Lack of properly functioning odor control systems lead to nuisance complaints from visitors and nearby residents. | $ 6,923,000 | DES |
| | Total: | $208,046,000 | |

*Status - PL = Planning, DES = Design, PR = Procurement, CO = Construction

| Most Deteriorated & Vulnerable Sections of the Wastewater System | 5 |
|---|---|

### South District Wastewater Treatment Plant

The South District Wastewater Treatment Plant located at 8950 SW 232 Street is rated as 112.5 million gallons per day facility. It is the Department's newest wastewater treatment facility which began its operations in the early 1980's. Like the North and Central District Wastewater Treatment Plants, the South District Wastewater Treatment Plant is located along the coast, which makes it more susceptible to deterioration of its component parts.

The plant was designed to provide secondary treatment plus disinfection and discharges its treated effluent via deep injection wells. Like the other wastewater treatment plants, sludge is produced during the treatment process and the methane produced fuels co-generation equipment which supplies approximately 20% of the plant's electric power needs.

Presently, the South District Wastewater Treatment Plant is undergoing a major regulatory-mandated upgrade with an estimated total of over $600 million known as the High Level Disinfection Upgrade. The upgrade consists of additional secondary treatment facilities, new tertiary filters and a more robust disinfection process that includes the on-site generation of liquid hypochlorite. The picture below illustrates the newly constructed filter system and the clarifiers at the High Level Disinfection Facility.



Construction of a deep bed sand filter system consisting of 30 cells, a width of 15.25 feet each and a length of 88 feet each. The depth of sand is 6 feet. This process is used to remove even more suspended solids after the clarifiers.