## Most Deteriorated & Vulnerable Sections of the Wastewater System | 5



The addition of four new clarifiers to the High Level Disinfection Facility, each one is 195 feet in diameter. Also, six existing clarifiers have been rehabilitated. These improvements will improve the secondary process reliability and increase the hydraulic capacity of the plant to 285 million gallons per day. Secondary clarifiers or settling tanks allow the activated sludge (bacteria) and other fine material (suspended solids) to settle out.

Because of the age of the South District Wastewater Treatment Plant, and the extensive scope of work associated with the high level disinfection projects upgrades, this plant's condition is better than the other two. However, there are structures, processes and equipment which have deteriorated and require immediate attention. These are primarily the replacement of electrical equipment, the rehabilitation of some structural components and mechanical systems, and the replacement of the existing "temporary" dewatering facility.

The proposed improvements were selected based on condition assessments performed and a comprehensive review of the plant's operational and maintenance records.   The total cost of these proposed projects has been estimated at $89,220,000, they are noted on the next page in Table 9.

| Most Deteriorated & Vulnerable Sections of the Wastewater System | 5 |
|---|---|

**Table 9**
**South District Wastewater Treatment Plant – District 8**

| Most Deteriorated & Vulnerable Sections | Project Need | Estimated Cost | *Status |
|---|---|---|---|
| Aeration Process Rehabilitation Plant 1 & 2 | Loss of aeration tank capacity will result in effluent limit violations. | $14,040,000 | PR |
| Digester Roof Rehabilitation and Digester Tank Cleaning, Structural Rehabilitation and Coating, Sludge Mixers Improvements | Loss of digestion capacity will result in a decline of bio/gas methane production for power generation and unstable sludge that will require landfill disposal. | $35,082,000 | PL |
| Plant-wide Electrical Rehabilitation including Wiring | Loss of electrical controls or wiring could result in plant shutdowns, wastewater overflows and effluent violations. | $ 6,615,000 | DES |
| Oxygen Plant Air Compressor Replacement | Loss of oxygen production will affect performance of secondary treatment process and result in effluent limit violations. | $ 1,935,000 | PR |
| Dewatering Building Replacement | Improper sludge dewatering results in solids accumulation affecting treatment process which cause effluent violations. | $13,167,000 | PL |
| Wet Well Chambers 2-4: Effluent Pump Station Rehabilitation | Loss of pumping capacity results in unpermitted effluent discharge into the surrounding waters. | $ 7,735,000 | PL |
| Upgrade Odor Control System | Lack of properly functioning odor control systems lead to nuisance complaints from visitors and nearby residents. | $ 6,326,000 | PL |
| Chlorine Contact Chamber Structural Rehabilitation | Structural failure of a chlorine contact chamber would lead to a lack of disinfection contact time which is an effluent violation. | $ 4,320,000 | PL |
| | Total: | $89,220,000 | |

*Status - PL = Planning, DES = Design, PR = Procurement, CO = Construction

## Most Recent Sewer Pipe Breaks   |   6

**Most Recent Sewer Pipe Breaks**

1. June 2010 - 72-inch sewer force main ruptured at NW 18 Avenue and NW 157 Street discharging more than 20 million gallons of raw sewage.  The entire pipeline was evaluated, 1 ½ miles were re-lined, and the remaining 3 miles are being evaluated for different rehabilitation options.





## Most Recent Sewer Pipe Breaks | 6

2. October 2010 – 12-inch asbestos cement pipe sewer force main at SW 112 Avenue and SW 107 Street ruptured discharging 1,432,770 gallons of sewage.   WASD is in the process of identifying all asbestos cement force mains in its system to schedule their replacement.



3. November 2010 – 12-inch sewer force main at SW 87 Avenue and SW 92 Street, discharging 3,243,471 gallons of sewage. An engineering evaluation of rehabilitation alternatives is being conducted.





## Most Recent Sewer Pipe Breaks | 6

4. July 2011 – 24-inch sewer force main at NW 37 Avenue & NW 21 Street, a sewage spill of less than 1000 gallons. The significance of this sewer line break has to do with the location of the pipeline. It is located under and within the bridge support structure.   An engineering evaluation of rehabilitation alternatives is being conducted.



Funding Sources | 7

**Funding Sources**

In the 1970's when much of the regional wastewater system was constructed following adoption of the Clean Water Act in 1972, substantial federal grants covering 75% of project costs were available to assist local utilities in meeting the requirements of the Clean Water Act. Today, when much of that infrastructure needs rehabilitation or replacement, there are virtually no comparable grants available. For both water and sewer projects there are limited borrowing opportunities through the State Revolving Loan Funds supported by the Environmental Protection Agency with matching State funds administered by the Department of Environmental Protection. Typically annual borrowing for qualified projects is capped at $10 million per utility, and WASD has been taking advantage of these below-market-rate opportunities. Some utilities utilize a special monthly surcharge (typically with different amounts based upon residential and commercial customers or the volume used by various customer classes) for a specified time period to raise funds for particular projects.

The most common approach to financing utility infrastructure needs is establishment of a "Renewal and Replacement Fund" that is replenished each year from revenues to address the annual "Renewal and Replacement" needs of the utility's capital assets. This type of cash funding is often used in combination with conventional revenue bond borrowing and use of plant expansion funds for large capital projects either to meet new needs or new regulatory requirements or to replace outdated infrastructure.

Plant expansion funds (also known as connection charges) become available when new customers connect to the system and pay their fair share of the treatment and regional transmission capacity. These funds can be used to finance plant expansions and regional transmission and collection system components. Developers normally provide contributed assets to the utility for strictly local collection and transmission improvements that are needed to serve their projects, although sometimes these types of improvements are made with special basin charges.

Private financing to meet short term project construction needs can be done, but usually at higher borrowing costs than those associated with tax exempt bonds.

All types of borrowing require dedicated reserves and revenues sufficient to service debt, operations, maintenance, and asset management at a level sufficient to protect the long term interests of bondholders, as required by the County's master bond ordinance. In addition, the maintenance of non-dedicated reserves (the General Reserve Fund and the Rate Stabilization Fund) at consistent levels is an important factor in bond ratings. If those funds are depleted, long term borrowing costs can increase very substantially.

The projects identified in this report are of the highest priority and are all of equal importance. As such, they are or will be included in WASD's Multi-Year Capital Plan as projects that are either funded from the "Renewal and Replacement" fund, grants, state loans, plant expansion fund, and/or from future bond sales. At some point the sale of future bonds becomes contingent upon revenue adjustments sufficient for

reserve coverages and debt service. These revenue forecasts and assumptions are included each year in the multi-year revenue and rate forecasts that are part of the annual budget process.

For the wastewater projects identified in this report, the schedules and phasing are not yet established because this is a topic of negotiation with the Environmental Protection Agency. The project schedules will determine the revenue flows needed to support design and construction. The WASD budget proposal FY 2012-13, and more particularly the multi-year capital plan associated with that proposal, will reflect the priority projects included in this report and the revenue recommendations needed to support those projects. In the meantime, work will carry on under the present budget to continue the assessment of the critical pipelines, the replacement of the Government Cut pipeline, and the advancement of several other projects described herein.

Implementation of the proposed capital program is also an important factor in accomplishing the goal. The most successful business model in recent years has been a combined process of staff oversight and contracted services for project planning, design, construction management, and construction typified by the High Level Disinfection project at the South District Wastewater Treatment plant. Taken together, the 14 contracts comprising this highly complex effort are being executed ahead of schedule and under original budget estimates.

Moving forward with the project needs reflected in this report and the longer term projects such as eliminating the use of the ocean outfalls will require adequate staff oversight resources, contracted resources, and accelerated procurement procedures similar to Ordinance 07-108. In addition, the use of contractor pools to meet the timeframes associated with system replacement needs and regulatory deadlines that already exist or that may become part of a new consent order will facilitate meeting project schedules.

WASD is re-organizing to some extent to focus these capital improvement resources more directly within the water business line and the wastewater business line so that these immediate project needs can be most effectively met with minimum disruption to customers, the economy, and the environment.

**Other Critical Capital Projects**

As directed, this report highlights the most immediate and critical infrastructure rehabilitation and replacement projects needed to avoid catastrophic failures within the regional water and sewer system.  There are many additional capital project needs identified in WASD's Multi-Year Capital Budget over the next 15 years.  These projects are driven by regulatory requirements, future capacity needs, and longer term renewal and replacement needs.

Significant water projects in this category include new water treatment facilities at the Northwest Wellfield to replace the Hialeah Water Treatment Plant and to meet the more rigorous surface water treatment requirements, completion of the South Miami Heights Water Treatment Plant, components of which have already been constructed, to replace several small systems and meet present and future needs in the southern service area, and replacement of more than 600 miles of water distribution lines that are less than 4-inches in diameter and are not capable of providing adequate service, as illustrated by the accompanying photograph of a corroded small diameter water line. Just these few important water projects are estimated to have a present cost of approximately $2 billion.



On the wastewater side, the facilities that will be required to cease using the ocean outfalls for treated wastewater disposal on a routine basis are not included in this report.  The combination of treatment plant additions and modifications with changes that are likely to be required in the collection system will be in the billions of dollars by the 2025 compliance date.  A plan outlining these needs is due to the Florida Department of Environmental Protection by July of 2013.  Projects included in this report have been identified with consideration of these longer term requirements to avoid as much as possible any investments that will not also serve the longer range needs of the system.  This coordination is also part of the on-going discussion with the Environmental Protection Agency in terms of the infrastructure rehabilitation projects that are likely to be part of a new consent agreement. All of these needs will continue to be included in WASD's multi-year capital plan that is updated annually as part of the budget process.