IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:93-cv-01109-FAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| METROPOLITAN DADE COUNTY et al, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| BISCAYNE BAY WATERKEEPER, a Florida not for profit corporation, and JUDI KOSLEN, a Key Biscayne, Florida resident, | ) ) ) |
| | ) |
| Proposed Plaintiffs-Intervenors. | ) |

**NOTICE OF APPEARANCE OF RACHAEL AMY KAMONS**

Please enter the appearance of Rachael Amy Kamons as lead trial counsel for the United States of America and withdraw Adam M. Kushner as lead trial counsel for the United States of America. Counsel is registered with CM/ECF. Please direct all future notices, orders, filings and correspondence regarding this case to Rachael Amy Kamons at the address below.

/s/ Rachael Amy Kamons
Rachael Amy Kamons
Trial Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 514-5260
Facsimile: (202) 616-2427
Rachael.Kamons@usdoj.gov

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on November 14, 2012, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the Service List below either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

              /s/ Rachael Amy Kamons
              Rachael Amy Kamons

**SERVICE LIST**

Robert Anthony Cuevas , Jr.
Dade County Attorney's Office
Metro Dade Center
111 NW 1st Street, Suite 2810
Miami, FL 33128-1993

Jonathan A. Glogau
Attorney General Office
Department of Legal Affairs
The Capitol PL-01
Tallahassee, FL 32399

Paul Joseph Schwiep
Coffey Burlington
2699 S Bayshore Drive
Penthouse A
Miami, FL 33133