UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 93-1109-CIV-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

METROPOLITAN DADE COUNTY, MIAMI-DADE WATER AND SEWER AUTHORITY DEPARTMENT, and the STATE OF FLORIDA,

    Defendants.
_____/

### ORDER DENYING AS MOOT PROPOSED PLAINTIFFS/INTERVENORS' MOTION FOR LEAVE TO INTERVENE

THIS CAUSE came before the Court upon Proposed Plaintiffs/Intervenors' Motion for Leave to Intervene as Plaintiffs **(D.E. No. 119)**, filed on **November 13, 2012**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED as moot in view of the filing of the Corrected Motion for Leave to Intervene.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of November, 2012.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record