**Kamons, Rachael "Raimy" (ENRD)**

| | |
|---|---|
| **From:** | Gillman, Henry (CAO) [hgill@miamidade.gov] |
| **Sent:** | Wednesday, October 17, 2012 12:04 PM |
| **To:** | William Bush; Kamons, Rachael "Raimy" (ENRD); Alan Morrissey |
| **Cc:** | Robertson, Thomas (CAO); Yoder, L. Douglas (WASD) |
| **Subject:** | FW: Water and Sewer Community Meetings |

FYI –

Jim Porter is one of the attorneys representing Biscayne Bay Waterkeeper, a citizens group that sent the October 8, 2012 60-day Notice to Sue.
He has made several public record requests including the most recent version of the Consent Decree and Appendices.

---

**From:** Jim Porter [mailto:jim@jamesmporterpa.com]
**Sent:** Sunday, October 14, 2012 3:23 PM
**To:** Lamar, Adriana P. (WASD)
**Cc:** Marrero, Raquel (WASD); Gillman, Henry (CAO); Robertson, Thomas (CAO)
**Subject:** Re: Water and Sewer Community Meetings

Adriana:

Thank you for providing the information below. Because no good deed goes unpunished, I have another request for you:

The Miami Herald ran an article on 9/17/12 which refers to a 266 page plan. Here is the quote:

"The 15-year capital-improvement project calls for across-the-board fixes to water and sewage lines in neighborhoods throughout Dade. The 266-page plan calls for almost $5 billion in future bonds, $209 billion in obligation bonds already voted on, and the rest of the money to come from water bills and various grants and revenue sources such as water connection charges and rock-mining fees."

Can you provide me with a copy of the plan?

I'd also like to get a copy of the approved 2012-2013 County Budget and Multi-Year Capital Improvement Plan if it is available.

Thanks.
Jim

JAMES M. PORTER, P.A.
9350 Financial Center
9350 S. Dixie Highway, 10th Floor
Miami, Florida 33156

Telephone 786-425-2299
Cellphone 305-613-4032
Jim@JamesMPorterPA.com

This email is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this email is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the listed email address. Thank You.

**From:** "Lamar, Adriana P. (WASD)" <ALAMAR@miamidade.gov>
**To:** jim@jamesmporterpa.com
**Cc:** "Marrero, Raquel (WASD)" <RAQUEL@miamidade.gov>
**Sent:** Friday, September 21, 2012 11:50 AM
**Subject:** Water and Sewer Community Meetings


Good morning Mr. Porter,

The detail of the capital program can be found on the following link:
http://www.miamidade.gov/budget/fy12-13-proposed-volume3.asp

The Infrastructure Report presented to the Board of County Commissioners can be accessed via:
http://www.miamidade.gov/mayor/library/2012-07-24-WASD-infrastructure-report.pdf

Finally, the listing of projects to be completed per the EPA Consent Decree can be found on our website at:
http://www.miamidade.gov/water/wastewater-improvement-projects.asp

Please let me know if I can be of further assistance.

**Adriana P. Lamar**, Chief
Public and Governmental Affairs
**Miami-Dade Water and Sewer Department**
786-552-8087
miamidade.gov
*"Delivering Excellence Every Day"*



**From:** Marrero, Raquel (WASD)
**Sent:** Thursday, September 20, 2012 4:41 PM

**To:** Lamar, Adriana P. (WASD)
**Subject:** FW: Water and Sewer Community Meetings

**Raquel Marrero**
Public Affairs
**Miami-Dade Water and Sewer Department**
786-552-8088
miamidade.gov
*"Delivering Excellence Every Day"*



---

**From:** Jim Porter [mailto:jim@jamesmporterpa.com]
**Sent:** Thursday, September 20, 2012 2:36 PM
**To:** Marrero, Raquel (WASD)
**Subject:** Re: Water and Sewer Community Meetings

Hi Raquel:

Thank you for sending me the notice. Could you please email me the most recent Multi-Year Capital Improvement Budget Plan and a complete copy of the 2012 WASD Infrastructure Report, including attachments and appendixes.

Thanks.
Jim



JAMES M. PORTER, P.A.
9350 Financial Center
9350 S. Dixie Highway, 10th Floor
Miami, Florida 33156

Telephone 786-425-2299
Cellphone 305-613-4032
Jim@JamesMPorterPA.com


This email is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this email is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the listed email address. Thank You.

---

**From:** "Marrero, Raquel (WASD)" <RAQUEL@miamidade.gov>
**To:** Biscayne Bay Waterkeeper <pollution@bbwk.org>; Barbara Falsey <barbarafalsey@comcast.net>; Blanca Mesa <blancamesa@att.net>; Jim Porter <jim@jamesmporterpa.com>; Luiz Rodrigues <luiz@ecomb.org>; Dan Kipnis <kipnisd@atlanticbb.net>; Laura Reynolds

<tropicalaudubon@gmail.com>
**Cc:** Sam Van Leer <sam@urban-paradise.org>
**Sent:** Thursday, September 20, 2012 9:18 AM
**Subject:** RE: Water and Sewer Community Meetings

The Miami-Dade Water and Sewer Department is currently in negotiations with the Environmental Protection Agency and the Florida Department of Environmental Protection on a federal consent decree for improvements to the wastewater treatment and collection system.
   Three community meetings have been scheduled to inform the community about the improvements needed. Please join us at one of the scheduled meetings. See attached ad for additional information.


**Raquel Marrero**
Public Affairs
**Miami-Dade Water and Sewer Department**
786-552-8088
miamidade.gov
*"Delivering Excellence Every Day"*



**From:** Sam Van Leer [mailto:sam@urban-paradise.org]
**Sent:** Thursday, September 20, 2012 6:15 AM
**To:** Marrero, Raquel (WASD)
**Cc:** Biscayne Bay Waterkeeper; Barbara Falsey; Blanca Mesa; Jim Porter; Luiz Rodrigues; Dan Kipnis; Laura Reynolds
**Subject:** Re: Water and Sewer Community Meetings

Hi, Raquel-

Thanks for the invitation.

Please invite those who I have CC'd as well.
They have been engaged in water quality and pollution issues.

Best,


**Sam Van Leer**
President & Founder
Urban Paradise Guild
sam@urban-paradise.org

"Creating Sustainable Paradise, one Habitat at a time."
www.urban-paradise.org

## Build the future at 2 new Urban Paradise Centers!
*Create the Nursery.  Build the Gardens.  Change the world.*
* Every Wednesday at Amelia
* Every Thursday at Lemon City
* 4th Saturdays at Lemon City
* 2nd & 4th Sundays at Amelia
* Morning shifts

At least **5 Volunteer Opportunities per WEEK!**  http://urban-paradise.org/Calendar
*Stay updated:* UPG Newsletter Subscription: http://eepurl.com/d7E_b
Facebook **Photos**: http://www.facebook.com/urbanparadiseguild

On Wed, Sep 19, 2012 at 3:28 PM, Marrero, Raquel (WASD) <RAQUEL@miamidade.gov> wrote:

The Miami-Dade Water and Sewer Department is currently in negotiations with the Environmental Protection Agency and the Florida Department of Environmental Protection on a federal consent decree for improvements to the wastewater treatment and collection system.   Three community meetings have been scheduled to inform the community about the improvements needed. Please join us at one of the scheduled meetings. See attached ad for additional information.

**Adriana P. Lamar**, Chief
Public and Governmental Affairs
**Miami-Dade Water and Sewer Department**
786-552-8087
miamidade.gov
*"Delivering Excellence Every Day"*

