# Kamons, Rachael "Raimy" (ENRD)

| | |
|---|---|
| **From:** | Gillman, Henry (CAO) [hgill@miamidade.gov] |
| **Sent:** | Friday, October 19, 2012 10:22 AM |
| **To:** | Jim Porter |
| **Cc:** | Robertson, Thomas (CAO); William Bush; Alan Morrissey; Kamons, Rachael "Raimy" (ENRD) |
| **Subject:** | Draft Consent Decree |
| **Attachments:** | Draft APPENDIX A  9-21-12.pdf; Draft APPENDIX B  9-21-12.pdf; Capital Projects Work Plan Narrative 10-10-12.pdf; Capital Project Descriptions.pdf; ACP FM Inventory - project 4 9.pdf; Pump Station Compliance Projects - projects 5 14-18.pdf; Capital Projects Cost Schedule.pdf; Capital Project Work Plan w Milestones.pdf |

Jim,

Per your request, attached is the most recent drafts of Appendix A, B and D to the Consent Decree.


**Cordially,**

**Henry N. Gillman**
**Assistant County Attorney**
**111 NW 1st Street Suite 2810**
**Miami, Florida 33128**
**Email: hgill@miamidade.gov**
**Office: (305) 375-5151**
**Direct: (305) 375-2149**
**Fax:    (305) 375-5611**

**Assistant :  Cindy Paxton**
**Direct:      (305) 375-4319**