IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:93-cv-01109-FAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) |
| METROPOLITAN DADE COUNTY et al, | ) ) |
| Defendants. | ) ) ) |
| BISCAYNE BAY WATERKEEPER et al., | ) ) |
| Proposed Plaintiffs-Intervenors. | ) |

**ORDER GRANTING JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PROPOSED PLAINTIFFS/INTERVENORS' CORRECTED MOTION FOR LEAVE TO INTERVENE AS PLAINTIFFS**

This cause came before this Court on the Parties' Joint Unopposed Motion for Extension of Time to Respond to Proposed Plaintiffs/Intervenors' Corrected Motion for Leave to Intervene as Plaintiffs. Upon consideration and good cause being shown, it is hereby:

ORDERED, ADJUDGED and DECREED that the motion is GRANTED. The deadline to file a response to the Proposed Plaintiffs/Intervenors' Corrected Motion for Leave to Intervene as Plaintiffs is extended to December 24, 2012.

SO ORDERED on _____.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE