UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 93-1109-MORENO

UNITED STATES OF AMERICA,
Plaintiff,

v.

METROPOLITAN DADE COUNTY,
MIAMI-DADE WATER AND SEWER
AUTHORITY DEPARTMENT, and the
STATE OF FLORIDA,

Defendants.

_____

BISCAYNE BAY WATERKEEPER,
465 Ocean Drive, #417 Miami Beach, Florida
33149, and JUDI KOSLEN,
a Key Biscayne, Florida Resident

Proposed Plaintiffs-Intervenors.
_____/

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), proposed plaintiffs-intervenors, Biscayne Bay Waterkeeper and Judi Koslen, hereby give notice of their election to withdraw and dismiss their November 14, 2012, Corrected Motion For Leave To Intervene (DE 120) without prejudice.

JAMES M. PORTER, P.A.
9350 South Dixie Highway
10th Floor
Miami, Florida 33156
Telephone: (786) 425-2299
jim@jamesmporterpa.com
Fla. Bar No.: 443239

## Certificate of Service

**I hereby certify** that I electronically filed the foregoing with the Clerk of the Court using CM/ECF on this 4th day of January, 2013. I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

s/James M. Porter

## SERVICE LIST

Rachel Kamons, Esq., Trial Attorney
Rachael.Kamons@usdoj.gov
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
601 D Street NW, Suite 6031
Washington, DC 20044
Telephone: 202-514-5260
Facsimile: 202-616-2427

Peter B. Outerbridge, Esq.
Peter.outerbridge@usdoj.gov
United States Attorney's Office
99 NE 4 Street
Miami, Florida 33132
Telephone: 305-961-9326
Facsimile: 305-530-6168

Robert A. Cuevas, Jr.
Rac1@miamidade.gov
Dade County Attorney's Office
111 NW 1 Street
Suite 2810
Miami, Florida 33128
Telephone: 305-375-3842
Facsimile: 305-375-5634

Jonathan A. Glogau, Esq.
Jon.glogau@myfloridalegal.com
Attorney General Office
Department of Legal Affairs
The Capitol PL-01
Tallahassee, Florida 32399
Telephone: 850-414-3300
Facsimile: 850-414-9650