UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **93-1109-CIV-MORENO**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

METROPOLITAN DADE COUNTY, MIAMI-DADE WATER AND SEWER AUTHORITY DEPARTMENT, and the STATE OF FLORIDA,

    Defendants.

_____/

## ORDER DENYING CORRECTED MOTION FOR LEAVE TO INTERVENE

THIS CAUSE came before the Court upon the Corrected Motion for Leave to Intervene without prejudice **(D.E. 126)**, filed **January 4, 2013**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that the corrected motion for leave to intervene is **DENIED** without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of January, 2013.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record